FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 JAN 26 PM 4: 25

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING**

STEPHEN HARRIS, CLERK
CHEYENNE

**ROBIN GOODSPEED, JOHN GUNTER
JR, WHITNEY KOH, JOAN GRACE
HARLEY, CHRIS SEVIER**
*Plaintiffs*

**V.**

Case No: **18-CV-19-F**

**MATT MEAD, in his official capacity as
Governor of Wyoming, WENDY SOTO,
in her capacity as the Executive Director
on Judicial Conduct and Ethics, PETER
K. MICHAEL, in his capacity as Attorney
General, SUSAN SAUNDERS, in his
official capacity as the Clerk of Campbell
County**
*Defendants*

## NOTICE OF FILING DECLARATION OF PASTOR RICH PENKOSKI THE FOUNDER OF WARRIORS FOR CHRIST AND SOCIALCROSS.ORG

NOW COMES, Plaintiff Sevier filing the declaration of Pastor Penkoski - the persecuted

pastor who founded Warriors For Christ and SocialCross.org.

/s/Chris Sevier Esq./
SPECIAL FORCES OF LIBERTY
BPR#026577
(615) 500 4411
ghostwarsmusic@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document and attached exhibits were mailed with adequate postage to the Defendants in this actions on January 18, 2018 to Idelman Mansion 2323 Carey Ave. Cheyenne, WY 82002-0010;; 307.777.7434 (phone) 307.632.3909 (fax);; Peter K. Michael, Pioneer Building, 3rd Floor 2424 Pioneer Avenue Cheyenne, WY 82002 (307) 777-7886 FAX (307) 777-3687;; Wendy J. Soto Executive Director Call: (307) 778-7792 Fax: (307) 778-8689 Write: Commission on Judicial Conduct and Ethics PO Box 2645 Cheyenne, WY 82003 Email: judicial.conduct@wyoboards.gov;; Susan Sanderson, 500 S. Gillette Ave Suite 1600 Gillette, WY 82716.

/s/Chris Sevier Esq./

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

**ROBIN GOODSPEED, JOHN GUNTER
JR, WHITNEY KOH, JOAN GRACE
HARLEY, CHRIS SEVIER**
*Plaintiffs*

**V.**

                                                    **Case No:**

**MATT MEAD, in his official capacity as
Governor of Wyoming, WENDY SOTO,
in her capacity as the Executive Director
on Judicial Conduct and Ethics, PETER
K. MICHAEL, in his capacity as Attorney
General, SUSAN SAUNDERS, in his
official capacity as the Clerk of Campbell
County**
*Defendants*

## <u>DECLARATION OF PASTOR RICH  PENKOSKI FOUNDER OF WARRIORS FOR CHRIST AND SOCIALCROSS.ORG</u>

I, Richard Penkoski, declare under the penalty of perjury, pursuant to 28 USC sec. 1746 as

follows:

1. I am over 18.

2. I am the founder of SocialCross.org. SocialCross.org is the premier Christian social

networking site, providing Christian content, custom profiles, and so much more.

SocialCross.org is connecting Christians all across the world. Social Cross was created with the

specific purpose of tearing down the walls that have divided believers for to long. Social Cross is

an alternative to facebook for Christians.[1]

---

[1] https://www.christianpost.com/news/social-cross-website-offers-christians-alternative-facebook-196418/

3. I am the founder of Warriors For Christ, which is a pre-denominational ministry, that offers

theology degrees, counseling certificates, and a chaplains course to educate those who have been

called into ministry.[2] https://wfcchurch.org/. Warriors For Christ has over two hundred thousands

followers on facebook.[3] I conduct weekly live stream radio interviews and have a substantial

dedicated following.

4. In 1994 joined the United States Navy. I graduated top of my class in A school becoming a

Petty officer, with a speciality in code. In 1998, I graduated from Seminary Bible College with a

degree in Theology becoming licensed ordained Minister. I attended Walden University with a

focus on psychology. In 2012, I started Warriors of Christ Ministry and got married. I am a

father of 6 children.

---

[2] A pre-denominational Christian is a Christian or disciple of Christ who seeks to base all of his or her beliefs and practices upon the New Testament itself, starting with the teachings of the Lord Jesus Christ Himself. We desire to recover original New Testament Christianity, or the faith once delivered unto the saints. We are neither Catholic nor Protestant and reject any and all Catholic and Protestant traditions that are inconsistent with or contrary to the New Testament, no matter how deeply-entrenched these traditions may have become. Our overriding goal is to be true to Christ and true to the New Testament. In the first century, there was only one church. Christians in different locations were united by a common faith, a common belief, and by a common form of worship. There were churches at Jerusalem, Corinth, Rome, Ephesus, Antioch, and a number of other places. That which separated them was geography — not different teachings. But that was then. . . In the 21st Century, things are a lot different in the religious world. Now we have a variety of different churches, teachings, practices, and forms of worship. In fact did you know that the majority of denominations are less than 600 years old? The Bible teaches that Jesus was only ever going to build (establish) one church: "...I will build My church,..." Matthew 16:18; and that He died to save only one church: "Christ also loved the church and gave Himself for her" Ephesians 5:25. Quite clearly then not all the churches of today can be the one Jesus built. The implications of this is worthy of our deepest consideration. The concept of non-denominational or pre-denominational Christianity which Warriors for Christ espouses, is to do away with all the man-made teachings, creeds, and traditions that have developed over the years. In other words unless a teaching or practice can be found in the Bible we don't hold to it or teach it. By following this simple aim we can be the same church that Christ we read about in the pages of the New Testament established. Warriors for Christ started as a facebook page (https://facebook.com/warriorschurch) and quickly grew because of our uncompromising stand and our educating the masses in biblical truth. Part of what made us popular was our exposing and challenging the lies of the atheist community, exposing false teachers and their teachings, as well as the other denominational religions. Warriors for Christ launched WFC University of Theology in 2016 to offer Theology degrees, counseling certificates, and a chaplains course to educate those who have been called into ministry and need to be trained up.

[3] https://www.facebook.com/warriorschurch/

## PART ONE: INDOCTRINATION IN HARPERS FERRY MIDDLE SCHOOLS AND REPRISAL FOR REPORTING

5. I moved from New Jersey to West Virginia. While attending 7th grade Middle School at Harpers Ferry, my daughter, Ariana, age 13, was confronted with a very liberal agenda within the school. There was a drive for the teachers to indoctrinate students in the religion of Secular Humanism/moral relativism[4] and religions other than Christianity. My daughter's history teacher elected to bring a Muslim speakers to teach the students about Islam. These Islamic speakers taught my thirteen year old daughter how to put on a Hijab and how to meditate. I observed that my daughter was upset by the fact that the teacher would say in class "Jesus is not God." My daughter would tell me about such things. My daughter was upset, and my wife and I were disturbed by the reports because it was apparent that some of the teachers were proactively using their position as state officials to push a religious worldviews onto my daughter that we found to be offensive and wrong.

6. I called the Principal of Harpers Ferry Middle School, Mr. Vandell, to confront him about the Islamic indoctrination taking place in the classroom. After telling him my concern, I felt assured that he would talk to the teacher and investigate. Shortly thereafter, Mr. Vandell contacted me to let me know that he did not believe that the teach had done anything wrong. He assured me that he would press for the teacher to be more inclusive of other religions, since the teacher had admittedly skipped over parts of the text book concerning Christianity in the history class. In my personal interaction with the faculty, it was my impression that the the majority were ardent subscribers to the religion of diversity and Secular Humanism, while being hostile towards Christianity.

---

[4] Religion of Secular Humanism
https://www.youtube.com/watch?v=TeSM7cbXSEI

7. Before the encounter with the Principal, my daughter had always been a straight A student. However, following my encounter with the Principal, she came home with an F on her interim report card in the same history class. Mortified, I called the Principal and accused the teacher of prospectively engaging in reprisal for whistleblowing. The Principal assured me that the teacher would not do that and that he would get to the bottom of the matter. Later the Principal contacted me and said that because my daughter had allegedly failed to turn in certain assignments, she was given an F. But that was not true. My daughter had turned in the assignments at issue. In fact, the assignments were graded by the history teacher. Fortunately, my daughter had saved a copy of the graded assignments which were direct proof that the teacher was targeting her for reporting her misconduct. I brought the graded assignments to the principal, and my daughter's grade was readjusted from an F back to an A. The teacher said that it was an oversight. But that was unlikely. My daughter was moved to a different honor class to avoid additional targeting.

## PART TWO: THE SECULAR HUMANISTS AND LGBTQ CHURCH'S VIOLENT AND UNYIELDING SELF-HELP ASSAULT ON MY ORGANIZATION AND FAMILY FOR BELIEVING IN CHRISTIAN WORLDVIEW

8. I am a Christian Pastor. I believe that Jesus was who he said he was. I refuse to take a scalpel to the Bible and cut out parts that I do not think are relevant to the modern mindset. I believe that such practices are arrogant and primitive. The cultural ethos of the moment is almost always shallow, out of date, narrow, exclusive, and on its way out. I do not get my source of truth from what the majority in the culture says is right and wrong.   I take the New Testament at face value and think that divine law trumps all laws and principles that are inconsistent with it.  No amount of social or governmental coercion imposed on me,  I and other sincere Christ Followers will never change the fact that we have to decided to treat Jesus as our ultimate King.  The Bible is

clear that sex is wonderful. God made it after all. Yet, the Bible suggests that healthy sex is all about context, and the context that God intended for humans to have sex in involves one man and one woman in the confines of covenant marriage. I agree with the Bible's take that all other sexual unions and practices are immoral, obscene, and subversive to human flourishing and thereby should be avoided. This is not just the way that I feel about it, deep down, I believe that everyone just knows that this is the case just as they know the pedaphila and murder are inherently wrong. No one has to teach that. We all know it to be true. It is a matter of self-evident truth. To lose sight of that is to be desensitized through cultural indoctrination. Homosexual practices dehumanize and depersonalize us and create a life of opportunity costs inherently marked by intellectual blindness and regret. I believe that for the government to encourage homosexual practices is an incredible act of hate, immaturity, and cruelty. It is intellectually immature for a government official to use their office to promote homosexual practices. In fact, homosexual orthodoxy is a form of rape by trick. Our government's endorsement of LGBTQ ideology amounts to government sanctioned sexual exploitation that no reasonable taxpayer should support. Ever since I started Warriors for Christ I have been outspoken concerning the notion that homosexuality is a sin and that homosexual theology is toxic and should not be promoted by government and society because it involves unhealthy, unnatural, and perverse forms of sex that are insurmountably obscene, indecent, dehumanizing, destructive, damaging, desensitizing, and depersonalizing. It is not as if self-identified homosexuals are second class citizens, it is that they have opted into a second class life that is rife with intellectual blindness.

9. I do not feel morally superior to anyone. I adamantly oppose sin and wrongdoing, not people who have been lured into it. Christianity is a belief system that starts with an omission that I am broken and in need of a redeemer. It is an omission of imperfection. The gospel - in part - is that humans are far worse than we imagined by far more loved by God than we could ever possibly completely fathom. Based on my experience the personalized truth of Jesus is restorative and represents a living hope that is radically transformative. My faith in Christ and the living word of God does not come from an absence of thought but the exact opposite. My faith in Christ comes from deep thinking and from putting Christianity in practice. I have purpose, peace, and a living hope that is a free gift that I want everyone to have. Because I am outspoken and because I refuse to conform to the modern cultural narrative, I have been a major target of harassment for the intolerant LGBTQ community, which is bent on silencing Christians or converting them to their narrow, shallow, self-serving, exploitative worldview, which is nothing more than a mask to justify conduct that was illegal until recently and that remains categorically immoral. The narrowly decided *Obergefell* decision did not create tolerance, it created moral superiority complex in hoards of Secular Humanists, who have been plugged further into a state of darkness and entitlement that is downright dangerous. While "gay marriage" is "fake marriage," what has really taken place by the government requiring that homosexual ideology be respected is that legions of Secular Humanists believe that they now have license to marginalize, threaten, harass, harangue, and oppress through any means necessary anyone who disagrees with their faith-based worldview.

10. June 2017 was deemed to be "pride month," which likely would not have come about but for the Courts imposing gay marriage on all 50 states. As a direct result of the government's

endorsement of homosexual orthodoxy that is part of the religion of Secular Humanism, Facebook created a rainbow pride emoji and the gay pride flag emoji, which reflected the paramount religious symbol of the LGBTQ church. As the cross is to Christianity, as the Ten Commandments are to Judaism, as the Star and Crescent are to Islam, so is the Gay Pride Rainbow Colored Flag to the LGBTQ church, which is simply one denomination within the Church of Secular Humanism. On June 11, 2017, I posted on Warriors For Christ Facebook page that if anyone posted the gay pride emoji or flag on our page that my organization would block them stating: "a rainbow emoji will get you instantly banned from our page." Consequently, all hell broke loose for lack of a better term. My organization was subjected to a bombardment of the actual intolerance and the white hot hate that is the harbored in the heart of droves of Secular Humanists, who have not place to put their shame and guilt. "Patho.org," which standards for Progressive Secular Humanist, and a publican called the "Friendly Atheist" then published articles encouraging their Secular Humanist followers to harass Warriors For Christ and myself, providing instructions on how to do so. Countless Secular Humanist bloggers put out a call to fellow Secular Humanists and devout members of the LGBTQ church to harangue, harass, and harm my organization and I for our staunch refusal to check out brains at the door of the shallow modern cultural narrative that is exclusive, narrow, out of date, and immoral. Thousands of homosexuals and Secular Humanists threatened, harassed, and ostracized my organization for not believing in their narrow and exclusive faith-based worldview that the government has wrongfully endorsed in response to intellectually dishonest tactics

deployed by the LGBTQ church.[5] Pathos article was called: "Christian Facebook Page Fights

Rainbow Flag Emojis (And Loses)."The article read as follows:

*Facebook has added rainbow flag emojis, and a Christian Facebook page is promising to ban*

*anyone who uses them. In honor of LGBT Pride month the rainbow flag is joining the "thumbs*

*up" and "heart sign," as well as "excited," "shocked,' "sad," and "angry" emoji as a way to*

*react on Facebook. However, the Warriors for Christ Facebook page is not happy that Facebook*

*has added a rainbow flag emoji to their list of possible post reactions, and issued a stern*

*warning explaining that anyone using a rainbow flag emoji would be banned. As one might*

*expect, many reasonable people accepted the challenge, and bombarded the anti-gay Christian*

*Facebook page with happy rainbow flag emojis. In response, the Christian Facebook page*

*issued the following public service announcement:*

*"Despite all the lies and false accusations here we are not being hateful to any person. We also*
*will not back down from proclaimimg (sic) truth of God's word. Sin is sin period. Sin results in*
*eternal seperation (sic) from God. Despite your lack of understanding of love, we here love*
*everyone enough to speak the truth even in the face of so much hate. So we speak the truth that*
*sin leads to death, but we have a savior that can set one free from sin and give them a new life in*
*Christ. Lord I know that right now many lost people are being sent here by the powers of*
*darkness that control them to harass this page. I pray that when they come here that their eyes*
*be opened up to the truth of your word. Your word is living and active and has the power to*
*reach the heart. And even though these people are coming here as our enemies to hate us, I still*
*pray blessings over them and pray you open their eyes to see the truth clearly. Satan has blinded*
*many to the truth, but we come against any attack or insult or curse of the enemy in Jesus*
*name. "*

*Bottom line: The "Warriors for Christ" are feeling persecuted because their anti-gay rhetoric is*

*being ridiculed. And all their prayers to a God that does not exist will never justify their pious*

*bigotry and hatred. Bonus: How to get the Pride rainbow flag reaction on Facebook The*

---

[5] Here is an example of a Secular Humanist who put out a call for action on youtube to harangue me. Basically, the speaker in this video proves that people who are dogmatic about not being dogmatic are
https://www.youtube.com/watch?v=Sj8gpZm9Jjl

*rainbow flag reaction will only appear as an option for users if they like Facebook's LGBTQ page. How to get the rainbow flag reaction Log in to Facebook in the app or on the web Go to the LGBTQ@Facebook page Like the page You might need to logout and log back in again before the reaction appears.*

11.  The article by Pathos was a call for its readers to harass, harangue, and punish my organization and I for believing in Christianity and not their religion of postmodern western moral relativism, expressive individualism, and Secular Humanism. The article falsely stated that "many reasonable people" responded to my post, but the responses were not "reasonable" - in many cases the responses crossed a line and were illegal. Many brainwashed, jaded, immature, and indoctrinated people responded to the post out of a sense of moral superiority and refusal to think that is the direct result of the governments wrongful endorsement and entanglement with the religion of Secular Humanism.    The thousands of threats sent to me were calculated to marginalize and oppose me for not buying into the narrow minded and illogical narratives of the LGBTQ church. The bullying tactics were immensely disturbing.  Because the writers at Pathos are devout evangelical moral relativists they arrogantly assume that everyone else should be as well. They encourage other Secular Humanists to use force to produce conversions, just as the members of Islam do. A problem with Secular Humanism is that its subscribers do not even realize that they are part of a religious cult. It takes a huge amount of faith to believe that God does not exist, that this life is just one big accident, that humans are merely animated pieces of meat, and that we are all just the colocation accidental particles. Such unproven truth claims are faith-based and inherently religious in nature.  Meanwhile, the evidence suggests that it is very unwise to not believe that there is a divine Creator. If God does not exist, then neither does the

basis for justice. If truth really was relative, then there would not be a basis for this Court to

exist, which is absurd. It is simply a fact that without faith there is no basis for morality, and

without morality there is no basis for law. There is no way to get around that axiom, just as there

is no way to get around the idea that to say that there is no absolutes is itself and absolute.

Having to assume the very thing you hope to disprove in order to disprove it is irrational, and

Secular Humanists do it all the time. Clearly, actual justice exists because this Court would not

exist otherwise, neither would the Constitution or the Bill of Rights. The harassment that

millions of other Christians and I have been subjected to in the wake of *Obergefell* is patently

unjustifiable because *Obergefell* is a sham and homosexuality is a religious ethos that the

government cannot respect, recognizing, nor entangle itself with. It is my demand as an injured

taxpayer who has been coerced and harmed by the endorsement that the disentanglement take

place immediately.

12. On or around June 12, 2017, the Friendly Atheist published an article in response to my June

11, 2017 post that read as follows:

*"Here's some advice. If you run a Facebook page promoting Jesus, and you call yourselves*
*"Warriors for Christ," don't tell everyone you can't handle rainbow emojis. Naturally,*
*everyone began posting comments with plenty of rainbows. It's almost like the threat of being*
*banned from the page didn't stop them… And the Warriors were not happy about that at all.*
*There are more rainbow emojis in that thread, too. It's entirely possible those are just trolls*
*pretending to be Christian… but there's a long history of inflammatory statements and videos on*
*that page, not to mention a website, that all suggest these people really exist. All the more reason*
*to keep showing your solidarity with the LGBTQ community."*
*http://www.patheos.com/blogs/friendlyatheist/2017/06/12/a-christian-facebook-page-will-ban-an*
*yone-posting-rainbow-emojis-guess-how-this-ends/#ULbWeRrSvKvdQABu.99*

13. As a Pastor and Minister, who studied theology, I can attest that the Gay Pride Rainbow

colored flag is a religious symbol. The gay pride flag is the paramount religious image for the

LGBTQ church of Secular Humanism, postmodern western moral relativism, expressive

individualism, which the LGBTQ church and its core doctrine is part of. Facebook knows or

should know that to be the case. Facebook knows or should know that the rainbow colored flag is

a mask that promotes a form of obscenity and indecent sexual conduct that erodes community

standards of decency and that represents a worldview that is by definition emotionally, racially,

intellectually, and sexualually exploitative. Just as a Muslim might be opposed to Christians

positing a cross emoji posted on his social media page, I did not want Secular Humanists to post

their religious icons on my page either. The fact that I made that clear only to provoke the

opposite result is proof that government sponsored gay marriage is a sham that has cultivated an

entitlement syndrome that is dangerous and antagonistic towards fundamental rights that are real

and Constitutionally protected. The goals of government sanctioned gay marriage are a complete

and total failure. While "gay marriage" is "fake marriage," the persecution that I and other

Christians experience regularly is real. The truth is that "homosexuality" is a religious doctrine -

although an irrational one - and the main symbol for that religious worldview is the rainbow

colored flag. The rainbow colored flag is not neutral. It is not secular. The rainbow colored flag

and icon promotes a theocratic religious orthodoxy that is based on a series of unproven

faith-based assumptions that are at the very least implicitly religious. Facebook, many

self-identified homosexuals, and most Democrat leaders know or should know this to be the

case, despite their profound propensity for intellectual blindness, which has been embraced for

self-serving reasons. No one can prove or disprove that they are born gay and, therefore,

homosexual ideology can only be taken on faith. No one can prove or disprove that they were

born in the wrong body. Homosexual doctrine is, therefore, completely religious in nature.

While self-identified homosexuals are free to formulate their own beliefs, the governments endorsement of those faith has cultivated an entitlement for such believers to bash Christians, like myself, under a false sense of impunity. Such practices amount to an evil that can no longer be justified, and it could lead to civil war. This is especially true since at the center of the fake gay civil rights movement is the false misappropriation of the race-based civil rights movement lead by Pastor Martin Luther King Jr.. Pastor Martin Luther King Jr. was not arguing that the United States should move away from Christianity in leading the civil rights movement, he was arguing that the United States should return to a deeper sense of Christianity when making its policies. The notion that all men are created equal and are made in God's image comes directly out of Genesis 1:27.[6]

14. In retaliation to my post on June 11, 2017, I receive thousands of threats through the mail. Tens of thousands of text messages poured in. I had to buy a second cell phone. I had to block what felt like over 900,000 people from facebook who were intentionally harassing my organization and its members. Feces were mailed to my home. My car was keyed. My wife and children were threatened repeatedly. People began stalking my family and gathering outside of my home with the purpose of terrorizing us. It got so bad that I went to the police for help and advice. Based on the advice of local law enforcement, I decided to relocate my family for safety reasons.

15. Based on my experience, it is my observation that gay marriage is a sham and that the fake gay civil rights movement is a sham. I can attest first hand that the gay civil rights movement has nothing to do with tolerance, equality, unity, and peace. The governments entanglement with the

---

[6] "God created man in His own image, in the image of God He created him; male and female He created them." - Genesis 1:27

fake gay civil rights movement has only manage to plunge the believers in the religion of Secular Humanism into further darkness and a form of destructive imperialistic entitlement syndrome that is patently dangerous. Secular Humanism is an exploitative trap for the unwary and the government cannot push people into that trap and pretend that doing so is loving. It is cruel. The governments entanglement with the fake gay civil rights movement and the religion of Secular Humanism has in fact cultivated uncompromisable division, vast selfishness, and profounded hate towards those who do not believe in the narrow religion of Secular Humanism that has been imposed as a result of abuse of process and malicious prosecution through the misuse of the courts. Just as Islam is the opposite of the "religion of peace," Secular Humanism is the opposite of the "religion of tolerance." They are a paradox and a perversion of the truth. The idea that "love is love" or that the gay marriage would bring about dignity, respect, understanding, and tolerance is a complete sham that has nothing to do with reality. While gay marriage is fake marriage, the persecution of Christians that has taken place in the wake of *Obergefell* by emotionally driven Secular Humanist is very real, dehumanizing, and unlawful. By force of Constitutional law, the government must disentangle itself with the religious plight of self-identified homosexuals and the doctrines of Secular Humanism no matter who it offends.

16. Having received over 10,000 spam text messages to my phone and untold harassment message, I felt compelled to assemble some of choice threats that I had received in response to my message on June 11, 2017 and put them together in this youtube video: https://www.youtube.com/watch?v=XMMNYG9nTek. The judicial putsch in *Obergefell* is the superseding cause of the harassment that I and millions of other Christians remain subject to on

an ongoing basis. Here are some of the messages that I received that prove that gay marriage is sham.

-Christine Cates sent me: "Who could ever say that about anyone?....Seriously kill yourself, please...There is a special place who have NO compassion or empathy for one another...If your incredibly lucky...you get jail....after that I can only smile."

-Nic Valle sent me this message: "These are the ones that think they are persecuted. Why the Romans fed people like this to lions."

-Maxwell Atkins sent me this message: "He's right. [Christians] all deserve to die."

-Alice Sonlaw wrote: "Whoever runs this page needs to go eat a gun. Seriously kill yourself! Please."

-Lily Lynn sent me this message: "Maybe you'll stop getting hate if you stop spreading hate on the LGBTQ community oh no beware my gay ass is going to fuck your wife. #lovewins #pride"

-Darrin Betzman send me this message: "You should kill yourself."

-Jamie Lynn Myer wrote "You should do it…."

-Peter Griffith wrote "Can't wait for the years after the rapture...when all you believers are persecuted and beheaded!!! Ohhh joy"

-Alexander Dimes wrote: "I literally want you to get hit by a car."

-Bob Galvin wrote: "I'm here looking of a guy named Jesus, I just bought a new nail gun…"

-Shane Walsh wrote "you should definitely kill yourselves...or you can keep trying to restart the crusades. Either or."

-James Garett Chaffee send me this message: "Oh my fuck you people are pathetic
zealots….Like make the jump to a cyanide laced kool aid already and let the world progress
without your 15th century ass views."

17. I literally received thousands of threatening and harassing messages like that. I still receive
threatening text messages and emails all the time. It's been more than over six months and the
harassment continues. If I am receiving messages like this, I am concerned that minors who are
Christians are also receiving such messages from the same entitled and aggressive Secular
Humanists who believe that their conduct is justified by the government ratification. And why
shouldn't Secular Humanist feel entitled to bash non-observers in view of the government's
endorsement of their faith as the National Religion? Secular Humanists pride themselves on not
believing absolute truth and on the belief that there is no form of ultimate accountability. If this
world is all there is what is there to stop Secular Humanists from bashing Christians and other
non-observers now that they have the government's endorsement of their worldview? It is
self-evident that many Secular Humanists are driven by their glands and not principle or a sense
of transcultural justice. The current cultural feeling is their basis for law and order. Legally
recognized gay marriage has the effect of promoting lawlessness, a lack of accountability, and
moral superiority complexes. The government's wrongful entanglement with the fake gay civil
rights movement and the religion of secular humanism has emboldened legions of Secular
Humanist to engage in the outrageous tactics they have employed on me and my organizations at
the expense of sacred fundamental rights that must be protected and defended. I am an adult
and while the stream of threats directed at myself and my family are distressful and disturbing, I
am incredibly concerned for the welfare, health, and safety of teenage Christians who are being

bullied by the fake tolerant Secular Humanists and the LGBTQ church thanks to the

governments wrongful entanglement with the LGBTQ church. It is my observation and opinion

that the Courts have grossly eroded freedom and produced persecution by imposing gay marriage

on the whole of society by the government's reckless decision to respect the most popular form

of parody marriage in a manner that completely entangles the government with the religion of

Secular Humanism. As a taxpayer, I object to that entanglement and demand that it stop

immediately and completely. I will not be silent in the face of such evil and misappropriation of

government. It is my observation and experience that the government's endorsement of the fake

gay civil rights movement is fundamentally causing division, intolerance, confusion, and harm. It

is my observation that the LGBTQ movement proves that love without truth is shallow

sentimentality. It is my opinion as a former Soldier, taxpayer, and citizen that the government

must no longer legally recognize gay marriage or gay rights as civil rights because they never

were. The government's decision to respect the gay civil rights movement as if it is secular in

nature - when it is not - has lead to mass confusion, intolerance, and persecution by those who

pride themselves on the idea that there is no ultimate form of accountability. Our government is

not a church. It is not a redeemer. By entangling itself with the religion of Secular Humanism,

the government has communicated to social networking platform, like Facebook, that it too

should make Secular Humanism its supreme official religion. The reason why Facebook does

not provide a cross icon, the ten commandments icon, or the star and crescent icon but it does

provide the gay pride flag icon is because the Federal Courts have wrongfully entangled the

government with the religion of Secular Humanism through the *Obergefell* decision by hijacking

the Fourteenth Amendment. No real patriot can have respect for the Federal Judiciary since the

Secular Humanists on the bench are distorting and misusing the Constitution to impose their jaded religious worldview on the whole of the Nation, which continues to lead to division and persecution.

18. Around July 6, 2017, I did an interview with Christian Post about the persecution my organization and I were subjected to. The article was entitled: "Pastor Receives Feces in Mail, Has Car Keyed for Opposing Facebook's Rainbow Flag Emoji." The information in the article is true and accurate and reads as follows:

*A pastor who leads a Christian ministry that vowed to ban anyone who posts the rainbow flag emoji to its Facebook page says LGBT activists have inundated his inbox, mailbox and phone lines with gay porn and threatening messages. They even keyed his car. The Facebook page "Warriors for Christ (https://www.facebook.com/warriorschurch/)," which has nearly 200,000 followers, made headlines last month after it was reported (http://www.patheos.com/blogs/friendlyatheist/2017/06/12/a-christian-facebook-page-will-ban-anyone-posting-rainbow-emojis-guess-how-this- ends/) by Patheos.com blogger Hemant Mehta, the "Friendly Atheist," that anyone who posts a rainbow flag emoji on the Facebook page would be "instantly" anned from the page. Pastor Rich Penkoski, a West Virginia resident who is the leader of the Facebook page (https://www.facebook.com/warriorschurch/) and it's pre-denominational ministry (https://wfcchurch.org/), told The Christian Post on Thursday that he and his colleagues have banned over 900,000 different Facebook users in the last month. "The thing about the rainbow flag is nobody asked why we didn't want it on our page. The issue was that the rainbow emoji is a pride symbol for homosexuality and we are a Christian ministry," Penkoski said. "We don't celebrate sin and we are not going to embrace it now. We*

*know, as Christians, that sin leads to death." However, it's not just the use of the rainbow flag emoji that is concerning Penkoski and his nine-or-so colleagues affiliated with the ministry. "The 'Friendly Atheist' character wrote a blog about us and it snowballed from there. Every single online gay blog or newspapers, they all picked it up and went with their version of it. We got hammered. It must have been overnight. We banned over 900,000 people," Penkoski added. "We received messages of 'You should die,' 'Go kill yourself.'" Penkoski said he even had to change his home address to that of the local police station because of the "threats we were getting." Penkoski also had to change his phone number because he received over 20,000 spam text messages within two days. He said people had signed him up to receive calls, texts and emails about gay dating websites, car insurance companies, car dealerships and other commercial advertisements. "Before we could change [the address], they sent fecal matter to our house, gay porn to our house. Last night, for instance, someone threatened [in a Facebook message] to rape me. They said if I disrespect their pride flag they would come pound my [behind]," he explained. "These people are absolutely horrid. ... These are the types of things a decent human being wouldn't do, regardless of whether they are Christian or not. It was all meant to bully us and try to silence us." "We had to go arm ourselves because people would send me personal emails through our website's contact form, saying they know where I live," he continued. Penkoski added that his car was keyed after the hysteria surrounding the group's Facebook post first began last month and opponents found his home address on the ministry's website. "We didn't realize the address was on there until this started happening and we started getting mail," he said. "The police said that this is completely unacceptable and this is actually a hate crime." Penkoski explained that the prayer line the ministry operates, which he said also doubles as a*

*suicide crisis line, was inundated with calls from LGBT supporters in the days following reports*

*of the "Warriors for Christ" Facebook post. The original intent behind the controversial*

*Facebook post, Penkoski said, was not to hate on anybody but to "tell people the truth regardless*

*of cost or consequence," adding that the backlash he has received has been "absolutely evil."*

*"People can't stand that. They can't stand any disagreement," Penkoski said. "They*

*automatically assume that it is hatred and nothing can be further from the truth." "Warriors for*

*Christ" is not the only Christian Facebook page that has received intense backlash from the*

*LGBT community. Elizabeth Johnston, a conservative evangelical homeschool mom who runs*

*the popular blog and Facebook page "The Activist Mommy," shared screenshots with CP that*

*show how LGBT activists have inundated her inbox with emails saying that she had been signed*

*up for Pornhub.com and the Gay DVD Empire newsletter. She also has received emails from*

*LGBT supporters telling her to go kill herself. "I am honored to experience a very small amount*

*of persecution for my Lord. I'm not in prison yet or being tortured for my faith yet, but that is*

*where we are headed if Christians don't quickly find their voice," Johnston wrote in a recent*

*blog post (http://www.activistmommyofficial.com/blog/the-activist-mommy-*

*mocks-personal-hit-piece-from-the-lgbt-advocate-magazine/). "The threats, ridicule and*

*personal attacks are a constant reminder to me of the power of the Gospel. God's Word is true*

*and the best defense the father of lies has is cruel personal attack, lies and threats. I will not be*

*silent, even if it costs me my life, for my love for God supersedes my love for my life."*

*https://www.christianpost.com/news/pastor-receives-feces-mail-car-keyed-opposing-facebooks-r*

*ainbow-flag-emoji-191104/*

19. The July 6, 2017 article correctly confirms the fact that my car was keyed, feces were mailed to my house by Secular Humanists, and that I had to block over hundreds of thousands of people from harassing my facebook page. All of that is true, and all of that must come to an end by the government's decision to honor the Constitution and to completely disentangle itself with the religion of Secular Humanism.

20. On July 11, 2017 I did an interview with the Christian Post entitled "Pastor Says Facebook Removed Live Video After Calling Pride Rainbow Mark of the Beast." The information in the article is true and accurate and can give the law makers insight into the persecution that I and other Christians have faced:

*"A West Virginia pastor who has expressed vocal opposition to Facebook's pro-LGBT rainbow emoji is accusing the social media site of unjustly suspending his personal account. Pastor Rich Penkoski, who oversees the popular "Warriors for Christ*

*(https://www.facebook.com/pg/warriorschurch/about/?ref=page_internal)" Facebook Page, told The Christian Post in an interview on Tuesday that his account was suspended as he was "doing a live sermon." "I was preaching about how the pride rainbow could be the mark of the beast and how Mark Zuckerburg wanted to have Facebook replace the church," recalled Penkoski. "Within 1 minute I was kicked off my live video and had to log back in. I received a notice that my live video was removed for violating Facebook Terms of Service." Penkoski explained to CP that this was his most recent temporary suspension from the social media, remarking that "I get banned all the time." "I have been banned for 30 days for calling an atheist a liar. I've been banned for showing photos of Quranic verses about killing infidels," he continued. "I've been banned for saying LGBT, which is why I now use lgbtqrstuv on the page. They keep adding*

*letters anyway so it fits." To celebrate Pride Month in June, Facebook added a rainbow flag to its usual list of emoji reactions that people can use when reacting to a comment. "We believe in building a platform that supports all communities. So we're celebrating love and diversity this Pride by giving you a special reaction to use during Pride Month," stated The Official LGBTQ Resource Page for Facebook.*

*(https://www.facebook.com/LGBTQ/photos/a.559035344122874.147187.545385972154478/187 5150119178050/?type=3&theater) Penkoski garnered headlines last month when he announced that anyone who used the rainbow flag emoji on the "Warriors for Christ" Facebook page would be banned. The West Virginia preacher received a great deal of negative backlash, including derogatory comments, thousands of text messages, and fake pages set up on Facebook to mock him. "Every single online gay blog or newspapers, they all picked it up and went with their version of it," said Penkoski to CP in an earlier interview.*

*(http://www.christianpost.com/news/pastor-receives-feces-mail-car-keyed-opposing-facebooks-r ainbow-flag-emoji-191104/) "We got hammered. It must have been overnight. We banned over 900,000 people ... We received messages of 'You should die,' 'Go kill yourself.'"*

21. The July 11, 2017 article confirmed that I was subjected to threats and harassment for opposing homosexual practices. The harassment fails to show that "love is love" but it does prove that legally recognized gay marriage is a sham that must be overruled.

22. Around June 26, 2017, I did an interview with Christian Post was that was re-posted by Christian Today which includes information that is true and accurate that summarizes some of the situation I experienced. The Article is entitled: "Pastor who banned rainbow flag emoji from his Facebook page is forced to flee after receiving death threats." The article accurately reads:

*"A West Virginia pastor who has received threats and endured various other forms of harassment for voicing opposition to Facebook's rainbow flag emoji has moved his family out of their home in Harpers Ferry after being advised by local police to do so because of safety concerns. As previously reported, Richard Penkoski, who runs the online ministry "Warriors for Christ," has received an immense amount of backlash from LGBT advocates after the popular Warriors for Christ Facebook page vowed in June that anyone who posted the rainbow flag emoji on the page would be banned by its administrators. Penkoski told The Christian Post that he didn't want the rainbow flag emoji on the "Warriors for Christ" page because it "is a pride symbol for homosexuality and we are a Christian ministry." After Patheos.com's "Friendly Atheist" Hemant Mehta reported on how Warriors for Christ would ban anyone from its Facebook page who posted the rainbow flag emoji, the Facebook page was quickly inundated with over 900,000 rainbow emojis and the "Warriors' for Christ" prayer line was inundated with callers who opposed the ministry's view on sexuality. Because the Warriors for Christ webpage listed Penkoski's home address, he and his family have received threats, have had feces sent to their house and have had their car keyed up. Additionally, Penkoski says that there were occasions when he would see random people walking back and forth on the road outside of his home. Last Tuesday, Penkoski received the most chilling threat in the form of a Facebook message from a man named Michael Grant. "I know somebody waiting right now to out a bullet through your skull," Grant's message, which was shared with The Christian Post, reads. Grant's message continued by warning Penkoski that someone was going to kill him and his family. Penkoski told CP that the message from Grant came just one day after he and his wife decided to move out of their rental home in Harpers Ferry, which they had lived in for only eight months*

*after the family moved to West Virginia from New Jersey in 2015. Having now settled into a new*
*rental home in a new town, Penkoski said that his home address will not be shared on the*
*ministry website or Facebook page. "I am not going to back down from it, but I do have six*
*children and I do have to be wise about that as well. To me, honestly, it's just a matter of time*
*until one of these people does something stupid," Penkoski explained. "It was recommended by*
*the police and my attorney as well that as much as we want to stand up, maybe it is just smartest*
*to move because all these people know where we live. It is a smart thing to do for my family's*
*sake." Penkoski assured that "none of this is going to cause me to back down. "We are not going*
*to stop telling the truth." This article was originally published in The Christian Post."*
*https://www.christiantoday.com/article/pastor-who-banned-rainbow-flag-emoji-from-his-facebo*
*ok-page-is-forced-to-flee-after-receiving-death-threats/111157.htm*

23.  The June 26, 2017 article correctly describes my experience. My experience does not show
that "love is love," but it does prove that legally recognized gay marriage is a sham. In America,
I thought that tolerance was supposed to cut both ways?  It is my observation that the
government's entanglement with the fake gay civil rights movement is the superseding cause of
my harm and the harm of other Christians. My family and I did receive death threats. We were
forced to move out of our home.  As a former Soldier, I am not living in the same America that I
volunteered to defend.

24. My Facebook page was not the only Christian page that has been bombarded with the
rainbow emoji and threats by aggressive Secular Humanist, who feel entitled by fellow Secular
Humanists in office to conduct a crusade to oppress Christians.

https://hellochristian.com/8482-pastor-receives-death-threats-for-opposing-facebooks-rainbow-fl
ag-emoji

25. In response to all of the harassment and targeting I received from Secular Humanists on
Facebook, I decided to start my own Facebook for Christians called SocialCross.org. Around
August 27, 2017, I did an interview with the Christian Post about the SocialCross.org. The
information in the article is accurate and will provide some insights to the Courts and
legislatures. The article reads as follows:

*Conservative Christians who've been barred from Facebook for posting their beliefs about*
*homosexuality and LGBT issues now have a new social media platform they can join that won't*
*block users for defending biblical principals. After being suspended from Facebook numerous*
*times for posting their thoughts on LGBT issues, a group of Christian preachers have launched a*
*social networking alternative to Facebook called SocialCross (https://socialcross.org/).*
*SocialCross, which works in a very similar manner to Facebook, aims to give Christians a place*
*to engage and have conversations about events going on in the world without fear that their*
*accounts will be suspended or blocked. In just three weeks since it has been launched, over 2,300*
*users have signed up for SocialCross. "This is a place where we can all come together as people*
*who believe in Christ who want to share with one another and learn from each other, and do so*
*without an environment of fear of having people report our post or Facebook blocking us for 30*
*days," the website's co-founder, Rich Penkoski, a West Virginia- based preacher and co-founder*
*of the online pre-denominational ministry Warriors for Christ (https://wfcchurch.org/), told The*
*Christian Post in an interview this week. Penkoski explained that he and his colleagues were*
*inspired to create their own social media platform that allows Christians to speak freely and*

*openly after his personal Facebook page was banned for 30 days on separate occasions in July because of comments he made in online threads that were reported to Facebook administrators by LGBT Facebook users. Penkoski and the Warriors for Christ Facebook page (https://www.facebook.com/warriorschurch/) made headlines in June when the ministry vowed to block anyone who posted the LGBT rainbow flag emoji (http://www.patheos.com/blogs/friendlyatheist/2017/06/12/a-christian-facebook-page-will-ban-a nyone- posting-rainbow-emojis-guess-how-this-ends/)on its Facebook page. "People were asking me for years to [build this kind of site] and I always said no. But when the whole thing happened with us in July, [my colleagues] were like, 'You know Rich, maybe we should.' I kept getting banned. I just got off another 30-day ban," Penkoski said. "Another one of our guys got banned for saying, 'Jesus Christ can cure homosexuals from homosexuality.' He got banned for that. It was my ministry team that was like, 'This is the time to really start it.' I prayed about it a lot. I said, 'You know what? Let's do it.'" Along with Penkoski, the site was founded by his wife, Amanda, and their colleagues Anita Kallinicos and Nellchy Kentley. But with little Web development experience between the four of them, they hired the Indian-based company Pas Softech to build the new website. Penkoski said the Christian social media site was developed by PAS Softech Pvt. Ltd (http://www.passoftech.com)., which is run by a Hindu man named Ankur Agarwal, and was created in less than two months. "The whole idea is that it's a Christian site, run by Christians, designed by Christians and based on biblical principles," Penkoski said. "But anybody and their brother can join so long as they understand that we're a Christian site run by Christians." The site allows users to interact with each other by posting Christian-themed emojis such as a cross, praying hands, praise hands, an ichthys, a christian flag, a Bible and others.*

*One unique aspect of the site is that it allows users to search for relevant Bible verses without having to leave the site. Users can easily use the "Bible Search" located in the upper right-hand corner of the SocialCross homepage to look up Scripture. "This is a social networking site with the features that all of us Christians want," Penkoski asserted. The site's code of conduct (https://socialcross.org/terms/code_of_conduct) prohibits any use of profanity, racial epithets and sexually explicit adult material. The code of conduct also prohibits users from harassing others and authoring personal attacks. "You may express your disagreement with someone's point of view, but personal attacks, or attacks based on another person's race, national origin, ethnicity, gender, disablement or other such affiliation, are prohibited," the SocialCross code of conduct states. "A violation in this area may result in a warning or immediate termination from service. If you receive such a warning, you agree to read the SocialCross.org Terms and Conditions again." Penkoski added that although members of the LGBT community are allowed to join SocialCross, they are not allowed to harass users because of their belief in biblical definitions of marriage and sexuality. "LGBT members are welcome so long as they are not going to try to cram that garbage down our throats," Penkoski asserted. "If you want to come and ask honest questions and have honest dialogue, you are more than welcome. But if the goal is to comment and force their lifestyle on others, that is not going to be allowed." Penkoski said that since the website launched in its beta mode three weeks ago, "LGBT trolls" have found the page and harassed users. "This is the same group of people that says to leave them alone," Penkoski said. "We started a Christian social network site and they have to hop right over there, too, telling us to go die and leave them alone. It makes no sense." Penkoski added that people who promote hate groups and hateful ideologies like white supremacy and neo-Nazism are not*

*welcome on the social media site. Penkoski and his team have already had to ban one Nazi supporter from the website. "Over 2,000 people are using the site. We had to upgrade servers twice because of it," Penkoski said. "For the most part, it's just a Christian audience right now. We haven't had any real issues and we are surprised because we are in the crosshairs of certain groups of people who know that we are doing it." Considering that over 2,300 people have signed up for the platform in just under three weeks with relatively little promotion or advertising of SocialCross, except on the Warriors for Christ Facebook page, Penkoski and his team are expecting that they will need to increase the SocialCross staff in the future. Although the founders initially intended for SocialCross to be a nonprofit and advertisement free, Penkoski said that they quickly realized that the costs of running a site like this would be too great not to allow for paid advertisers. "When I set this up, [our server company] said that based upon the growth that they see so far, they can honestly see us using 100 servers in a year or two year's time. You are talking $10,000-a-month to keep this thing running," Penkoski explained. "There is no way we can do it as a nonprofit. There is just no way." Penkoski said he's hopeful that within the next two months, SocialCross users will be able to do livestreaming. Although SocialCross has been launched, Penkoski emphasized that the site is still in its "development mode" and they're in the process of working out some of the issues. "It's hard to launch something like this without fully launching it, because without actual people using it there's no way we are going to find all the bugs in a real- world situation," he said. "It's like when an app launches for the first time or when a new phone launches, they say it's a launch but it is still technically in beta. Because we have a lot of people using it, we fixed a lot of things and are adding features. We are launched but we are still in that development mode."*

*https://www.christianpost.com/news/social-cross-website-offers-christians-alternative-facebook-196418/*

26. The net result of *Obergefell* is not tolerance, unity, and openness. Christians and other non-observers will naturally withdraw into their own communities and circle the wagons to avoid being subjected to abuse and harassment. Legally recognized gay marriage gay is a sham imposed by a handful of Secular Humanist judges at the expense of fundamental liberty interests. These judges knowingly created a fake civil right by relying on emotional appeals and intellectual dishonesty. While legally recognized gay marriage is fake marriage, the erosion of liberty interests is very real. I have personally observed and experienced this. As a taxpayer, I demand that it stop.

## PART THREE:  LGBTQ CHURCH  INFILTRATES THE ELEMENTARY SCHOOL AND TARGETS MY DAUGHTER AS REPRISAL FOR WHISTLEBLOWING

27. After moving my family to a new location because of the threats, I decided to place my children in a new school in the hopes of getting a fresh start.  My daughter entered into the 8th grade at Mountain Ridge Middle School. The school conducted an anti-suicide week. My daughter's teacher, Mrs. Coffin, took it upon herself show the students a pro-gay video that was not part of the programing.  The video displayed two boys in bed being romantic with each other. Mrs. Coffin told the students not to tell their parents that she showed them the video.  In response, my daughter went straight home and told me what had happened because I have raised her to report wrongdoing like that.  Since Secular Humanists have no standard of right and wrong, they have no basis for a personal standard for character and decency, which means in reality that Secular Humanists in position of authority are often times a terrible influence.

28. Mrs. Coffin is very pro-transgender and pro-LGBTQ. In keeping with a pattern of inappropriate behavior, she "friends" her students on Instagram. My daughter was following her. Based on her posts, it is clear that Mrs. Coffin is a devout Secular Humanist, who prides herself on not believing in truth and is all around a bad influence for failing to know the objective difference between right and wrong, secular and non-secular, and real and fake.

29. In response to the showing the pro-LGBTQ video, I called the Principal of the school, Dr. Branch, and expressed my concerns. He said that he would investigate. A Christian publication contacted the Board of Education seeking answers. The Principal reported back to me that the students wanted Mrs. Coffin to play the video. I was appalled at that response. My daughter was called to the Principal's office where the Principal told her that "students who lie make my job harder." This caused my daughter to have a panic attack and she had to go see the school nurse. The Board of Education then investigated the Principal for bullying my daughter after the incident was reported. Meanwhile, I was in disbelief at the lack of moral compass manifested by Secular Humanists educators whose salaries fall on the shoulders of taxpayers like myself.

30. In response to my daughter's reporting, Mrs. Coffin and another teacher, who is also a devout Secular Humanist, dropped my daughters grade. In the electronic online grading system, my daughters grade went from an A to an F. My wife caught this sudden drop in grade, since parents have access to this system. My wife went the Principal's office, with my daughter, and member of the Board Of Education to confront him about the change in grade. My wife was furious at the Principal's lack of leadership and his abuse, she made it clear that he was not to talk to our daughter again without at least one of her parents present.

31. This experience was immensely painful for us because we were reliving the past all over again at Mountain Ridge Middle School that we experienced the year before at Harpers Ferry Middle School. Following my post on June 11, 2017, my interaction with the LGBTQ church was very public and well known, and I believe that the teachers at my daughter's new school were treating her with animus, disapproval, and disproportionate disfavor because of my public stance that homosexuality is a sin that should not be promoted by government.

32. While there has not been the promised land rush on gay marriage in the wake of *Obergefell*, I can attest that there has been a landrush by Secular Humanists in the elementary schools to indoctrinate minors to a religious worldview on sex that was illegal until recently, that fails to check out with the natural design, that is inherently exploitative, and that threatens community standards of decency. My 14 year old daughter can attest to that as well. This kind of injustice is not just taking place in West Virginia Middle Schools, these practices are taking place in public schools all across the United States. I know this because of my interaction with the fans of my radio show and with the followers of Warriors of Christ. Prior to *Obergefell*, the levels of indoctrination of LGBTQ orthodoxy within the public schools was not the same following the decision. There has been a major increase.

## PART FOUR: FACEBOOK CENSORSHIP WAR

33. Christians, like myself, get blocked from Facebook all the time for quoting the Bible and not converting to Secular Humanism that the government has wrongfully and recklessly endorsed and promoted at the expense of freedom. Facebook is so large and powerful that it is a quasi-state actor that should be subjected to complying with the Constitution. The Government's entanglement with the fake gay civil rights movement is bad for speech and has a chilling effect

that is incredibly destructive and damaging. Over all, the government's endorsement of gay marriage and its decision to falsely treat sexual orientation as a suspect class has been and continues to be a total disaster that has greatly eroded freedom and rights that are real and that are protected for good reason. As a former Soldier of the United States Military, I am appalled that the members of the Court would entangle the government with what amounts to a civil rights charade that is nothing more than a sword to oppress Christians and other non-observers.

34. I've worked very hard to build a large following on Facebook. The fact that Facebook can unilaterally shut down my page simply because I believe in the Bible's take on the truth is evil. Facebook is emboldened by the government's wrongful endorsement and entanglement with the religion of Secular Humanism. Facebook regularly shuts down my page to punish and harass me and to cause others to shun and avoid me. The goal of Facebook in taking down my page is to intimidate others Christians into silence. On January 2, 2018, Conservative Firing Line published the following article called: "Facebook yanks Warriors for Christ after ignoring death threats to pastor, says angel in armor pic violates standards"

*In an exclusive interview with the Conservative Firing Line on Tuesday, Pastor Rich Penkoski said Facebook yanked his fairly large page, "Warriors for Christ," after claims the page violated the site's community standards. Worse yet, Penkoski said the social media giant essentially ignored death threats made against him — threats which, at one point, forced him to move his family. Here's a video highlighting some of those threats:*

*https://www.youtube.com/watch?v=XMMNYG9nTek*

*In an email published by Pamela Geller, Nellchy Kentley, an administrator for the page which had over 225,000 followers, said: On 29th December 2017, Facebook shut down our page*

*because of our biblical stance on marriage. Facebook has been after our page for many years and often censored our posts simply because they contained truth articles on statistics, Bible verses and memes that exposed the hypocrisy of the left. We have a 24 hour prayer sms hotline to pray for anyone seeking prayer and also a crisis outreach hotline to assist people in need of emergency crisis support and financial assistance, food or clothing. We received several messages a day, many of which were from people in serious distress and even some with suicidal tendencies and we were able to chat with them to help talk them out of it and pray with them. This ministry has been such a blessing for countless people, and Facebook has heartlessly shut us down. As for the threats, Kentley wrote: "We received death threats, hate mail, and were flooded with pride emojis all over our page with porn and derogatory pictures and links to porn sites. Pastor Rich even received feces in the mail and it got to the point he and his family (his wife and six kids) were forced to move house as a result of all the threats." Moreover, Penkoski said, LGBT activists engaged in what can only be described as online stalking. This, he said, started after "Pride Month." After the threats, Kentley said, they started an alternate social media site for Christians: SocialCross. The site now has over 12,000 followers. At the time Facebook unpublished his page, Penkoski said, they were counseling a young woman contemplating suicide. Naturally, when the page was unpublished, they lost contact with the woman. At this time, it is unknown if the woman they were speaking to is still alive, prompting Penkoski to state that Facebook could be complicit if she followed through on her threat to commit suicide. But there's more. After the page was unpublished, he received an email which read: So I was just notified by Facebook that WFC was shut down, I want to say that I am sorry it has come to this, but the hateful posts that you keep posting are full of hate, whether you agree*

*or not, they are hateful. I did collect 80,XXX signatures to stop the hatefulness, and sent them to*

*Facebook about a month ago. I tried to reason with you, but you would not even listen. Your hate*

*towards Muslims, Christians, Catholics, and the LGBT community, will not be tolerated. Again*

*I'm sorry you were removed, but you are full of hate, and giving Christians a bad name. God*

*bless, and have a good day Penkoski further said he was slapped for posting the following: "It*

*looks like something you posted doesn't follow our Community Sandards. We remove the posts*

*that attack people based on their race, ethnicity, national origin, religious affiliation, sexual*

*orientation, gender, or disability." But wait — it gets even better.  He told us that Facebook*

*slapped him for no apparent reason even as we were speaking.  Immediately after our interview,*

*Penkoski reached out to us saying that he personally received a 30-day ban over a picture of a*

*warrior angel in armor. It's not known what part of the photo violates Facebook's nebulous*

*standards. Penkoski said the ministry has set up a change.org petition, which reads in part:*

*Warriors for Christ is a controversial entity who regularly stands in opposition to the lgbt*

*agenda, however Warriors for Christ has never threatened nor called anyone a derogatory name*

*or anything of the sort. The lgbt community has been actively trying to shut down the ministry*

*page for well over 6 months. You may remember the lgbt sent fecal matter to the Pastor's home.*

*They keyed his car, they threatened to put a bullet in his head, they sent gay x rated material to*

*his home with 6 children. We are telling facebook to stop banning and censoring Christian*

*Conservatives because of activists who wish to silence opposition. As of this writing, the petition*

*has over 1,400 signatures. Here's a video Penkoski made of his latest run-in with Facebook.*

*More of his videos can be seen here. Penkoski tells me that he's not knuckling under, and intends*

*to fight Facebook's actions. For starters, he's set up a backup page, which is still up as of this*

*writing. That page can be seen here. He's also not intimidated by the threats leveled at him by*

*LGBT activists. "These people don't intimidate me," he said, but promised to take whatever*

*legal measures are necessary to protect his family. "I don't want to shoot anybody, but I will if I*

*have to." Penkoski also said he intends to pursue legal action, but as Adina Kutnicki and I wrote*

*in "Banned: How Facebook enables militant Islamic jihad," that won't be an easy option, given*

*Section 230 of the Communications Decency Act of 1996, which a federal judge said lets sites*

*like Facebook censor even constitutionally-protected speech. We reached out to multiple*

*contacts at Facebook, including Katie Harbath, who, Bloomberg said, is "a former Republican*

*digital strategist who worked on former New York Mayor Rudy Giuliani's 2008 presidential*

*campaign" and now runs "...a little-known Facebook global government and politics team*

*that's neutral in that it works with nearly anyone seeking or securing power." According to*

*Bloomberg: "We're proud to work with the thousands of elected officials around the world who*

*use Facebook as a way to communicate directly with their constituents, interact with voters, and*

*hear about the issues important in their community," Harbath said in an emailed statement. She*

*said the company is investing in artificial intelligence and other ways to better police hate*

*speech and threats. "We take our responsibility to prevent abuse of our platform extremely*

*seriously," Harbath said. "We know there are ways we can do better, and are constantly*

*working to improve." Power and social media converge by design at Facebook. The company*

*has long worked to crush its smaller rival, Twitter, in a race to be the platform of choice for the*

*world's so-called influencers, whether politicians, cricket stars or Kardashians. Their posts will,*

*in theory, draw followers to Facebook more frequently, resulting in higher traffic for advertisers*

*and better data about what attracts users. As of this writing, Facebook has not responded to our*

*inquiry. "We hope to give all people a voice and create a platform for all ideas," Facebook*

*CEO Mark Zuckerberg wrote in September, Bloomberg said. Meanwhile, il VD reported, citing*

*Propublica, the company admitted that "censors made the wrong call on nearly half of a set of*

*49 situations addressed in a new study." According to that report: "We asked Facebook to*

*explain its decisions on a sample of 49 items, sent in by people who maintained that content*

*reviewers had erred, mostly by leaving hate speech up, or in a few instances by deleting*

*legitimate expression," Propublica's report said. "In 22 cases, Facebook said its reviewers had*

*made a mistake. In 19, it defended the rulings. In six cases, Facebook said the content did violate*

*its rules but its reviewers had not actually judged it one way or the other because users had not*

*flagged it correctly, or the author had deleted it. In the other two cases, it said it didn't have*

*enough information to respond." Inconsistencies are common, ProPublica said, having "found*

*in an analysis of more than 900 posts submitted to us as part of a crowd-sourced investigation*

*into how the world's largest social network implements its hate-speech rules." "Its content*

*reviewers often make different calls on items with similar content, and don't always abide by the*

*company's complex guidelines. Even when they do follow the rules, racist or sexist language*

*may survive scrutiny because it is not sufficiently derogatory or violent to meet Facebook's*

*definition of hate speech." "We're sorry for the mistakes we have made — they do not reflect the*

*community we want to help build," Facebook Vice President Justin Osofsky told Propublica.*

*"We must do better." While that statement is really no comfort at all to Penkoski, and many*

*others who have experienced the wrath of Facebook's moderators, the story does have a happy*

*ending. A couple hours after reaching out to the social media giant, the page was brought back*

*up and can be seen here. We still have not heard from the company, but Penkoski said it shows*

that "standing firm and speaking out does work." Unfortunately, Penkoski says the 30-day ban

is still in place.

https://conservativefiringline.com/facebook-yanks-warriors-christ-ignoring-death-threats-pastor-

says-angel-armor-pic-violates-standards/

35.  On January 3, 2018, the Washington Times, wrote an article about Facebook's efforts to

punish me for being an outspoken Christ Follower:

*Facebook temporarily shut down the page "Warriors for Christ." Why? The official corporate*

*line is that the page violated the social media giant's community standards. But the Christ*

*fighters have a few other thoughts — namely, that Facebook is simply showing its pro-LGBT,*

*anti-Christian bias. This, from the page administrator, Nellchy Kentley, in a letter to Pamela*

*Geller: "On 29th December 2017, Facebookshut down our page because of our biblical stance*

*on marriage. Facebook has been after our page for many years and often censored our posts*

*simply because they contained truth articles on statistics, Bible versus and memes that exposed*

*the hypocrisy of the left." Following a petition drive, and pressure from the public — including*

*the page's 225,000 or so followers — Facebook reinstated the page. But what's up with a prayer*

*page that makes it so hated by Facebook censors? "They calculated this move and chose to*

*remove the page at 5:00 p.m. EST on Friday December 29, 2017 right before a long holiday*

*weekend," Kentley goes on to write, "in the hope that we would be discouraged in contacting*

*any media about this because most businesses are closed for several days. We will not be*

*silenced and will be pursuing legal action with Facebook." What's markedly notable about*

*Facebook's censorship is that it gives all appearances of a double-standard. Pastor Rich*

*Penkoski, who oversees the content for the "Warriors for Christ" page, said in an interview with*

*Conservative Firing Line that he's been subjected to numerous death threats — made via Facebook. But Facebook ignored those obvious violations of its social media policies, he said. Meanwhile, this: "Immediately after our interview, Penkoski reached out to us saying that he personally received a 30-day ban over a picture of a warrior angel in armor," the blog reported. The image is hardly graphic or offensive in nature. It's a figure with wings dressed in armor and wielding a shield and sword. Yet Facebook wrote: "Please keep in mind that people who repeatedly post things that aren't allowed on Facebook may have their accounts permanently disabled."*

*So what's going on here?*

*Why shut a page dedicated to prayer and promoting biblical principles, yet turn a blind eye to blatant threats? And truly, the threats were ugly. Penkoski started a Change.org petition in the hours after "Warriors for Christ" was booted fromFacebook that gives a little insight to the culture battle that it's been waging. It reads, in part: "Warriors for Christ is a controversial entity who regularly stands in opposition to the lgbt agenda ... The lgbt community has been actively trying to shut down the ministry page for well over 6 months. You may remember the lgbt sent fecal matter to the Pastor's home. They keyed his car, they threatened to put a bullet in his head, they sent gay x rated material to his home with 6 children." Again — truly ugly. The Bible tells that those who stand with Jesus will face persecution, and that those who stand strong in the faith will receive their kudos from Christ. As for those who persecute? Beware. A judgment day is coming.https://www.washingtontimes.com/news/2018/jan/3/facebook-fight-warriors-christ-temporarily-shutter/*

See also:

https://www.churchmilitant.com/news/article/gay-activists-succeed-in-getting-christian-facebook-page-shut-down

https://pamelageller.com/2018/01/facebook-warriors-christ.html/

36. On January 5, 2018, Conservative Firing Line wrote the following article called "Facebook continues jihad against 'Warriors for Christ'"

*As we reported Tuesday, Facebook, the social media site once described as the "world's most dangerous censor," yanked the page for "Warriors for Christ" without offering any real reason for the action. The page was restored, but it appears the company isn't finished harassing the site and its owners. On Thursday, the West Virginia based organization said on its backup page that two of their administrators received a notification that day claiming the site removed something they posted. But, they said, NOTHING had been removed from the page.  A couple hours later, the group said Facebook deleted a live video that was streamed on Thursday. Fortunately, they said, the video was streamed to both YouTube and Facebook.  Here's the video Facebook deleted:  https://www.youtube.com/watch?v=MK1-w9MxMhI*

*Pastor Rich Penkoski, owner of the site, further said in the video that Facebook is severely curtailing their reach — something that many conservatives have experienced since the November 2016 election. While the main page is back up, Penkoski says he is still banned from posting due to the site's profile picture of a warrior angel dressed in armor.  As a result of Facebook's censorship, Penkoski started SocialCross, a social media site geared to Christians. That site now boasts over 12,000 users.  Writing about the situation with Warriors for Christ, the Washington Times' Cheryl K. Chumley observed: The Bible tells that those who stand with Jesus will face persecution, and that those who stand strong in the faith will receive their kudos from Christ. As for those who persecute?  Beware. A judgment day is coming. We couldn't agree more.*

https://conservativefiringline.com/facebook-continues-jihad-warriors-christ/

37. On January 5, 2018, Conservative Firing Line releases a second article entitled "The jihad continues: Facebook yanks 'Warriors For Chris" for a second time in three days:"

*On Friday morning, Facebook, the social media giant once dubbed the "world's most dangerous censor," struck again, tearing down the Christian page, "Warriors for Christ" for the second time in three days. The site was initially taken down last Friday but as we reported on Tuesday, was reinstated within hours after we reached out to several contacts at the company. On Thursday, the site informed administrators they had removed something, but as we verified at the time, nothing had been removed. Additionally, Facebook deleted a live video with no explanation. Pastor Rich Penkoski reached out to the Conservative Firing Line informing us that he received the following email from Facebook: Your Page "Warriors for Christ" has been removed for violating our Terms of Use. A Facebook Page is a distinct presence used solely for business or promotional purposes. Among other things, Pages that are hateful, threatening or obscene are not allowed. We also take down Pages that attack an individual or group, or that are set up by an unauthorised individual. If your Page was removed for any of the above reasons, it will not be reinstated. Continued misuse of Facebook's features could result in the permanent loss of your account. The site never explained how Warriors for Christ violated their terms. We reached out to Facebook, but have not received a response at the time of this writing. According to page owners, the action took place at 11:30 a.m. Friday, explaining: Facebook has shut down WARRIORS FOR CHRIST page, with over 225,000 followers, because of our Biblical stance on marriage. This is a war of Christians and we need your help to let as many people know and get the word out to as many Christian and conservative pages out there. Indeed, it seems that the social media company has engaged in a war of sorts — a "jihad," if you will —*

*against conservative and Christian pages. Responding to numerous reports of censorship, the*
*National Religious Broadcasters (NRB) launched an initiative to expose censorship of Christian*
*and conservative speech online. According to the group, the initiative has been endorsed by Sen.*
*Ted Cruz, RTexas, and a former Federal Communications Commission commissioner. That is all*
*well and good, but Cruz and other Republicans need to take concrete steps to put an end to what*
*seems to be viewpoint discrimination by leftwing social media giants operating under the*
*protection of federal law, specifically Section 230 of the Communications Decency Act of 1996.*
*The situation is made even worse when one considers a report by Propublica, which said the*
*company admitted that "censors made the wrong call on nearly half of a set of 49 situations*
*addressed in a new study." The West Virginiabased Christian group has a backup page, which*
*can be seen here — at least for now...*

34. Instead of petitioning facebook to put my facebook page back up, I am petitioning the
Federal Court to make the State of West Virginia to immediately stop legally recognizing gay
marriage and any statute that asserts that sexual orientation is a matter of civil rights. I am a
taxpayer, I have standing to sue to enjoin the government from legally recognizing gay marriage
for violating the Establishment Clause because my personal experience and the experiences of
my daughter in the elementary schools unequivocally shows that gay marriage policy and sexual
orientation discrimination statutes are non-secular shams. In order to protect minors and to
restore Constitutional rights, I implore this Court and the legislature to stop legally recognizing
gay marriage and sexual orientation as a suspect class.

35. I ask the legislature and the Courts to honor the Constitution and to end its entanglement with
the LGBTQ religion and the religion of Secular Humanism completely.

I attest under the penalty of perjury that the above mentioned statements are true and accurate.

Pastor Richard Penkoski
Founder of Warriors For Christ
And SocialCross.org



Exhibits

12 22 2017                    Warriors for christ 12 hrs A RAINBOW EMOJI WILL GET YOU INSTANTLY BANNED FROM OUR PAGE 16K Shares 163K 018K 73E So How's That Working Out for you? meme A meme on me.me



**M**

🔍 search all the memes

dank

Emoji

Working out

Rainbow

Warriors

☐

page

working

will

you

for

get

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Warriors for Christ**
12 hrs · ⊕                                             ⌄

# A RAINBOW EMOJI WILL GET YOU INSTANTLY BANNED FROM OUR PAGE

1.6K Shares

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

● **16.3K**    👍 **1.8K**    ● **73**

─────────────

## So how's that working out for you?



EMBED IT

`<iframe src="http://me.me/embed/i/16067059" width="100%" height="613" frameBor`



WARRIORS FOR CHRIST 12 HRS A RAINBOW EMOJI
WILL GET YOU INSTANTLY BANNED FROM OUR PAGE
16K SHARES 163K 018K 73E SO HOW'S THAT WORKING
OUT FOR YOU? MEME

| DANK | EMOJI | WORKING OUT |
| RAINBOW | WARRIORS | ☐ |

12.22.2017

Thousands are rainbow emoji bombing right-wing hategroups on Facebook - Democratic Underground

**DEMOCRATIC
UNDERGROUND.COM**

Create new account | My Profile | My Account | My Bookmarks | My Inbox | Help | Log in

Google _____     | Site search ⏷ | | Search |
                                                          Advanced search

Home      Latest Threads      Greatest Threads      Forums & Groups      My Subscriptions      My Posts

**DU Home » Latest Threads » Forums & Groups » Main » General Discussion (Forum) » Thousands are rainbow emo...**

Main
Announcements
Latest Breaking News
Editorials & Other Articles
Video & Multimedia
General Discussion
The DU Lounge
Community Help
**My Subscriptions**
Topics
Places

**Gravitycollapse** (7,585 posts)                                                    Mon Jun 12, 2017, 06:09 PM

  **Thousands are rainbow emoji bombing right-wing hategroups on
Facebook...**

I'm not sure how this got started but I got the idea
myself to go rainbow emoji bomb National
Organization for Marriage yesterday. Apparently tens
of thousands of users have descended on another
group called Warriors for Christ. The admins
threatened to ban anyone who used the rainbow emoji
and that appears to have backfired pretty badly.

https://www.facebook.com/warriorschurch/

8

◼Rec        G+        0

Thread          Bookmark        Trash this                         5 replies, 2531 views
info            this thread     thread

Back to top   Alert abuse                                          Reply to this thread

**You May Like**                                                   Sponsored Links by Taboola

**20 Chilling Photos You Won't Learn About In History Class**
Livestly

**Newborn Twin Hugs Her Dying Twin And Something Miraculous Happens**
Socawlege

**He Rescued This Bizarre Creature From Under A Bed, But He Had No Idea What It Really Was**
Life Buzz

**4 Worst Blood Pressure Meds**

**Replies to this discussion thread** Always highlight:   **10 newest replies** | Replies posted after I mark a forum

| ▼ 5 replies | Author | Time | Post |
|---|---|---|---|
| 🗋 Thousands are rainbow emoji bombing right-wing hategroups on | Gravitycollapse | Jun 2017 | OP |
| └🗋 Yep! The church warrior page is VERY colorful!! Great idea! LOL! | skylucy | Jun 2017 | #1 |
| └🗋 Cool | shenmue | Jun 2017 | #2 |
| └🗋 Not the most intelligent question I've ever asked, but... | Different Drummer | Jun 2017 | #3 |
| └🗋 I believe you have to like this group... | Gravitycollapse | Jun 2017 | #4 |
| └🗋 Has this page been removed? Maybe I was closed out. I posted there | Maraya1969 | Jun 2017 | #5 |

**skylucy** (1,960 posts)                          Response to Gravitycollapse (Original post)
                                                    Mon Jun 12, 2017, 06:18 PM
**1. Yep! The church warrior page is VERY colorful!! Great idea! LOL!**





12 22 2017

Back to top    Alert abuse    Link here    Permalink                                              Reply to this post

**shenmue** (34,252 posts)                                         Response to Gravitycollapse (Original post)
                                                                   Mon Jun 12, 2017, 06:20 PM
**2. Cool**



Back to top    Alert abuse    Link here    Permalink                                              Reply to this post

**Different Drummer** (1,658 posts)                                Response to Gravitycollapse (Original post)
                                                                   Mon Jun 12, 2017, 06:28 PM
**3. Not the most intelligent question I've ever asked, but...**

how does one go about getting the rainbow emoji as a FB response option? I don't seem to have it.

Back to top    Alert abuse    Link here    Permalink                                              Reply to this post

**Gravitycollapse** (7,585 posts)                                  Response to Different Drummer (Reply #3)
                                                                   Mon Jun 12, 2017, 06:31 PM
**4. I believe you have to like this group...**

 https://www.facebook.com/LGBTQ/

It worked for me after that.

Back to top    Alert abuse    Link here    Permalink                                              Reply to this post

**Maraya1969** (13,172 posts)                                      Response to Gravitycollapse (Original post)
                                                                   Tue Jun 13, 2017, 10:23 AM
**5. Has this page been removed? Maybe I was closed out. I posted there yesterday**

I wasn't nasty but I did get a couple bible verses in. The bible must be a banned book on their page

Back to top    Alert abuse    Link here    Permalink                                              Reply to this post

**Reply to this thread**

**General Discussion (Forum)**

**DU Home** | **Latest Threads** | **Greatest Threads** | **Forums & Groups** |
**My Subscriptions** | **My Posts**

About | Copyright | Privacy | Terms of service | Contact

In Memoriam

© 2001 - 2017 Democratic Underground, LLC. Thank you for visiting.

12/22/2017

| flame wars | **This Christian Facebook page banned rainbow emojis. They should have known what would happen next.** |

By <u>Derek de Koff</u> · June 14, 2017 at 5:06pm · 11.4K shares · 16 comments



Administrators behind a fervidly religious Facebook page called "<u>Warriors for Christ (</u><u>https://www.facebook.com/warriorschurch/</u>)" apparently prefer learning things the hard way.



○ Replay

How else to explain why they were so adamant about keeping the page free of rainbow emojis?



 **Warriors for Christ**
13 hrs

# A RAINBOW EMOJI WILL GET YOU INSTANTLY BANNED FROM OUR PAGE



**Related: Obese "ex-gay" Christian says it was easier to his change sex habits than his eating habits**

In case any wafflers happened to miss the message, administrators went that extra mile and created a grisly meme:

 **Warriors for Christ**



Like · Reply · 👍😢😮 3.8K · 12 hrs

They received a disturbing 3.8K likes, but also quite a few dislikes — most in the form of, you guessed it, rainbow-bearing comments:



**QUEERTY***

These Christian Facebook page banned rainbow emojis. They should have known what would happen next | Quartz

From a heterosexual Christian: . Now please do me the favor of blocking me.

Like · Reply · 52 · 10 hrs

I literally just got the emoji so I could your post. I think your understanding of Jesus Christ is misinformed, but ask me about it if you want to learn!

Like · Reply · 43 · 3 hrs

Oh no! Does my use of color offend your imaginary friend who apparently died over 2000 years ago but still feels the need to talk to you, specifically?

Like · Reply · 54 · 2 hrs · Edited

↳ 1 Reply

my standards for being a Christian seem to be a bit higher than yours.

Like · Reply · 66 · 5 hrs

↳ 1 Reply

**Somehow, initiating the ban didn't stop all these slap-happy, rainbow-wielding hooligans.**

**Meanwhile, legions are now sticking rainbows on every single one of their posts, many of which are obsessed with the Lion of Judah.**



**Warriors for Christ** added a new photo.
20 hrs



👍 Like     💬 Comment     ↗ Share

😮😯😊 5.7K           Top Comments ▾

51 shares

Write a comment...



Like   Reply   😊😯😯 68 · 20 hrs

**Not to be irresponsible, but perhaps you'd like to stop over at the page and help make it more colorful. ( https://www.facebook.com/wfcchurch.org/)**



| life | rainbow emojis | trolling | trolls | warriors for christ |

## 16 Comments



**PurpleKaren**

I flooded them yesterday with rainbows . . . just went back and now I can't comment!

Mission accomplished!

June 14, 2017 at 6:06pm   ↩ Log in to Reply

**mhoffman953**

Speaking of rainbows, when is Queerty going to report on the new pride flag?

June 14, 2017 at 7:06pm   ↩ Log in to Reply

**GrimReaper**

aww the page seems to be gone comes up with this now for me This page isn't available

The link you followed may be broken, or the page may have been removed.

June 14, 2017 at 10:06pm   ↩ Log in to Reply

Sponsored by Revcontent

**This is the Highest Rated Sedan by J.D. Power**

**Why Doesn't Amazon Want Shoppers to Find This Site?**

**8 Years Later and Octomom Does It Again**

**Stephen Hawking's Prediction Will Give You Goosebumps**

# THIS SO-CALLED CHRISTIAN FB PAGE TRIED TO CO-OPT RAINBOW EMOJIS FOR 'GOD' AND GOT ITS FEEFEES HURT

By **Zoe Grey** · June 12, 2017

## 1.3k
SHARES

This Facebook page, complete with a website and merchandise, has decided that it just can't handle Facebook's new rainbow reaction and rainbow emojis. So, naturally, everyone is posting rainbow emojis on their page.

Warriors For Christ posted:



*Image via The Friendly Atheist*

The threat of banning hasn't stopped them either. People are still posting all kinds of rainbow emojis and stickers in comments on the page. Here are just a few:

**SPECIAL:** OSTEOPOROSIS DIET
Get Info on a Diet to Help With Postmenopausal Osteoporosis

Learn More

From a heterosexual Christian: 🌈 Now please do me the favor of blocking me
Like  Reply  💬 ·

I literally just got the 🌈 emoji so I could 🌈 your post. I think your understanding of Jesus Christ is misinformed, but ask me about it if you want to learn!
Like  Reply  💬 ·

Images via The Friendly Atheist.

It seems like this would be a fake page, but the website doesn't seem fake. From the About page:

> "Warriors for Christ is a pre-denominational ministry. A pre-denominational Christian is a Christian or disciple of Christ who seeks to base all of his or her beliefs and practices upon the New Testament itself, starting with the teachings of the Lord Jesus Christ Himself. We desire to recover original New Testament Christianity, or the faith once delivered unto the saints. We are neither Catholic nor Protestant and reject any and all Catholic and Protestant traditions that are inconsistent with or contrary to the New Testament, no matter how deeply-entrenched these traditions may have become. Our overriding goal is to be true to Christ and true to the New Testament."

> "In the first century, there was only one church. Christians in different locations were united by a common faith, a common belief, and by a common form of worship. There were churches at Jerusalem, Corinth, Rome, Ephesus, Antioch, and a number of other places. That which separated them was geography — not different teachings. But that was then. . ."

**This is the Highest Rated Sedan by J.D. Power**

> "In the 21st Century, things are a lot different in the religious world. Now we have a variety of different churches, teachings, practices, and forms of worship. In fact did you know that the majority of denominations are less than 600 years old?"

Ads by Revcontent

Have fun offending the homophobes!

*Featured image via Twitter.*

**You May Also Like**                                    Sponsored by Revcontent

**This is the Highest Rated Sedan by J.D. Power**

**Why Doesn't Amazon Want Shoppers to Find This Site?**

**Miracle Spice "Helps" Lose Weight And "Stops" Joint Pain (Watch)**

**8 Years Later and Octomom Does It Again**

**10 Iconic Actors Most People Can't Name Quiz!**

**Stephen Hawking's Prediction Will Give You Goosebumps**



# Satanic San Francisco

Community Building – Political Activism – Individual Liberty

Satanic San Francisco    "Feel the Burn" by Alse Young    Contact Your Local Satanists    **Q**





👤 Alse Young　📅 June 25, 2017　🗂 Community　💬 No Comments

## SATAN'S PUPPETS MAKE "WARRIORS FOR CHRIST" TASTE THE RAINBOW

It's time again for San Francisco Pride, so let's talk about the potent Satanic power of rainbow emojis.

A couple of weeks ago the seemingly over-caffeinated fundamentalist Facebook page Warriors For Christ declared (unsolicited) *"A RAINBOW EMOJI WILL GET YOU INSTANTLY BANNED"* from their community. Because that's a hill worth dying on, right?

Of course, people from all over the world responded by immediately burying Warriors For Christ in rainbows.

Even two weeks and thousands of bans later, the Warriors For Christ page looks like a squad of unicorns just sharted all over it.

Admittedly, this response didn't resolve much. Although the page admin referred to all of us as "Satan's puppets," which was worth the trouble in itself.



*Contrary to what you've been told, Pride comes after the fall too.*

Beyond that, Warriors For Christ's manic woodchipper style of evangelism does teach us something. Among their many insecure exclamations during the Great Rainbow Siege was, *"The rainbow belongs to god."*

Some fundies do seem to particularly resent the Pride rainbow flag these day. Back in April, far-right radio host Bryan Fischer (the human equivalent of the dry well that little Timmy falls falls down in "Lassie") said via Twitter:

*"LGBTs stole the rainbow from god. Give it back."*

And it's true, rainbows do have symbolic significance in Jewish and Christian mythology. But they're hardly the only ones.

The rainbow is also a symbol in Norse paganism, for example, as the bridge between mankind and the gods. Hindus hold a similar belief. On the other hand, to some Peruvian tribes rainbows are dangerous spirits.

*("The rainbow is achichilla, and they forbid children to gaze at them,"* Finnish sociologist Rafael Karsten wrote of the Aymara people.)

So if you want to go interpreting rainbows through a cultural prism, you've got options. Like the visible spectrum itself, a symbol is in the eye of the beholder.

Which brings us (as always) back to Satan. Anti-Satanists often refuse to brook ideas like non-theistic religion or any concept of Satan other than theirs.

*"These satanists are just lying!"* declared a Faithwire reader incensed at the Satanic Temple last week. *"They are worshiping Satan and they know he's real. Would you really believe anything a satanist has to say?"*



*"Guys, I know we're in the middle of something here, but has anyone seen my python? He got out of his cage again."*

Some people just plain won't budge about this. Old Anton LaVey used to say, *"Those who*

12 22 2017

Case 2:18-cv-00019-NDF Document 3 Filed 01/26/18 Page 55 of 107
Satan's Puppets Make Warriors For Christ Taste the Rainbow

*disagree with the non-Christian definition of Satanist [always refer to] 'common knowledge' or propaganda."*

But once you divorce yourself from the superstitious belief in a real devil, one definition is potentially as good as any other.

In French satirist Anatole France's *The Revolt of the Angels,* Satan is an avatar for political revolutionaries and the patron of *"liberty, curiosity, and doubt."*

In atheist Italian poet Giosue Carducci's *Hymn To Satan,* the devil is the *"avenging force of human reason,"* an icon for the rise of anti-Catholic sentiment in Italy.

And on the hit FOX show "Lucifer" the devil is...well, I don't know, I've never actually watched it. But the showrunners surely have their own ideas about the character, and audiences have little trouble accepting it.

There's no reason these Satans are any less valid than the perverted fiend so important to fundamentalists. In myth and allegory, we're beholden only to the concepts that speak to us.

So a rainbow can represent flood myths to Warriors For Christ. Or it can represent human empowerment to San Francisco Pride goers. Trying to stop symbols from changing is like trying to force water back uphill.

Likewise, Satan will be what the beholder needs him to be. Like Pride, he is a naturally diverse collaboration.



*There's nothing like taking in the local color.*

Tagged on  fundamentalists   gay rights   homophobia   LGBT   Pride   rainbow   satanism
warriors for christ

← When god Was Just a Dick To Job

The Last Temptation of Arkansas Senator Jason Rapert →

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

1 7 2018

# CONSERVATIVE FIRING LINE

## The jihad continues: Facebook yanks 'Warriors for Christ' for second time in three days

*By Joe Newby - January 5, 2018*

**186**
SHARES

On Friday morning, Facebook, the social media giant once dubbed the "world's most dangerous censor," struck again, tearing down the Christian page, "Warriors for Christ" for the second time in three days. The site was initially taken down last Friday but as we reported on Tuesday, was reinstated within hours after we reached out to several contacts at the company.

On Thursday, the site informed administrators they had removed something, but as we verified at the time, nothing had been removed. Additionally, Facebook deleted a live video with no explanation.

Pastor Rich Penkoski reached out to the Conservative Firing Line informing us that he received the following email from Facebook:

> Your Page "Warriors for Christ" has been removed for violating our Terms of Use. A Facebook Page is a distinct presence used solely for business or promotional purposes. Among other things, Pages that are hateful, threatening or obscene are not allowed. We also take down Pages that attack an individual or group, or that are set up by an unauthorised individual. If your Page was removed for any of the above reasons, it will not be reinstated. Continued misuse of Facebook's features could result in the permanent loss of your account.

The site never explained how Warriors for Christ violated their terms. We reached out to Facebook, but have not received a response at the time of this writing.

According to page owners, the action took place at 11:30 a.m. Friday, explaining:

> Facebook has shut down WARRIORS FOR CHRIST page, with over 225,000 followers, because of our Biblical stance on marriage.
>
> This is a war of Christians and we need your help to let as many people know and get the word out to as many Christian and conservative pages out there.

advertisement - story continues below

Indeed, it seems that the social media company has engaged in a war of sorts — a "jihad," if you will — against conservative and Christian pages. Responding to numerous reports of censorship, the National Religious Broadcasters (NRB) launched an initiative to expose censorship of Christian and conservative speech online.  According to the group, the initiative has been endorsed by Sen. Ted Cruz, R-Texas, and a former Federal Communications Commission commissioner.

That is all well and good, but Cruz and other Republicans need to take concrete steps to put an end to what seems to be viewpoint discrimination by left-wing social media giants operating under the protection of federal law, specifically Section 230 of the Communications Decency Act of 1996.

The situation is made even worse when one considers a report by Propublica, which said the company admitted that "censors made the wrong call on nearly half of a set of 49 situations addressed in a new study."

The West Virginia-based Christian group has a backup page, which can be seen here — at least for now...

advertisement - story continues below

Related:

- Facebook continues jihad against 'Warriors for Christ'
- Facebook yanks Warriors for Christ after ignoring death threats to pastor, says angel in armor pic violates standards
- New initiative exposes censorship of Christians, conservatives by Facebook, Twitter
- Facebook yanks pro-Trump pages after false claims of nudity
- Is Facebook using forgery in jihad against anti-terror conservatives?

If you haven't checked out and liked our Facebook page, please go here and do so.  And be sure to check out our new MeWe page here.

If you appreciate independent conservative reports like this, please go here and support us on Patreon.

And if you're as concerned about online censorship as we are, go here and order this book:



Banned: How Facebook enables militant Islamic jihad – Source: Author (used with permission)

**186**
SHARES

You May Like                                      Sponsored Links by Taboola

**Play this for 1 minute and see why everyone is addicted**
Vikings: Free Online Game

# CP  U.S.

## Pastor Receives Feces in Mail, Has Car Keyed for Opposing Facebook's Rainbow Flag Emoji

By Samuel Smith , CP Reporter | Jul 6, 2017 3:11 PM

# Video Player



(PHOTO: PIXABAY/MARY BETTINI BLANK)

A pastor who leads a Christian ministry that vowed to ban anyone who posts the rainbow flag emoji to its Facebook page says LGBT activists have inundated his inbox, mailbox and phone lines with gay porn and threatening messages. They even keyed his car.

The Facebook page "Warriors for Christ (https://www.facebook.com/warriorschurch/)," which has nearly 200,000 followers, made headlines last month after it was reported (http://www.patheos.com/blogs/friendlyatheist/2017/06/12/a-christian-facebook-page-will-ban-anyone-posting-rainbow-emojis-guess-how-this-ends/) by Patheos.com blogger Hemant Mehta, the "Friendly Atheist," that anyone who posts a rainbow flag emoji on the Facebook page would be "instantly"

Case 2:18-cv-00019-NDF   Document 3   Filed 01/26/18   Page 60 of 107

banned from the page.

Pastor Rich Penkoski, a West Virginia resident who is the leader of the Facebook page (https://www.facebook.com/warriorschurch/) and it's pre-denominational ministry (https://wfcchurch.org/), told The Christian Post on Thursday that he and his colleagues have banned over 900,000 different Facebook users in the last month.

"The thing about the rainbow flag is nobody asked why we didn't want it on our page. The issue was that the rainbow emoji is a pride symbol for homosexuality and we are a Christian ministry," Penkoski said. "We don't celebrate sin and we are not going to embrace it now. We know, as Christians, that sin leads to death."

However, it's not just the use of the rainbow flag emoji that is concerning Penkoski and his nine-or-so colleagues affiliated with the ministry.

"The 'Friendly Atheist' character wrote a blog about us and it snowballed from there. Every single online gay blog or newspapers, they all picked it up and went with their version of it. We got hammered. It must have been overnight. We banned over 900,000 people," Penkoski added. "We received messages of 'You should die,' 'Go kill yourself.'"

Penkoski said he even had to change his home address to that of the local police station because of the "threats we were getting."

Penkoski also had to change his phone number because he received over 20,000 spam text messages within two days. He said people had signed him up to receive calls, texts and emails about gay dating websites, car insurance companies, car dealerships and other commercial advertisements.

 **Bung-Gaar Bippidy Bander** shared a **Page**.

June 20 at 3:03pm    

https://www.facebook.com/wfcchurch.org/?fref=ts **right
everyone i have a task for you, go and spam this homophobic
hate page with softcore gayporn, softcore so we dont get
banned** Davey Wavey Jimmy Holton Will... More




all rights reserved

Brian Penkoski, Amanda Nicole Penkoski and 17 other friends like this or have visited

 **Warriors for Christ**
Nonprofit Organization
Always Open            | DONATE |

1                                     16 Comments

👍 Like          💬 Comment          ➜ Share

"Before we could change [the address], they sent fecal matter to our house, gay porn to our house. Last night, for instance, someone threatened [in a Facebook message] to rape me. They said if I disrespect their pride flag they would come pound my [behind]," he explained. "These people are absolutely horrid. ... These are the types of things a decent human being wouldn't do, regardless of whether they are Christian or not. It was all meant to bully us and try to silence us."

"We had to go arm ourselves because people would send me personal emails through our website's contact form, saying they know where I live," he continued.

Penkoski added that his car was keyed after the hysteria surrounding the group's Facebook post first began last month and opponents found his home address on the ministry's website.

"We didn't realize the address was on there until this started happening and we started getting mail," he said. "The police said that this is completely unacceptable and this is actually a hate crime."

Penkoski explained that the prayer line the ministry operates, which he said also doubles as a suicide crisis line, was inundated with calls from LGBT supporters in the days following reports of the "Warriors for Christ" Facebook post.

The original intent behind the controversial Facebook post, Penkoski said, was not to hate on anybody but to "tell people the truth regardless of cost or consequence," adding that the backlash he has received has been "absolutely evil."

"People can't stand that. They can't stand any disagreement," Penkoski said. "They automatically assume that it is hatred and nothing can be further from the truth."

"Warriors for Christ" is not the only Christian Facebook page that has received intense backlash from the LGBT community.

Elizabeth Johnston, a conservative evangelical homeschool mom who runs the popular blog and Facebook page "The Activist Mommy," shared screenshots with CP that show how LGBT activists have inundated her inbox with emails saying that she had been signed up for Pornhub.com and the Gay DVD Empire newsletter. She also has received emails from LGBT supporters telling her to go kill herself.

"I am honored to experience a very small amount of persecution for my Lord. I'm not in prison yet or being tortured for my faith yet, but that is where we are headed if Christians don't quickly find their voice," Johnston wrote in a recent blog post (http://www.activistmommyofficial.com/blog/the-activist-mommy-mocks-personal-hit-piece-from-the-lgbt-advocate-magazine/). "The threats, ridicule and personal attacks are a constant reminder to me of the power of the Gospel. God's Word is true and the best defense the father of lies has is cruel personal attack, lies and threats. I will not be silent, even if it costs me my life, for my love for God supersedes my love for my life."

Follow Samuel Smith on Twitter: @IamSamSmith (http://twitter.com/IamSamSmith)
Follow Samuel Smith on Facebook: SamuelSmithCP (https://www.facebook.com/SamuelSmithCP)

12 22 2017





# The Daily Haze
## New Media for a New World

| HOME | NEWS | TDH STORE | SUBMIT NEWS | SUPPORT TDH |



DOUBLE RAINBOW POWER!



**Like Page**     **Contact Us**

Be the first of your friends to like this



# Warriors For Christ Bans Rainbow Emoji From Their Facebook Page But It Did Not Turn Out Well

👤 Posted by: Meko Haze   📁 in Web News   🕐 June 13, 2017

## The Warriors for Christ made a post saying they would ban anybody from their Facebook page that posted a rainbow flag emoji

- For almost 24 hours straight people have been flooding the page with rainbow emojis and memes

- The page claims those posting rainbow material are acting as *"Satan's puppets"*

- The rainbow emoji is available for LGBT Pride Month

As Facebook celebrates LGBT month by adding a rainbow flag emoji to their list of emojis, one Facebook page did not want to join in the festivities.

The Warriors for Christ Facebook page decided to post a warning to their Facebook page, which has just under 200,000 fans. The post read, *"A RAINBOW EMOJI WILL GET YOU INSTANTLY BANNED FROM OUR PAGE."*

**The Daily Haze**
22 hours ago

While filming at a Christmas party for the homeless community hosted by Let's Rock & Roll & Change the World

## RECENT POSTS

Here Is What We Know About Rick The Homeless Veteran So Far

The Boy In The Concrete Tomb Part 1: The Death Of Evan Brewer

Puppy Returned After Security Footage Goes Viral Of A Woman Stealing A Puppy

Detroit Court Of Appeals Dismisses ICP's Juggalo Gang Lawsuit

Lee County Sheriff's Wife Linda Deverso-Pakulis Goes Viral After Racist Comment

## ARCHIVES

December 2017

November 2017

October 2017

September 2017

August 2017

July 2017

June 2017

May 2017

April 2017

March 2017

February 2017



**Warriors for Christ**
13 hrs

# A RAINBOW EMOJI WILL GET YOU INSTANTLY BANNED FROM OUR PAGE



## Challenge Accepted

Well the Internet saw the post and apparently decided challenge accepted. Surely they can't ban all of us. After beginning a holy war with the rainbow flag emoji, the page is drowning in tens of thousands of rainbow emojis and memes. The rainbow-fueled assault on the Warriors for Christ Facebook page has been going on for almost a grueling 24-hours straight.

On Monday, Warriors for Christ appeared to attempt to clear the air via a *"public service announcement"* chock full of grammatical errors. The post read, *"Public service annoucement. Despite all the lies and false accusations here we are not being hateful to any person. We also will not back down from proclaiming truth of God's word. Sin is sin period. Sin results in eternal seperation from God. Despite your lack of understanding of love, we here love everyone enough to speak the truth even in the face of so much hate. So we speak the truth that sin leads to death, but we have a savior that can set one free from sin and give them a new life in Christ."*



**Warriors for Christ**
14 hr    3 hr

Public service annoucement.

Despite all the lies and false accusations here we are not being hateful to any person. We also will not back down from proclaimimg truth of God's word.
Sin is sin period. Sin results in eternal seperation from God. Despite your lack of understanding of love, we here love everyone enough to speak the truth even in the face of so much hate.
So we speak the truth that sin leads to death, but we have a savior that can set one free from sin and give them a new life in Christ.



👍 **Like**          💬 **Comment**          ➤ **Share**          👍 ▾

## Satan's Puppets

The page admins have been doing their best to ignore the onslaught of rainbow emojis, but it is becoming painfully clear that they may be regretting the fight they just picked with the Internet. Apparently, the page admins are convinced that anybody posting rainbow related material are Satan's puppets.



*Who said we are frustrated. We love it when Satan shows his true colors through all of his little puppets. It really just proves our point...sin is real and you people are in need of Jesus Christ.*

January 2017
December 2016
November 2016
October 2016
September 2016
August 2016
July 2016

## CATEGORIES

Cannabis News
Environmental
Human Rights
Most Recent
Op-Ed
Politics
Shocking News
Stranger Things
Web News

12 22 2017



**Warriors for Christ** Daaaaaang that's a lot of emoji flags, so happy to see all of you guys liked my comment so much. Thank You

JESUS LOVES YOU

Like   Reply

↪ View previous replies

**Warriors for Christ** Who said we are frustrated  We love it when Satan shows his true colors through all of his little puppets  It really just proves our point  sin is real and you people are in need of Jesus Christ

Like   Reply

↪ View more replies



**Warriors for Christ** WOW GUYS 3000 RAINBOW FLAG EMOJIS FOR JESUS   COME ON NOW WE CAN BE BETTER THAN THAT CAN'T WE?????

Like   Reply

↪   148 Replies

View more comments

## The Rainbow Belongs To God

On Monday night, the admins decided to throw some fuel on the fire by posting a meme that read *"THE RAINBOW BELONGS TO GOD."* The meme also had a different Bible verse for every color of the rainbow.





For the past seven hours or so, Warriors for Christ has frequently been posting memes with the hashtag *"#repent."* Unfortunately for the admins of the page, the rainbows don't appear to be slowing down as of their last post an hour ago.

The rainbow flag is not immediately available for all users, but there is a simple way to unlock it for your account. By liking the LGBTQ@Facebook page you will have immediate access to the rainbow flag, along with the standard emojis. Now you can unlock the emoji and join in the holiest of all troll crusades by leaving your own rainbow emoji on the Warriors for Christ Facebook page.

## Comments

comments

G+

 Shelby County Rape Suspect Samuel Woods III Denied For Bond Reduction After Sixth Rape Charge

Brevard County Sheriff Wayne Ivey Urges Citizens To Arm Themselves Against Terrorists 

## ABOUT MEKO HAZE

Meko Haze is an independent journalist by day... and an independent journalist by night.

## ARTICLES YOU MAY ENJOY



**Puppy Returned After Security Footage Goes Viral Of A Woman Stealing A Puppy**

⏱ December 20, 2017



**Lee County Sheriff's Wife Linda Deverso-Pakulis Goes Viral After Racist Comment**

⏱ December 18, 2017



**Viral Facebook Picture Shows Dead Mouse In Wild Cherry Pepsi Bottle**

⏱ December 13, 2017



**Jordan Chariton Doubles Down on PR Nightmare**

⏱ December 5, 2017



**CIA Directs Ominous Tweet At WikiLeaks And Whistleblowers**

⏱ December 3, 2017

## ONE COMMENT

Pingback: Satan's Puppets Make "Warriors For Christ" Taste the Rainbow

## LEAVE A REPLY

You must be logged in to post a comment.

# CP  U.S.

### Pastor Says Facebook Removed Live Video After Calling Pride Rainbow Mark of the Beast

By Michael Gryboski , Christian Post Reporter | Jul 11, 2017 5:02 PM

# Video Player



REUTERS/DADO RUVIC

Facebook will be streaming original series on the platform soon.

A West Virginia pastor who has expressed vocal opposition to Facebook's pro-LGBT rainbow emoji is accusing the social media site of unjustly suspending his personal account.

Pastor Rich Penkoski, who oversees the popular "Warriors for Christ (https://www.facebook.com/pg/warriorschurch/about/?ref=page_internal)" Facebook Page, told The Christian Post in an interview on Tuesday that his account was suspended as he was "doing a live sermon."

"I was preaching about how the pride rainbow could be the mark of the beast and how Mark Zuckerburg wanted to have Facebook replace the church," recalled Penkoski.



(PHOTO: REUTERS/ELIJAH NOUVELAGE)

A man waves a rainbow flag while observing a gay pride
parade in San Francisco, California June 28, 2015.

"Within 1 minute I was kicked off my live video and had to log back in. I received a notice that my live video was removed for violating Facebook Terms of Service."

Penkoski explained to CP that this was his most recent temporary suspension from the social media, remarking that "I get banned all the time."      X

"I have been banned for 30 days for calling an atheist a liar. I've been banned for showing photos of Quranic verses about killing infidels," he continued.

"I've been banned for saying LGBT, which is why I now use lgbtqrstuv on the page. They keep adding letters anyway so it fits."

To celebrate Pride Month in June, Facebook added a rainbow flag to its usual list of emoji reactions that people can use when reacting to a comment.

"We believe in building a platform that supports all communities. So we're celebrating love and diversity this Pride by giving you a special reaction to use during Pride Month," stated The Official LGBTQ Resource Page for Facebook.
(https://www.facebook.com/LGBTQ/photos/a.559035344122874.147187.545385972154478/1875150119178050/?type=3&theater)

Penkoski garnered headlines last month when he announced that anyone who used the rainbow flag emoji on the "Warriors for Christ" Facebook page would be banned.

The West Virginia preacher received a great deal of negative backlash, including derogatory comments, thousands of text messages, and fake pages set up on Facebook to mock him.

"Every single online gay blog or newspapers, they all picked it up and went with their version of it," said Penkoski to CP in an earlier interview. (http://www.christianpost.com/news/pastor-receives-feces-mail-car-keyed-opposing-facebooks-rainbow-flag-emoji-191104/)

"We got hammered. It must have been overnight. We banned over 900,000 people ... We received messages of 'You should die,' 'Go kill yourself.'"

Follow Michael Gryboski on Twitter (https://twitter.com/Puritan1986?hc_ref=SEARCH&fref=nf) or Facebook (https://www.facebook.com/MichaelCGryboski/)

## TRENDING TODAY

Ads by Revcontent

**4 Sisters Took The Same Photo For 40 Years. The Last One Will Make You Cry!**
SmileyMonkey

**Warning: Don't Use Probiotics Before You See This**
Gundry MD

**Aortic Stenosis: 8 Facts**
Healthgrades

**Get A Degree Without Quitting Your Job! See Your Possibilities Online**
Online College Options

**The $3-Trillion Market Wall Street is Overlooking**
OilPrice.Com

**Barron Trumps IQ Will Leave You Speechless**
FitLifeStyle

1 7 2018                                        Petition · Facebook: Bring back the Warriors for Christ page · Change.org

| Skip to main content |

- 
  - ○ Start a petition
  - ○ Browse
  - ○ Membership

    - My petitions
    - Start a petition
| Log in |  - Membership
    - Search

    - Log in or sign up

## Log in

Don't have an account? Sign up

| Log in with Facebook |

**or**

Email
Password
**Forgot password?**
| Log in |

By joining, or logging in via Facebook, you accept Change.org's Terms of Service and Privacy Policy.

Petitioning Facebook

# Bring back the Warriors for Christ page



**Amanda P** Martinsburg, WV

all rights reserved

2,143

2,143 have signed. Let's get to 2,500.

On December 29, 2017 Facebook decided to unpublish the Warriors for Christ page at the behest of some lgbt activists.

1 7 2018                    Petition · Facebook: Bring Back the Warriors for Christ page · Change.org

Facebook has a notorious reputation for censoring Christians and Conservatives alike and use their perception o and their definition of hate speech to try and silence people.

This is Facism pure and simple. Whether you like or agree with Warriors for Christ is not the issue here. The issue is the censorship of Christians.

Warriors for Christ is a controversial entity who regularly stands in opposition to the lgbt agenda, however Warriors for Christ has never threatened nor called anyone a derogatory name or anything of the sort.

The lgbt community has been actively trying to shut down the ministry page for well over 6 months. You may remember the lgbt sent fecal matter to the Pastor's home. They keyed his car, they threatened to put a bullet in his head, they sent gay x rated material to his home with 6 children.

We are telling facebook to stop banning and censoring Christian Conservatives because of activists who wish to silence opposition.

Sign the petition today and tell facebook facism will not stand



**Amanda P**
Martinsburg, WV
**This petition will be delivered to:**

- Facebook

| Read the letter |

☐
Letter to
Facebook

Bring back the Warriors for Christ page

| OK |
**Start a petition of your own**
This petition starter stood up and took action. Will you do the same?

## Updates

2 days ago
Petition update

**Shut down for a SECOND time**

# A Message from Facebook

January 5, 2018  11:30 AM

## Facebook                                    DETAILS

## Hello,

## Your Page "Warriors for Christ" has been removed for violating our Terms of Use. A

Facebook has reinstated the page. But today January 4th 2018, Facebook pulled the page down AGAIN, for the SECOND time at 11:30am.

**View all updates**

**Reasons for signing**

It is wrong what you are doing, by censoring this web page. This is their first amendment right to post o their Web page. Facebook you take the minority view point over the majority. I am a Christian and I want this Web page put back on. You are doing wrong to do this. You can't stop the Christian comments or Web pages. Plain and simple you can't stop GOD. SHAME ON YOU

**Judy Laney**, Lancaster, CA
1 wk ago

- •
- 13

Share
Tweet
⸰ Report ⸰
**View all reasons for signing**
⸰ Report a policy violation ⸰

## Sign this petition

2,145

2,145 have signed. Let's get to 2,500.

**Complete signature.**

| Cleveland |
| 30528 |
| GA |
| United States ⸰ |
| First name |
| Last name |
| Email |

☐ Share with Facebook friends
⸰ Sign ⸰
☑ Display my name and comment on this petition
You can trust us to keep your information safe.

By signing, you accept Change.org's Terms of Service and Privacy Policy, and agree to receive occasional emails about campaigns on Change.org. You can unsubscribe at any time.

**Recent Supporters**



**Linda Hill**
Jonesboro, TX
3 hours ago



**john Emshwiller**
Springfield, VA
3 hours ago



**Stephen Trethewey**
Elkhart, IN
4 hours ago



**Michelle Poyner**
Noblesville, IN
4 hours ago

Sign this petition

## Today: Amanda is counting on you

Amanda P needs your help with "**Facebook: Bring back the Warriors for Christ page**". Join Amanda and 2,154 supporters today.

Sign this petition

## Today: Amanda is counting on you

Amanda P needs your help with "**Facebook: Bring back the Warriors for Christ page**". Join Amanda and 2,154 supporters today.

Sign this petition

### Petitions promoted by other Change.org users

**Promoted by 304 supporters**



48.962

### Free Ahed Tamimi

My name is Nasri Akil from Toronto, Canada. I started this campaign to support" Ahed Tamimi", her mother "Mariam", her... Read more

Sign the petition

Q Search

Home  / US  / Pastor who banned rainbow flag emoji from his Facebook page is forced to flee after receiving death threats

# Pastor who banned rainbow flag emoji from his Facebook page is forced to flee after receiving death threats

Samuel Smith Wed 26 Jul 2017 13:50 BST





beside a giant rainbow flag during a gay pride

12 22 2017

A West Virginia pastor who has received threats and endured various other forms of harassment for voicing opposition to Facebook's rainbow flag emoji has moved his family out of their home in Harpers Ferry after being advised by local police to do so because of safety concerns.

As previously reported, , who runs the online ministry "Warriors for Christ," has received an immense amount of backlash from LGBT advocates after the popular Warriors for Christ Facebook page vowed in June that anyone who posted the rainbow flag emoji on the page would be banned by its administrators.

Penkoski told The Christian Post that he didn't want the rainbow flag emoji on the "Warriors for Christ" page because it "is a pride symbol for homosexuality and we are a Christian ministry."

After Patheos.com's "Friendly Atheist" Hemant Mehta reported on how Warriors for Christ would ban anyone from its Facebook page who posted the rainbow flag emoji, the Facebook page was quickly inundated with over 900,000 rainbow emojis and the "Warriors' for Christ" prayer line was inundated with callers who opposed the ministry's view on sexuality.

Because the Warriors for Christ webpage listed Penkoski's home address, he and his family have received threats, have had feces sent to their house and have had their car keyed up. Additionally, Penkoski says that there were occasions when he would see random people walking back and forth on the road outside of his home.

Last Tuesday, Penkoski received the most chilling threat in the form of a Facebook message from a man named Michael Grant.

"I know somebody waiting right now to out a bullet through your skull," Grant's message, which was shared with The Christian Post, reads.

Grant's message continued by warning Penkoski that someone was going to kill him and his family.

Penkoski told CP that the message from Grant came just one day after he and his wife decided to move out of their rental home in Harpers Ferry, which they had lived in for only eight months after the family moved to West Virginia from New Jersey in 2015.

Having now settled into a new rental home in a new town, Penkoski said that his home address will not be shared on the ministry website or Facebook page.

"I am not going to back down from it, but I do have six children and I do have to be wise about that as well. To me, honestly, it's just a matter of time until one of these people does something stupid," Penkoski explained. "It was recommended by the police and my attorney as well that as much as we want to stand up, maybe it is just smartest to move because all these people know where we live. It is a smart thing to do for my family's sake."

Penkoski assured that "none of this is going to cause me to back down. "We are not going to stop telling the truth."

*This article was originally published in The Christian Post.*







**The Archbishop of Wales: It won't be business as usual**

**Churches urged to back #TruthToPower campaign to see entire Bible read in Parliament Square in 2018**

**How Christian girls in Egypt face an epidemic of grooming and kidnapping**



**Tim Keller: Evangelicals are viewed with 'fury' and 'disgust' because of taint of Trump and Moore**

## SECTIONS

**HOME**

**US**

**SOCIETY**

**LIFESTYLE**

**UK**

**CHURCH**

**ENTERTAINMENT**

**VIDEO**

## HELP CENTER

**ABOUT US**

**CONTACT US**

**ADVERTISING**

**TERMS & CONDITIONS**

## SIGN UP TO WORDBOX

Stay up to date with the latest Christian news!

**EMAIL**

## FOLLOW US

   

**CHRISTIAN TODAY**  Copyright © 2017 Christian Today . All Rights Reserved.



Christian Today is a Christian Media Corporation Company.

12.22.2017

Pastor Receives Death Threats For Opposing Facebook's Rainbow Flag Emoji - HelloChristian

(https://hellochristian.com/)

HOME (HTTPS://HELLOCHRISTIAN.COM/)

**NEWS (HTTPS://HELLOCHRISTIAN.COM/NEWS)**

CULTURE (HTTPS://HELLOCHRISTIAN.COM/CULTURE)

GOD (HTTPS://HELLOCHRISTIAN.COM/GOD)

LIFE (HTTPS://HELLOCHRISTIAN.COM/LIFE)

CONTACT (HTTPS://HELLOCHRISTIAN.COM/CONTACT)

FOLLOW US ON FACEBOOK AND TWITTER
(https://www.facebook.com/hellochristians) (https://twitter.com/hellochristians)

Enter your email

**SUBSCRIBE**



**Free download!
Inspiring Christian
Backgrounds**

For desktop, tablet
and mobile phone.

Download for free

(https://hellochristian.com/ad/click/11)

# Pastor Receives Death Threats For Opposing Facebook's Rainbow Flag Emoji

Jul 10, 2017 by Rik Bokelman

Pastor Rich Penkoski, a West Virginia resident who is the leader of the Facebook page "Warriors for Christ" and it's pre-denominational ministry, told The Christian Post on Thursday that he and his colleagues have banned over 900,000 different Facebook users in the last month, reports Christian Post. They banned everyone who used a 'pro-gay' rainbow flag emoji on the Facebook page. In response, they now received threats and gay porn in their inboxes.

"The thing about the rainbow flag is

## TRENDING

**1** **Salvation Army Bell Ringer Beaten For Wishing Man A "Merry Christmas"**

(https://hellochristian.com/10911-salvation-army-bell-ringer-beaten-for-wishing-man-a-merry-christmas-attack)

**2** **Pastor Greg Locke Rebukes Christians Who Believe In Multiple Ways To Heaven**

(https://hellochristian.com/10900-pastor-greg-locke-rebukes-christians-who-believe-in-multiple-ways-to-heaven-pcusa-presbyterian-shannon-johnson-kershner)

**3** **Lecrae Reveals Dip In Album Sales After "White Evangelical" Remarks**

(https://hellochristian.com/10912-lecrae-reveals-dip-in-album-sales-after-white-

**1 $49 - File An LLC Today**

Easy LLC Application Filing Online. Fast, Same Day Processing. swyftfilings.com

**2 Rental Agreement Hawaii**

12 22 2017          Pastor Receives Death Threats For Opposing Facebook's Rainbow Flag Emoji - HelloChristian

Download, fax, print or fill online! pdffiller.com

# 3 Start Download - View PDF

Convert From Doc to PDF, PDF to Doc Simply With The Free Online App! download.fromdoctopdf.com



Drop your netw
Ditch the contro

Sign up now!

**Middle East: "He Knew He Was Not Welcome"**

(https://hellochristian.com/10906-mike-pence-cancels-december-trip-to-middle-east-he-knew-he-was-not-welcome)

**6  Sean 'Diddy' Combs: Buying Carolina Panthers Is "God's Work"**

(https://hellochristian.com/10907-sean-diddy-combs-buying-carolina-panthers-is-gods-work)

"The 'Friendly Atheist' character wrote a blog about us and it snowballed from there. Every single online gay blog or newspapers, they all picked it up and went with their version of it. We got hammered. It must have been overnight. We banned over 900,000 people," Penkoski added. "We received messages of 'You should die,' 'Go kill yourself.'"

"Warriors for Christ" is not the only Christian Facebook page that has received intense backlash from the LGBT community.

Elizabeth Johnston, a conservative evangelical homeschool mom who runs the popular blog and Facebook page 'The Activist Mommy' joined 'Warriors for Christ' in banning people who are using the rainbow emoticon. She's also receiving hate mail, gay-porn, and threats from strangers. She even received emails from LGBT supporters telling her to go kill herself.

ad



Soundcloud is the platform that started it all for me.
-Bishop Briggs

GO F

SOU

"I am honored to experience a very small amount of persecution for my Lord. I'm not in prison yet or being tortured for my faith yet, but that is where we are headed

if Christians don't quickly find their voice,"
Johnston wrote on her blog.

"The threats, ridicule and personal attacks
are a constant reminder to me of the
power of the Gospel. God's Word is true
and the best defense the father of lies has
is cruel personal attack, lies and threats. I
will not be silent, even if it costs me my
life, for my love for God supersedes my
love for my life."

| Facebook | 512 | Twitter |
| WhatsApp | | Email |

GOD

**Pastor Greg Locke Rebukes Christians Who Believe In Multiple Ways To Heaven**

(https://hellochristian.com/10900-pastor-greg-locke-rebukes-christians-who-believe-in-multiple-ways-to-heaven-
pcusa-presbyterian-shannon-johnson-kershner)

CULTURE

**7 Trump Admin Actions Christians Will NOT Love**

(https://hellochristian.com/10893-7-trump-admin-actions-christians-will-not-love-evangelicals)

GOD

**Remembering 13 Christian Leaders Who Went Home To Jesus In 2017**

(https://hellochristian.com/10899-remembering-13-christian-leaders-who-went-home-to-jesus-died-in-2017)

1 7 2018

Gay Activists Shut Down Christian Facebook Page

GO PREMIUM (/USER/SUBSCRIBE)     SIGN IN (/USER/LOGIN)

**f** (https://www.facebook.com/ChurchMilitant.TV)

**CHURCH MILITANT** premium **(/gopremium)**

(https://twitter.com/church_militant)

(https://www.youtube.com/user/ChurchMilitantTV)

(https://www.churchmilitant.com/)

# GAY ACTIVISTS SHUT DOWN CHRISTIAN FACEBOOK PAGE

**NEWS:** US NEWS (/SEARCH/CATEGORY/246/US-NEWS)



 (http://www.printfriendly.com)

**by Anita Carey (https://www.churchmilitant.com/news/author/anita-carey)** • ChurchMilitant.com • January 2, 2018

## Warriors for Christ are fighting back

**Go Premium** **CLICK HERE** (/gopremium)

*You are not signed in as a Premium user; we rely on Premium users to support our news reporting. Sign in (/user/login) or Sign up today! (/gopremium)*

DETROIT (ChurchMilitant.com (https://www.churchmilitant.com/)) - A Christian pastor is refusing to back down from his ministry despite the ongoing harassment from LGBT activists.

Rich Penkoski, the pastor of Warriors for Christ (https://wfcchurch.org/), has received death threats, packages of feces and gay porn sent to his home (http://www.christiandaily.com/article/lgbt-activists-pelt-pastor-with-death-threats-for-opposing-facebooks-rainbow-flag-emoji/60773.htm). He has been forced to move to protect



**RETREAT @ SEA 2018**

CLICK HERE TO RESERVE YOUR SPOT!

(https://www.churchmilitant.com/retreatatsea)

## SEARCH THE SITE

Custom [        ]

## THE LATEST

**VIEW ALL (HTTPS://WWW.CHURCHMILITANT.COM/SEARCH/LATEST)**



**Role of the Priesthood, Pt. III**

(https://www.churchmilitant.com/news/article/role-of-the-priesthood-pt.-iii)



**Role of the Priesthood, Pt. II**

(https://www.churchmilitant.com/news/article/role-of-the-priesthood-pt.-ii)

 (/donate)

Donate

his family and has had his ministry's Facebook page unpublished. Despite all of these, he is vowing to continue his ministry. Warriors for Christ calls itself a "pre-denominational ministry" that is "neither Catholic nor Protestant." The ministry started as a Facebook page (https://www.facebook.com/warriorschurch) and "quickly grew because of our uncompromising stand" upholding the teachings of Christ.

Part of that stand involves condemning the homosexual act as sinful. Penkoski posted earlier this year that he would ban anyone posting a "pride emoji" on the page, telling Church Militant, "We don't celebrate anything that's sinful."

"It would be the same thing that we don't want people coming onto our ministry page endorsing adultery or fornication," Penkoski said.

He said he has received hundreds of death threats and calls for him to kill himself, never expecting the level of



Screenshot of gay activists' attempt to redirect site

viciousness from the activists because "I posted that on our ministry page." He told Church Militant that he had made similar statements before regarding abortion, "and nobody cared about it." What's more, he said, "They focus on that one issue, and that's it."

He said the local police force and Facebook did nothing to help them. "Every single person that posted we should kill ourselves or we should die, we reported every single one of them," Penkoski said. "Not one of them received a ban. Not one of them got removed."

Since then, he and his family have been "stalked by LGBT activists," who have been reporting comments, getting staff members banned and trying to shut down their site by

Role of the Priesthood, Pt. I

(https://www.churchmilitant.com /news/article/role-of-the-priesthood-pt.-i)



**Relevant Radio Purging Orthodox Catholics**

(https://www.churchmilitant.com /news/article/relevant-radio-purging-orthodox-catholics)



**Rash of Thefts of Consecrated Hosts in Spain**

(https://www.churchmilitant.com /news/article/rash-of-thefts-of-consecrated-hosts-in-spain)



**Cambodian Catholics Get Cathedral Back**

(https://www.churchmilitant.com /news/article/cambodian-catholics-get-cathedral-back)

# LATEST SHOWS

theVortex




(https://www.churchmilitant.com /video/episode/best-of-vorte:·-hating-your-mother)

**BEST OF VORTEX: HATING YOUR MOTHER (HTTPS://WWW.CHURCHMIL ITANT.COM/VIDEO/EPISODE /BEST-OF-VORTEX-HATING-YOUR-MOTHER)**
What would cause a son to hate his mother forever?
January 5, 2018

# HEADLINES

(https://www.churchmilitant.com

constantly reporting their posts and setting up false sites and redirects meant to take away traffic.

Penkoski even trademarked his logo in an attempt to get Facebook to remove infringing sites, but he said that Facebook has done nothing, even though they are legally liable.

On December 29, the gay activists would have seemed to win that battle. Around 5 p.m. ET, Facebook unpublished Warriors for Christ. Penkoski called the timing "malicious" and feels it was calculated to minimize backlash from the media that would be shut down for the long new year's weekend.



Facebook removes Warriors for Christ

Penkoski told Church Militant Facebook's timing for the shutdown was "really messed up." He said a large part of their ministry is Christian counseling, and the very night they were shut down, they were talking with a young woman who admitted she was depressed and suicidal.  When Facebook unpublished their page, they lost all contact with the woman and are quite concerned that she followed through on her thoughts of suicide.

"Marital discord is the number one issue" that Warriors for Christ deals with. Other family issues such as disobedient children are also commonly discussed. The Warriors for Christ Facebook page was a place where people can ask for prayers for reunification and healing or just have a place to talk. Penkoski noted the comments at the petition at change.org (https://www.change.org/p/facebook-bring-back-the-warriors-for-christ-page/fbog/143296815?recruiter=143296815&utm_source=share_petition&utm_mediu m=facebook&utm_campaign=share_petition.nafta_milestone_s hare_ask_1.72_hour_ask&utm_term=share_for_starters_page.n afta_milestone_share_ask_1.72_hour_ask) reflect many of the people who have been helped by them and their Christian community.

Penkoski said he is not taking this lying down. He has already started a second Facebook page (https://m.facebook.com/wfcchurch.org/?ref=page_internal&mt_nav=1&__nodl&_rdr) and is pursuing legal action against the social media giant. He wants to join Pamela Geller and Robert Spencer's lawsuit (https://pamelageller.com/2017/03/facebook-twitter-youtube-lawsuit-appeal-filed-challenging-censorship.html/) to remove the immunity Facebook, Twitter and YouTube have because "they are now considered public space."

In March, the American Freedom Law Center filed an appeal

---

/video/episode/news-12-29-2017)

**DECEMBER 29, 2017 (HTTPS://WWW.CHURCHMIL ITANT.COM/VIDEO/EPISODE /NEWS-12-29-2017)**
Get briefed on today's top stories with Christine Niles.

## theDownload



(https://www.churchmilitant.com /video/episode/download-best-of-downloadclarifying-marriage1)

**BEST OF DOWNLOAD— CLARIFYING MARRIAGE (HTTPS://WWW.CHURCHMIL ITANT.COM/VIDEO/EPISODE /DOWNLOAD-BEST-OF-DOWNLOADCLARIFYING-MARRIAGE1)**
A canon lawyer joins the panel.
January 5, 2018

## MIC'D UP



(https://www.churchmilitant.com /video/episode/micd-updeathtoo-soon)

**MIC'D UP—DEATH TOO SOON (HTTPS://WWW.CHURCHMIL ITANT.COM/VIDEO/EPISODE /MICD-UPDEATH-TOO-SOON)**
On the growing problem of organ harvesting.
July 23, 2017

## FEATURED



(http://store.churchmilitant.c om/?product=421)



_facebook_

**We Removed Something You Posted**

We removed the post below because it doesn't follow the Facebook Community Standards:

**Amanda Nicole Penkoski**
A militant homosexual reported me twice for responding to him on Christian posts's Facebook page. Facebook actually banned me for these comments. For speaking the truth. He is now commenting here on our page accusing me of lying (Umm, here's the screenshots). I'm sure he is busy reporting away. The lgbtqrstuv who claims victim status take full advantage of that image and use it to silence those who speak up against their perverse lifestyle. We report actual hate speech and Facebook does nothing. Put that you're gay in your profile and Facebook will bow down and cater to you. I can not stand what Facebook has become anymore. I'm thankful God had us start socialcross.org and I can't wait until we can spend more time there then here. #truth #warriorsforchrist #pleasesharethis

Continue

Post removed by Facebook



(https://www.eventbrite.com /e/fatima-100-years-later-the-state-of-the-roman-catholic-church-tickets-37421543845)



(http://store.churchmilitant.c om/?product=41)



(http://store.churchmilitant.c om/?product=414)



(https://www.churchmilitant. com/support-us-sponsor-a-seminarian-priest)



(https://www.realestateforlif e.org/)

challenging the immunity Facebook, Twitter and YouTube have to civil liability for censorship to "restrict access to or availability of material 'that they consider' to be obscene, lewd, lascivious, filthy, excessively violent, harassing or otherwise objectionable, whether or not such material is constitutionally protected." Geller wrote, "Consequently, these social media giants can discriminate with impunity."

Penkoski agreed, saying, "They get to dictate what information we see, any information that stands in opposition to their liberal ideology they tend to censor."

Penkoski said they were not the only page to get shut down, noting they also shut down two others. He has taken another step to fight against the social media giants, starting his own social media platform.

SocialCross.org (https://socialcross.org/) was developed to show the world "who Christians really are." He said they received comments from Christians and conservatives from all over the world claiming they felt isolated, and this led them to develop the social media platform.

## ❝❝Facebook breeds drama and hate.

🐦 Tweet

Penkoski told Church Militant that the latest troubles with Facebook spurred them on to launch the site before they had planned to. They are still developing features and retooling the look of the site. He urged people to sign up for the site and "be patient" while they continue to develop it. He expects the app and messaging features to take three to four months to get up and running.

He explained there was a young man who asked for help and prayers for the fortitude to testify about the sexual abuse he endured as a young child in court but was instead ridiculed for

his Christian faith on Facebook. He came to SocialCross.org and met a supportive community that helped him face in court the man who sexually abused him.

"Facebook breeds drama and hate," Penkoski said, adding it "relies on that." He noted their hypocrisy in still allowing you to go to advertisers' posts and pages, saying, "They want your money, they just don't want you to have a voice."

*\*\* CM discovered that Rich Penkoski has published anti-Catholic videos online. This is not something that we endorse. \*\**



(http://amzn.to/2BiASPU)

*Have a news tip? Submit news to our tip line (/TipLine).*

## HELP US PREPARE FOR WAR. DONATE TODAY.

(/donate)

*We rely on **you** to support our news reporting. Please donate (/donate) today.*

## RELATED STORIES



**US Military Begins Accepting Transgenders**
By
(https://www.church
militant.com/news/a
rticle/u.s.-military-
begins-accepting-
transgenders)Rodne
y Pelletier
(https://www.church
militant.com/news/a
uthor/rodney-
pelletier)  •



**Cdl. Joseph Tobin Likes Idea of Female Cardinals**
By
(https://www.church
militant.com/news/a
rticle/cdl.-joseph-
tobin-wants-female-
cardinals)Christine
Niles, M.St. (Oxon.),
J.D.
(https://www.church
militant.com/news/a
uthor/christine-
niles-m.st.-oxon.-j.d)



**Oregon Christian Bakers Lose Appeal**
By
(https://www.church
militant.com/news/a
rticle/oregon-
christian-bakers-
lose-appeal)David
Nussman
(https://www.church
militant.com/news/a
uthor/david-
nussman)  •

## RECOMMENDED SHOWS



(https://www.church
militant.com/video/e
pisode/case-s02e5-
the-pope-defied)

Case Files
(https://www.church
militant.com/video/e
pisode/case-s02e5-



(https://www.church
militant.com/video/e
pisode/13-tyranny-
of-relativism)

Right Reason
(https://www.church
militant.com/video/e
pisode/13-tyranny-



(https://www.church
militant.com/video/e
pisode/9-st.-
dominic-1170-1221)

Pillars of the Church
(https://www.church
militant.com/video/e
pisode/9-st.-

the-pope-defied)
Season Two • 2:17 min

**5: The Pope Defied
(https://www.churchmil
itant.com/video/episod
e/case-s02e5-the-pope-
defied)**

of-relativism)
Season Two • 5:54 min

**13 : Tyranny of
Relativism
(https://www.churchmil
itant.com/video/episod
e/13-tyranny-of-
relativism)**

dominic-1170-1221)
Holy Orders • 1:17 min

**9 : St. Dominic (1170-
1221)
(https://www.churchmil
itant.com/video/episod
e/9-st.-dominic-1170-
1221)**

**Comments   Community**

♥ Recommend  1      ⤴ Share

⬤ Login ▾

Sort by Newest ▾

Join the discussion…

**LOG IN WITH**         **OR SIGN UP WITH DISQUS** ⑦

Name



**MichaelVMcGuirk** · 2 days ago
"Warriors for Christ" are very anti-Catholic as I was informed
about the YouTube video on Catholicism as a cult under their
title name. My interaction with them showed this very fact.
2 ⌃   ⌄ · Reply · Share ›



**The Dover Beachcomber** · 4 days ago
The news of Warriors for Christ's anti-Catholic views should
be a reminder to all Catholics that we have to be very careful
about seeming to support too closely any person or group.
Warriors for Christ seem to hold good views on sexual
morality. They seem to hold very false views on the Catholic
Church. Where right, they should be praised for it, and when
wrong, they should be opposed. Every statement, no matter
who makes it, should be tested against the Truth.

There's only one Person who is Truth and Love through and
through, and He hasn't come back yet.
5 ⌃   ⌄ · Reply · Share ›



**Pavel Faigl** ➜ The Dover Beachcomber · 3 days ago
Fully agree, That is the way. Educate the erring ones,
if they can be educated and their Mind and Heart
open. God bless.
1 ⌃   ⌄ · Reply · Share ›



**Nicholas** · 4 days ago
There's a virtual mob that patrols the web, attempting to shut
down anything Catholic, conservative, anti-Israel, or anti-
LGBT. They monitor websites for any "questionable content,"
they call attention to it, they spread it around to like-minded
organizations and groups, and they send in their minions to
attack via email and com boxes.
5 ⌃   ⌄ · Reply · Share ›



**JTLiuzza** ➜ Nicholas · 4 days ago
I get a little tired of them being referred to as
"activists" which only serves to provide a veneer of
legitimacy to their behavior. What they really are is
garden variety brown shirt rabble rousers whose
primary tool is intimidation.

Just imagine the original brown shirts goose stepping
around 1930's Germany roughing up and intimidating
anybody they didn't agree with being referred to as
"activists."
5 ⌃   ⌄ · Reply · Share ›

Gay Activists Shut Down Christian Facebook Page



**Rowdup** ➜ JTLiuzza · 4 days ago
They are a new form of intolerant fascists.
3 ⌃ · ⌄ · Reply · Share ›



**Jennifer** ➜ Rowdup · 4 days ago
You are so right!
⌃ · ⌄ · Reply · Share ›



**BluBird** · 5 days ago
If 'Warriors for Christ' are so anti-Catholic in their very own postings and vids I'd ideally wish they weren't profiled which such sympathy. Why should we support their heresy? I realize the intention to sometimes try and find common ground with those who profess to be "Christian" but all too often when you scratch JUST beneath the surface you see the anti-Catholic core. My time and sympathy were wasted for an unjust cause :/
7 ⌃ · ⌄ · Reply · Share ›



**Cj Mon** ➜ BluBird · 13 hours ago
Yeah, I wish that CM would have dug deeper before posting the article.
⌃ · ⌄ · Reply · Share ›



**PioKolby** ➜ BluBird · 5 days ago
I am surprised this story is still up on CM. I thought it would be down by now. I assume CM is not aware of the anti Catholic Satanic videos on the "warriors for Christ" You Tube channel.
4 ⌃ · ⌄ · Reply · Share ›



**Jennifer** · 5 days ago
This reminds me of when Alan Chambers, founder of Exodus, a well established and International Christian group helping those with SSA mysteriously decided "we need to have more of a open dialogue with our brothers and sisters in the gay community" and shut down. The lavender mafia will not sleep until American Christians are bankrupt, in jail or both.
1 ⌃ · ⌄ · Reply · Share ›



**Pavel Faigl** ➜ Jennifer · 3 days ago
Do not be afraid, ye of little faith! Just entrust all the affairs which hurt God and Church to our Mother's care! Remember the case of D. von Hildebrand? He entrusted his own life to God's care. And God helped and protected him in a most wonderful and unbelievable way during his escape from the Third Reich. God bless.
1 ⌃ · ⌄ · Reply · Share ›



**Mark Gabel** · 5 days ago
They are on the wrong side of heaven....
⌃ · ⌄ · Reply · Share ›



**Stacey Sefcik** · 5 days ago
I found them on FB just now - are they back up?
1 ⌃ · ⌄ · Reply · Share ›



**Anita** ➜ Stacey Sefcik · 4 days ago
Yes, their site was just reinstated.
⌃ · ⌄ · Reply · Share ›



**BluBird** ➜ Anita · 4 days ago
Wow...so I guess FB has no problem with anti-

Gay Activists Shut Down Christian Facebook Page

Catholicism. Good to know.

2 ∧   ∨ · Reply · Share ›

 Sean in NYC → BluBird · 4 days ago
I figured that was common knowledge. Mr. Zuckerberg's people have never been overly find of "that man" Jesus, or any of His followers, let alone His true Church.

3 ∧   ∨ · Reply · Share ›

 A.J. Vida · 5 days ago
Whether Warrios for Christ is anti-catholic or not, the main lesson us faithful Catholics need to draw from this article is that this is a clear-cut example as one of the types of persecution the Church will have to endure in this time and coming times. We need to find ways to out-smart this type of harassment and NEVER, NEVER, NEVER give up! Oh powerful Archangel St. Michael, prince of the Church of Jesus Christ, may it be by your holy intercession that our God grants us the grace to persevere in the spiritual combat against the forces of the evil one. Mother Mary pray for those who willingly fight against the world and its appetites. Amen!

7 ∧   ∨ · Reply · Share ›

 In timore Dei → A.J. Vida · 5 days ago
When the Islamic State captured Mosul and the Nineveh Plain in Iraq, tens of thousands of Iraqi Christians fled leaving everything they owned behind rather than lose their faith. What is being censored on facebook in comparison?

4 ∧   ∨ · Reply · Share ›

 Simon Rafe → In timore Dei · 4 days ago
Much less - but that is akin to saying that because a woman was raped and murdered in New York a woman robbed in Detroit cannot seek justice.

2 ∧   ∨ · Reply · Share ›

 PioKolby → A.J. Vida · 5 days ago
Really I disagree. I think any group that attacks the Blessed Virgin Mary and Catholic Dogma should expect boxes of feces in the mail. Getting kicked off Facebook is the least of their problems. It is just that Our Lord is allowing the Gay mafia to chastise this wicked group called warriors for Christ. Groups like warriors for Christ spew doctrinal feces Catholics. They spew feces at Our Lord and his Blessed Mother by their heresy. Why would the Lord God protect such wicked heretics? In fact any persecutions that come against the true Church (Catholic) and true Christians (Catholics only) are due to the outrages of protestants like "warriors for Christ" really they are warriors for Satan.

Look at the five Sins against the Immaculate heart of Mary that Our Lady asked for reparation for with the 5 first Saturdays devotion

see more

5 ∧   ∨ · Reply · Share ›

 Legoge47 → PioKolby · 4 days ago
At least he could use the feces to fertilize his garden this spring!

∧   ∨ · Reply · Share ›

 **Anita** ➜ PioKolby · 4 days ago

We would certainly not condone anyone mailing feces. I would suggest that everyone here pray a Hail Mary for their conversion. We could use more warriors.

4 ^ ˅ · Reply · Share ›

**Barbara Case** ➜ PioKolby · 5 days ago

Blessed are they that suffer persecution for righteousness' sake...

1 ^ ˅ · Reply · Share ›

 **VeilOfTiers** · 5 days ago

Facebook removed a link I posted to a priest's blog in a private Catholic Facebook group because they said it was "spam" and against "community standards".

It was actually about a recent Catholic Church feast day (and I repeat, from a blog written by a Catholic priest!). I'm thinking their "community standards" are either arbitrary or anti-Christian or both!

6 ^ ˅ · Reply · Share ›

 **GaryLockhart** ➜ VeilOfTiers · 4 days ago

Zuckerberg et al are evil people and foot soldiers in lucifer's army. Stay away from him/them/it.

1 ^ ˅ · Reply · Share ›

 **Scott McDermott** · 5 days ago

The Ultimate Goal is Eternity in Paradise with our Lord And Savior JESUS CHRIST........Denial/Arguning over the Degree/Amount Of SIN that is Allowed to get in is tantamount to Interpretation Of the US Constitution......it's VERY CLEAR, But those that Do Not Accept it feel the need to Reinterpret it in their own vision.........Most people know the truth, the rest Need To Be Told The TRUTH By Faithful Deciples Of Jesus Christ Spreading The Good Word........Pretty Simple.

^ ˅ · Reply · Share ›

 **PioKolby** · 5 days ago

This group "warriors for Christ" are wicked anti Catholic protestants. They have videos on the Warriors for Christ You tube page called called "exposing the Catholic cult" parts 1 through 5. Objectively the heresy, schism, and anti Catholic bigotry of "warriors for Christ" is more offensive to God than the Gay mafia that had them kicked off You tube. Sins against Faith and Sins of the intellect are the most offensive to God. Frankly I am glad they are off Facebook I hope the Gay mafia gets tossed next. In fact I think Facebook itself should be taken down. Facebook is really a cancer on our society.

7 ^ ˅ · Reply · Share ›

 **Itneid** ➜ PioKolby · 5 days ago

Christians seldom like the "wrong" kind of Christians. The "wrong" kinds of Christians are those who Jesus differently from you.

^ ˅ · Reply · Share ›

 **PioKolby** ➜ Itneid · 5 days ago

Heretics are not Christians. Heretics are heretics. Catholics are Christians. The Catholic Church is the one true Church outside of which there is no salvation.

10 ^   v  ·  Reply  ·  Share ›

 Itneid ➜ PioKolby · 4 days ago
You just proved my point.
2 ^   v  ·  Reply  ·  Share ›

 Cj Mon ➜ Itneid · 13 hours ago
No, what PioKolby said is the Truth.
The fact that you don't like it doesn't
make your point right. Beyond emotion,
looking at History, the Catholi Church is
the only one that can be traced back to
Jesus, who is the Second Person of the
Holy Trinity and His Apostles.
^   v  ·  Reply  ·  Share ›

 The Dover Beachcomber ➜ Itneid
· 4 days ago
At least PioKolby is among those who
are serious about finding the Truth and
defending it once they do. There's
nothing inherently wrong with two
people arguing passionately about the
Truth. If one or both give up the
argument and turn to hatred, that's
different. And it's worth noting that
retreating into sullen silence can be
based in hatred just as much as can
exploding into violent words or deeds.

There's nothing hateful in calling
someone a heretic, I.e., if they
knowingly hold heretical views. It's an
objective evaluation, because the
Catholic Church's doctrine is written
down for all to see, and it's not hard to
tell if an assertion contradicts it. Also,
the Church's doctrines are based in
reason and evidence (both discovered
by observation and revealed by God),
not in feelings or personal preferences,
so they can be rationally debated.
^   v  ·  Reply  ·  Share ›

 Gnomey G · 5 days ago
Facebook does breed drama and hate. That's why I am
trying to stay off of it for Nineveh 90. So far not very
successfully. When you need to use it for your business it
makes it a lot harder not to look at the news headlines or get
caught up in comments.
2 ^   v  ·  Reply  ·  Share ›

 Student of Mary · 5 days ago
I'm not on Facebook or Twitter. Never was, never will be.
7 ^   v  ·  Reply  ·  Share ›

 Sean in NYC ➜ Student of Mary · 4 days ago
Same. No offense to those who use it, but it has
always been for the simple-minded.
^   v  ·  Reply  ·  Share ›

 James ➜ Student of Mary · 4 days ago
But it depends on the crowd you hang out with on in
there
Most of my association on facebook are catholic in
nature hence I have learned so much about my faith

Facebook is just a tool for connecting with others and
like other tools it can be used and abused depending
on the user

3 ∧   ∨   ·   Reply   ·   Share ›


Jennifer ➔ James · 4 days ago
Very true. You can live in a cave as the world is

## ABOUT

Mission
(/mission)

Michael Voris
Bio
(https://www.c
hurchmilitant.
com/news/aut
hor/michael-
voris-s.t.b)

FAQ
(http://www.c
hurchmilitant.
com/main/ge
neric/faq)

CM Insider
Archives (/cm-
insider-
archive)

We're Hiring
(/jobs)

Contact
(/contact)

Legal (/legal)

## STORIES

Latest News
(/News)

Commentary
(http://www.c
hurchmilitant.
com/search/c
ategory/245/c
ommentary)

News Tip Line
(/TipLine)

## SHOWS

The Vortex
(/video/latest/
the-vortex)

Headlines
(/video/latest/
headlines)

The Download
(/video/archiv
e/the-
download)

The One True
Faith
(http://www.c
hurchmilitant.
com/video/ser
ies/the-one-
true-faith-
revisited/)

Michael Voris'
Talks
(http://www.c
hurchmilitant.
com/video/ser
ies/michael-
voris-talks/)

View All
Programs
(/video/premi
um)

## SHOP

The One True
Faith
(http://store.c
hurchmilitant.
com/?
category=DVD
OTF)

Books
(http://store.c
hurchmilitant.
com/?
category=BO
OK)

Coffee
(http://store.c
hurchmilitant.
com/?
category=COF
FEE)

Statues
(http://store.c
hurchmilitant.
com/?
category=STA
TUES)

## SUBSCRIBE

Premium
Account
(/user/subscri
be)

Email
Newsletter
(http://eepurl.
com/bkoufb)

Roku
(http://www.c
hurchmilitant.
com/main/ge
neric/roku)

RSS and
Podcast Feeds
(/rssfeeds)

(/ajax)

(http://petrosllc.com)

New SocialCross Website Offers Christians an Alternative to Facebook

# CP LIVING

## New SocialCross Website Offers Christians an Alternative to Facebook

By Samuel Smith , CP Reporter | Aug 23, 2017 10:47 AM

# Video Player



(PHOTO: SOCIALCROSS.ORG)

Conservative Christians who've been barred from Facebook for posting their beliefs about homosexuality and LGBT issues now have a new social media platform they can join that won't block users for defending biblical principals.

After being suspended from Facebook numerous times for posting their thoughts on LGBT issues, a group of Christian preachers have launched a social networking alternative to Facebook called SocialCross (https://socialcross.org/).

SocialCross, which works in a very similar manner to Facebook, aims to give Christians a place to engage and have conversations about events going on in the world without fear that their accounts will be suspended or blocked.

In just three weeks since it has been launched, over 2,300 users have signed up for SocialCross.

"This is a place where we can all come together as people who believe in Christ who want to share with one another and learn from each other, and do so without an environment of fear of having people report our post or Facebook blocking us for 30 days," the website's co-founder, Rich Penkoski, a West Virginia-based preacher and co-founder of the online pre-denominational ministry Warriors for Christ (https://wfcchurch.org/), told The Christian Post in an interview this week.

Penkoski explained that he and his colleagues were inspired to create their own social media platform that allows Christians to speak freely and openly after his personal Facebook page was banned for 30 days on separate occasions in July because of comments he made in online threads that were reported to Facebook administrators by LGBT Facebook users.

Penkoski and the Warriors for Christ Facebook page (https://www.facebook.com/warriorschurch/) made headlines in June when the ministry vowed to block anyone who posted the LGBT rainbow flag emoji (http://www.patheos.com/blogs/friendlyatheist/2017/06/12/a-christian-facebook-page-will-ban-anyone-posting-rainbow-emojis-guess-how-this-ends/)on its Facebook page.

"People were asking me for years to [build this kind of site] and I always said no. But when the whole thing happened with us in July, [my colleagues] were like, 'You know Rich, maybe we should.' I kept getting banned. I just got off another 30-day ban," Penkoski said. "Another one of our guys got banned for saying, 'Jesus Christ can cure homosexuals from homosexuality.' He got banned for that. It was my ministry team that was like, 'This is the time to really start it.' I prayed about it a lot. I said, 'You know what? Let's do it.'"

Along with Penkoski, the site was founded by his wife, Amanda, and their colleagues Anita Kallinicos and Nellchy Kentley. But with little Web development experience between the four of them, they hired the Indian-based company Pas Softech to build the new website.

Penkoski said the Christian social media site was developed by PAS Softech Pvt. Ltd (http://www.passoftech.com)., which is run by a Hindu man named Ankur Agarwal, and was created in less than two months.

"The whole idea is that it's a Christian site, run by Christians, designed by Christians and based on biblical principles," Penkoski said. "But anybody and their brother can join so long as they understand that we're a Christian site run by Christians."

The site allows users to interact with each other by posting Christian-themed emojis such as a cross, praying hands, praise hands, an ichthys, a christian flag, a Bible and others.

One unique aspect of the site is that it allows users to search for relevant Bible verses without having to leave the site. Users can easily use the "Bible Search" located in the upper right-hand corner of the SocialCross homepage to look up Scripture.

"This is a social networking site with the features that all of us Christians want," Penkoski asserted.

The site's code of conduct (https://socialcross.org/terms/code_of_conduct) prohibits any use of profanity, racial epithets and sexually explicit adult material. The code of conduct also prohibits users from harassing others and authoring personal attacks.

"You may express your disagreement with someone's point of view, but personal attacks, or attacks based on another person's race, national origin, ethnicity, gender, disablement or other such affiliation, are prohibited," the SocialCross code of conduct states. "A violation in this area may result in a warning or immediate termination from service. If you receive such a warning, you agree to read the SocialCross.org Terms and Conditions again."

Penkoski added that although members of the LGBT community are allowed to join SocialCross, they are not allowed to harass users because of their belief in biblical definitions of marriage and sexuliaty.

"LGBT members are welcome so long as they are not going to try to cram that garbage down our throats," Penkoski asserted. "If you want to come and ask honest questions and have honest dialogue, you are more than welcome. But if the goal is to comment and force their lifestyle on others, that is not going to be allowed."

Penkoski said that since the website launched in its beta mode three weeks ago, "LGBT trolls" have found the page and harassed users.

"This is the same group of people that says to leave them alone," Penkoski said. "We started a Christian social network site and they have to hop right over there, too, telling us to go die and leave them alone. It makes no sense."

Penkoski added that people who promote hate groups and hateful ideologies like white supremacy and neo-Nazism are not welcome on the social media site. Penkoski and his team have already had to ban one Nazi supporter from the website.

"Over 2,000 people are using the site. We had to upgrade servers twice because of it," Penkoski said. "For the most part, it's just a Christian audience right now. We haven't had any real issues and we are surprised because we are in the crosshairs of certain groups of people who know that we are doing it."

Considering that over 2,300 people have signed up for the platform in just under three weeks with relatively little promotion or advertising of SocialCross, except on the Warriors for Christ Facebook page, Penkoski and his team are expecting that they will need to increase the SocialCross staff in the future.

Although the founders initially intended for SocialCross to be a nonprofit and advertisement free, Penkoski said that they quickly realized that the costs of running a site like this would be too great not to allow for paid advertisers.

"When I set this up, [our server company] said that based upon the growth that they see so far, they can honestly see us using 100 servers in a year or two year's time. You are talking $10,000-a-month to keep this thing running," Penkoski explained. "There is no way we can do it as a nonprofit. There is just no way."

Penkoski said he's hopeful that within the next two months, SocialCross users will be able to do livestreaming. Although SocialCross has been launched, Penkoski emphasized that the site is still in its "development mode" and they're in the process of working out some of the issues.

"It's hard to launch something like this without fully launching it, because without actual people using it there's no way we are going to find all the bugs in a real-world situation," he said. "It's like when an app launches for the first time or when a new phone launches, they say it's a launch but it is still technically in beta. Because we have a lot of people using it, we fixed a lot of things and are adding features. We are launched but we are still in that development mode."

Follow Samuel Smith on Twitter: @IamSamSmith (http://twitter.com/IamSamSmith)
Follow Samuel Smith on Facebook: SamuelSmithCP (https://www.facebook.com/SamuelSmithCP)

# Facebook fight, as 'Warriors for Christ' temporarily shuttered



*In this Monday, June 19, 2017, file photo, a user gets ready to launch Facebook on an iPhone, in North Andover, Mass. (AP Photo/Elise Amendola, File) more >*

By Cheryl K. Chumley - *The Washington Times* - Wednesday, January 3, 2018

**ANALYSIS/OPINION:**

Facebook temporarily shut down the page "Warriors for Christ." Why?

The official corporate line is that the page violated the social media giant's community standards. But the Christ fighters have a few other thoughts — namely, that Facebook is simply showing its pro-LGBT, anti-Christian bias.

This, from the page administrator, Nellchy Kentley, in a letter to Pamela Geller: "On 29th December 2017, Facebookshut down our page because of our biblical stance on marriage. Facebook has been after our page for many years and often censored our posts simply because they contained truth articles on statistics, Bible versus and memes that exposed the hypocrisy of the left."

Following a petition drive, and pressure from the public — including the page's 225,000 or so followers — Facebook reinstated the page. But what's up with a prayer page that makes it so hated by Facebook censors?

"They calculated this move and chose to remove the page at 5:00 p.m. EST on Friday December 29, 2017 right before a long holiday weekend," Kentley goes on to write, "in the hope that we would be discouraged in contacting any media about this because most businesses are closed for several days. We will not be silenced and will be pursuing legal action with Facebook."

What's markedly notable about Facebook's censorship is that it gives all appearances of a double-standard.

Pastor Rich Penkoski, who oversees the content for the "Warriors for Christ" page, said in an interview with Conservative Firing Line that he's been subjected to numerous death threats — made via Facebook. But Facebook ignored those obvious violations of its social media policies, he said.

Meanwhile, this: "Immediately after our interview, Penkoski reached out to us saying that he personally received a 30-day ban over a picture of a warrior angel in armor," the blog reported.

The image is hardly graphic or offensive in nature. It's a figure with wings dressed in armor and wielding a shield and sword. Yet Facebook wrote: "Please keep in mind that people who repeatedly post things that aren't allowed on Facebook may have their accounts permanently disabled."

So what's going on here?

Why shut a page dedicated to prayer and promoting biblical principles, yet turn a blind eye to blatant threats? And truly, the threats were ugly.

Penkoski started a Change.org petition in the hours after "Warriors for Christ" was booted from Facebook that gives a little insight to the culture battle that it's been waging. It reads, in part: "Warriors for Christ is a controversial entity who regularly stands in opposition to the lgbt agenda ... The lgbt community has been actively trying to shut down the ministry page for well over 6 months. You may remember the lgbt sent fecal matter to the Pastor's home. They keyed his car, they threatened to put a bullet in his head, they sent gay x rated material to his home with 6 children."

Again — truly ugly.

The Bible tells that those who stand with Jesus will face persecution, and that those who stand strong in the faith will receive their kudos from Christ. As for those who persecute?

Beware. A judgment day is coming.

# CONSERVATIVE FIRING LINE

## Facebook continues jihad against 'Warriors for Christ'

*By Joe Newby · January 5, 2018*

**201**
SHARES

As we reported Tuesday, Facebook, the social media site once described as the "world's most dangerous censor," yanked the page for "Warriors for Christ" without offering any real reason for the action.  The page was restored, but it appears the company isn't finished harassing the site and its owners.

On Thursday, the West Virginia-based organization said on its backup page that two of their administrators received a notification that day claiming the site removed something they posted.  But, they said, NOTHING had been removed from the page.

A couple hours later, the group said Facebook deleted a live video that was streamed on Thursday.

Fortunately, they said, the video was streamed to both YouTube and Facebook.

advertisement · story continues below

Here's the video Facebook deleted:

Pastor Rich Penkoski, owner of the site, further said in the video that Facebook is severely curtailing their reach — something that many conservatives have experienced since the November 2016 election.

While the main page is back up, Penkoski says he is still banned from posting due to the site's profile picture of a warrior angel dressed in armor.

advertisement · story continues below

Facebook continues jihad against Warriors for Christ - Conservative Firing Line

As a result of Facebook's censorship, Penkoski started SocialCross, a social media site geared to Christians.  That site now boasts over 12,000 users.

Writing about the situation with Warriors for Christ, the Washington Times' Cheryl K. Chumley observed:

> The Bible tells that those who stand with Jesus will face persecution, and that those who stand strong in the faith will receive their kudos from Christ. As for those who persecute?
>
> Beware. A judgment day is coming.

We couldn't agree more.

Related:

- Facebook yanks Warriors for Christ after ignoring death threats to pastor, says angel in armor pic violates standards
- Twitter faces civil rights complaint for attacks against conservative Americans
- New initiative exposes censorship of Christians, conservatives by Facebook, Twitter
- Facebook yanks pro-Trump pages after false claims of nudity
- Is Facebook using forgery in jihad against anti-terror conservatives?

If you haven't checked out and liked our Facebook page, please go here and do so.  And be sure to check out our new MeWe page here.

advertisement - story continues below

If you appreciate independent conservative reports like this, please go here and support us on Patreon.

Facebook continues jihad against 'Warriors for Christ' - Conservative Firing Line

And if you're as concerned about online censorship as we are, go here and order this book:



*Banned: How Facebook enables militant Islamic jihad – Source: Author (used with permission)*

**201**
SHARES        f              🐦              G⁺              𝓅              ➕



**Joe Newby**

A 10-year veteran of the U.S. Marine Corps, Joe ran for a city council position in Riverside, Calif., in 1991 and managed successful campaigns for the Idaho state legislature. Co-author of "Banned: How Facebook enables militant Islamic jihad," Joe wrote for Examiner.com from 2010 until it closed in 2016 and his work has been published at Newsbusters, Spokane Faith and Values and other sites. He now runs the Conservative Firing Line.

advertisement · story continues below

**Popular In the Community**

Christian Facebook Page Fights Rainbow Flag Emojis (And Loses)





o

Donald Trump's Jerusalem Declaration...
Sarahbeth Caplin

Toggle navigation

- Home
- About
- Archive Index

Nonreligious

# Christian Facebook Page Fights Rainbow Flag Emojis (And Loses)

June 12, 2017 by Michael Stone
166 Comments
98532

Facebook has added rainbow flag emojis, and a Christian Facebook page is promising to ban anyone who uses them.

In honor of LGBT Pride month the rainbow flag is joining the "thumbs up" and "heart sign," as well as "excited," "shocked," "sad," and "angry" emoji as a way to react on Facebook.

However, the Warriors for Christ Facebook page is not happy that Facebook has added a rainbow flag emoji to their list of possible post reactions, and issued a stern warning explaining that anyone using a rainbow flag emoji would be banned.

As one might expect, many reasonable people accepted the challenge, and bombarded the anti-gay Christian Facebook page with happy rainbow flag emojis.

In response, the Christian Facebook page issued the following public service announcement:

 **Warriors for Christ**
about 6 months ago

Public service annoucement:

Despite all the lies and false accusations here we are not being hateful to any person. We also will not back down from proclaimimg truth of God's word.

Sin is sin period. Sin results in eternal seperation from God. Despite your lack of understanding of love, we here love everyone enough to speak the truth even in the face of so much hate.

So we speak the truth that sin leads to death, but we have a savior that can set one free from sin and give them a new life in Christ.

**1.1K**     **5.8K**     **162**

Public service annoucement (sic).

Despite all the lies and false accusations here we are not being hateful to any person. We also will not back down from proclaimimg (sic)

12 22 2017
Christian Facebook Page Fights Rainbow Flag Emojis (And Loses)

truth of God's word.

Sin is sin period. Sin results in eternal seperation (sic) from God. Despite your lack of understanding of love, we here love everyone enough to speak the truth even in the face of so much hate.

So we speak the truth that sin leads to death, but we have a savior that can set one free from sin and give them a new life in Christ.

And this:

 **Warriors for Christ**
about 6 months ago

Lord I know that right now many lost people are being sent here by the powers of darkness that control them to harass this page. I pray that when they come here that their eyes be opened up to the truth of your word. Your word is living and active and has the power to reach the heart. And even though these people are coming here as our enemies to hate us, I still pray blessings over them and pray you open their eyes to see the truth clearly. Satan has blinded many to the truth, but we come against any attack or insult or curse of the enemy in Jesus name.

**909        5.1K        193**

Lord I know that right now many lost people are being sent here by the powers of darkness that control them to harass this page. I pray that when they come here that their eyes be opened up to the truth of your word. Your word is living and active and has the power to reach the heart. And even though these people are coming here as our enemies to hate us, I still pray blessings over them and pray you open their eyes to see the truth clearly. Satan has blinded many to the truth, but we come against any attack or insult or curse of the enemy in Jesus name.

Bottom line: The "Warriors for Christ" are feeling persecuted because their anti-gay rhetoric is being ridiculed. And all their prayers to a God that does not exist will never justify their pious bigotry and hatred.

*Bonus: How to get the Pride rainbow flag reaction on Facebook*

*The rainbow flag reaction will only appear as an option for users if they like Facebook's LGBTQ page.*

*How to get the rainbow flag reaction*

1. *Log in to Facebook in the app or on the web*
2. *Go to the LGBTQ@Facebook page*
3. *Like the page*
4. *You might need to logout and log back in again before the reaction appears.*

 **Warriors for Christ**
13 hrs · ✌

# A RAINBOW EMOJI WILL GET YOU INSTANTLY BANNED FROM OUR PAGE

Christian Facebook Page Fights Rainbow Flag Emojis (Via Friendly Atheist)

**You May Like**                                                    Sponsored Links by Taboola

**You should never shop on Amazon without using this trick - here's why**
Honey

**Surprising Truth Behind Life Insurance**
PolicyGenius

**Tecovas Boots Are Thoughtfully Designed, Handcrafted & Won't Break The Bank**

Tecovas Handmade Boots

Previous Post



June 11, 2017
Atheist Hating San Antonio Mayor Loses Re-Election Bid

Next Post



June 13, 2017 Trump Promotes Religious Indoctrination In Public School Classrooms

Recent Comments

166 Comments

"more so than this country"
Tom Healy

---

Creeping Theocracy: Ben Carson Leads Trump ..."
"You're right, I did. The last time I was in Ireland, I was able to ..."
Chutney

---

Catholic Bishops Urge Parents To Reject ..."
"More stones, sir.οὐκ ἔστι λέουσι καὶ ἀνδρασιν ὅρκια πιστά."
CamCubed

---

Conservatives Worry Feminists Are Using Witchcraft ..."
"Nothing pretentious about a massive, ubiquitous company. You might as well call McDonalds pretentious, dummy. ..."
Jeff Hinkle

---

Fox News Warns Starbucks Holiday Cups ..."

Browse Our Archives

Select a Category  ⇕

Select a Month  ⇕

Follow Us!

12 22 2017
Christian FB Page Threatens To Ban People Who Use Rainbow Emoji, Instantly Backfires | Addicting Info | The Knowledge You Crave



**(New) Top 9 Bests Gadgets Under $!**

Best Seller        (4300)

Share this Article!

**From the Web**

Ads by Adchoice



**The Most Loyal Dog Breeds For The Perfect Partner In Crime**
OMG LANE



**10 Most Beautiful Tree Tunnels on Earth**
Earth.com



**5 Foods Surgeons Have Now Confirmed Will Kill You**
Five Fatal Foods





**How To Fix Aging Skin (Do This Every Day)**
www.innerskinresearch.com



**5 Foods Surgeons Have Now Confirmed Will Kill You**
Five Fatal Foods



Author: Joe Fletcher

12 22 2017     Christian FB Page Threatens To Ban People Who Use Rainbow Emoji, Instantly Backfires | Addicting Info | The Knowledge You Crave

Case 2:18-cv-00019-NDF   Document 3   Filed 01/26/18   Page 102 of 107

Joe Fletcher is a writer and community organizer based in Grand Rapids, Michigan. You can follow him on Facebook and Twitter.

---

**5 Comments**                                                                                   Sort by  Top

Add a comment

**Kevin Weinsteiger** · Works at Unemployed
there should be no warrior of christ for christ prached love and acceptance or are you to stupid to understand that?
Like · Reply · 2 · 27w

> **Tom Braak** · Northern Michigan University
> Christ did not preach acceptance of sin.
> Like · Reply · 27w

> **Bonny McKay Freeman** · V.P. at Allen Freeman McDonnell Agency
> Tom Braak - You, Sir, are not Christ.
> Like · Reply · 1 · 27w

> **Kevin Weinsteiger** · Works at Unemployed
> Tom Braak Christ already died for our sins all we have to do is accept and live our lives caring and loving all people. We are not put here to judge others.
> Like · Reply · 27w · Edited

**JoBeth Johnson** · Eastern New Mexico University
When you use YOUR religion to condemn and criticize people, you are NOT a warrior for Christ. you are only a warrior for your own bias. Refer to your bible and read the section about the woman at the well and get OUT of the Old Testament!! If you insist on obeying the "law" of the Old Testament, then do it and stop claiming to be a follower of Christ!!
Like · Reply · 10 · 27w

**Tom Braak** · Northern Michigan University
A non-Christian group co-ops a major Christian symbol for their own use and you think it is okay? Suppose someone does the same thing with the cross? Or making a Christmas tree or Easter bunnya symbol for animal worshippers? You would support them correct? Time for Christians to take back the rainbow.
Like · Reply · 27w

> **Dawn Boeder Johnson** · Stillman Valley, Illinois
> Co-opted a major Christian symbol? As I learned it, the rainbow is an OT covenant, pre-dating Christianity. So, I guess that'd make it a much more ancient symbol of harmony and benevolence and promise. And you all can keep your stupid cross symbol of torture and horrible, slow death. No one wants it. As for the Christmas tree and Easter Bunny and a whole lot of other symbols Christians use...they were stolen from pagan rites and festivals to speed conversion. Stop worrying about who and how other people love, you sanctimonious windbag. Or do you waste time thinking about your hetero neighbors ... See More
> Like · Reply · 27w

**Becky DeaKyne** · Works at Optics
And this is why so many have turned away from religion.
Like · Reply · 6 · 27w

**Janet Marie Cooper** · Wichita State University
I'm Catholic and I love LBGTQ people!!! I would much rather be friends with them than with these "whitened sepulchres filled with dead men's bones" as Jesus himself called the Pharisees ...It's not the true lovers of Christ that are full of hate, prejudice, homophobia, mean-spiritedness and who are full of "all uncleanness"...It is these hypocrites who make the world ugly...And they fill their children's heads with their hate, and yell about how the LBGTQ are going to destroy children...I bet half these people have never met a gay person, and wouldn't know one if they met in the road...
Like · Reply · 1 · 27w

Facebook Comments Plugin



... SOUNDCLOUD

**Basements
to Arenas**

GO PRO

**Search**

Search | Search

12 22 2017

Case 2:18-cv-00019-NDF   Document 3   Filed 01/26/18   Page 103 of 107
Christian FB Page Threatens To Ban People Who Use Rainbow Emoji, Instantly Backfires | Addicting Info | The Knowledge You Crave

**5 Comments**

Sort by **Newest**

 Add a comment

 **Tom Braak** · Northern Michigan University
A non-Christian group co-ops a major Christian symbol for their own use and you think it is okay? Suppose someone does the same thing with the cross? Or making a Christmas tree or Easter bunnya symbol for animal worshippers? You would support them correct? Time for Christians to take back the rainbow
Like · Reply · 27w

 **Dawn Boeder Johnson** · Stillman Valley, Illinois
Co-opted a major Christian symbol? As I learned it, the rainbow is an OT covenant, pre-dating Christianity. So, I guess that'd make it a much more ancient symbol of harmony and benevolence and promise. And you all can keep your stupid cross symbol of torture and horrible, slow death. No one wants it. As for the Christmas tree and Easter Bunny and a whole lot of other symbols Christians use...they were stolen from pagan rites and festivals to speed conversion. Stop worrying about who and how other people love, you sanctimonious windbag. Or do you waste time thinking about your hetero neighbors ... See More
Like · Reply · 27w

 **Janet Marie Cooper** · Wichita State University
I'm Catholic and I love LBGTQ people!!! I would much rather be friends with them than with these "whitened sepulchers filled with dead men's bones" as Jesus himself called the Pharisees. It's not the true lovers of Christ that are full of hate, prejudice, homophobia, mean-spiritedness and who are full of "all uncleanness"...It is these hypocrites who make the world ugly...And they fill their children's heads with their hate, and yell about how the LBGTQ are going to destroy children...I bet half these people have never met a gay person, and wouldn't know one if they met in the road...
Like · Reply · 1 · 27w

 **Becky DeaKyne** · Works at Optics
And this is why so many have turned away from religion.
Like · Reply · 6 · 27w

 **Kevin Weinsteiger** · Works at Unemployed
there should be no warrior of christ for christ prached love and acceptance or are you to stupid to understand that?
Like · Reply · 2 · 27w

 **Tom Braak** · Northern Michigan University
Christ did not preach acceptance of sin.
Like · Reply · 27w

 **Bonny McKay Freeman** · V.P. at Allen Freeman McDonnell Agency
Tom Braak - You, Sir, are not Christ.
Like · Reply · 1 · 27w

 **Kevin Weinsteiger** · Works at Unemployed
Tom Braak Christ already died for our sins all we have to do is accept and live our lives caring and loving all people. We are not put here to judge others.
Like · Reply · 27w · Edited

 **JoBeth Johnson** · Eastern New Mexico University
When you use YOUR religion to condemn and criticize people, you are NOT a warrior for Christ. you are only a warrior for your own bias. Refer to your bible and read the section about the woman at the well and get OUT of the Old Testament! If you insist on obeying the "law" of the Old Testament, then do it and stop claiming to be a follower of Christ!
Like · Reply · 10 · 27w

 Facebook Comments Plugin

**From the Web**

Ads by Adffseb



**Stranger Notices Something Isn't Right. When Mom Looks Away He Hands Her Son A Note**
OMG LANE



**If You Suffer From Callused Feet, Try This Amazing Trick!**
DermalMedix



Facebook Takes Down Christian Group's Page, Calls Abortion Opposition "Hateful and Threatening" | LifeNews.com



(http://www.lifenews.com/index.php?uds_ads_id=12)

DONATE        (HTTP://WWW.LIFENEWS.COM)        .COM        SEARCH   ☰ MENU

# Facebook Takes Down Christian Group's Page, Calls Abortion Opposition "Hateful and Threatening"

▶ NATIONAL (HTTP://WWW.LIFENEWS.COM/CATEGORY/NATIONAL/)   MICAIAH BILGER   JAN 9, 2018 | 12:56PM   WASHINGTON, DC

Share this story:        G+

Facebook is facing more censorship and bias allegations from a Christian group that opposes abortion.

ADVERTISEMENT



(http://www.lifenews.com/index.php?uds_ads_id=8)

ADVERTISEMENT



(http://www.lifenews.com/index.php?uds_ads_id=13)

The West Virginia-based ministry Warriors for Christ repeatedly has had its Facebook pages removed by the social media giant, according to the Christian Post (https://www.christianpost.com/news/facebook-takes-down-warriors-for-christ-page-citing-policy-bullying-hate-speech-213992/). Its main page, which has more than 225,000 followers, was removed again last week, allegedly for "hateful, threatening or obscene" content.

Ministry leader Pastor Rich Penkoski told the Post that they missed out on vital opportunities to help people as a result.

"When Facebook pulled our page [for the first time], we were actually counseling with a young woman who was suicidal," Penkoski said.

The biggest issue seems to be the ministry's stance on homosexuality, Penkoski said. However, they also stand strong for unborn babies' rights and sexual purity, he said.

"We talk about abortion. We talk about adultery. We talk about fornication. Nobody ever talks about that stuff," he said.

Facebook removed the ministry's page on Dec. 29 but reinstated it on Jan. 2 as a result of an online petition, according to the report. On Friday, however, the ministry said its page was down again.

This is the message Penkowski received from Facebook last week: "Your Page 'Warriors for Christ' has been removed for violating our Terms of Use. A Facebook Page is a distinct presence used solely for business or promotional purposes. Among other things, Pages that are hateful, threatening or obscene are not allowed. We also take down Pages that attack an individual or group, or that are set up by an unauthorised individual. If your Page was removed for any of the above reasons, it will not be reinstated. Continued misuse of Facebook's features could result in the permanent loss of your account."

Penkoski said they have received death threats because of their ministry's outreach. He said they have been very clear that they do not want to harm anyone, they simply want to preach the truth.

"We specifically ask Facebook, what exact standards of yours did we violate? People have seen what has happened to us with the death threats and everything else. That's actual hate speech — calling for the death of someone else. I don't care who does it. If you are Christian or not, that is hate speech," he said.

*Follow LifeNews.com on Instagram (https://instagram.com/lifenewspics/) for pro-life pictures and the latest pro-life news.*

The Post reported Warriors for Christ started using its old youth ministry page (https://www.facebook.com/wfcchurch.org/) this week after Facebook blocked its main page. However, LifeNews could not access the youth ministry page either on Tuesday morning. It is not clear if Facebook removed that page as well.

Pro-life advocates have become increasingly concerned about the liberal bias and online censorship on widely-used social media platforms.

In October, Twitter rejected an ad from pro-life Congresswoman Marsha Blackburn (http://www.lifenews.com/2017/10/11/twitter-reverses-decision-censoring-congresswomans-ad-exposing-planned-parenthood-selling-aborted-baby-parts/) because she mentioned Planned Parenthood's sales of aborted baby body parts. Twitter later reversed its decision after LifeNews and other news outlets reported about the matter.

Facebook and Twitter have blocked other pro-life advertisements in the past as well.

In September, Live Action, the youth-centered pro-life organization known for its undercover investigations of Planned Parenthood, said Twitter has been censoring its ads (http://www.lifenews.com/2017/09/22/twitter-censors-pro-life-groups-ads-wont-run-them-unless-its-web-site-is-scrubbed-of-sensitive-content/). Live Action and founder Lila Rose said the social media site blocked their ability to advertise (http://www.lifenews.com/2017/06/27/twitter-censors-pro-life-groups-ads-must-oppose-defunding-planned-parenthood-to-advertise/) and told them to change information on their websites if they want to start advertising again.

Twitter also refused to run an ad from the Susan B. Anthony List (http://www.lifenews.com/2017/10/24/twitter-censors-pro-life-group-no-advertiser-is-permitted-to-use-the-phrase-killing-babies/) in the fall because it contained the phrase "killing babies."

In 2015, Facebook also refused to allow Live Action News to advertise one of its stories (http://www.lifenews.com/2015/04/06/facebook-bans-picture-of-baby-born-without-a-nose-calls-it-shocking/) because "the image or video thumbnail may shock or evoke a negative response from viewers." The image was of baby Eli Thompson who was born without a nose.

Facebook became a subject of national news in 2016 after some of its workers admitted that they suppressed conservative news stories in favor of liberal ones (http://www.lifenews.com/2016/05/09/facebook-workers-admit-suppressing-conservative-news-stories-in-favor-of-liberal-media/). LifeNews.com, which is the leading pro-life news website on the Internet and the only one specifically devoted to pro-life issues, has long believed that Facebook has been suppressing its traffic.



(http://lifenews.wpengine.netdna-cdn.com/wp-content/uploads/2016/05/facebook3.jpg)

Share this story:          G+

Pro Abundant LIFE   SIGN THE PETITION!
(HTTP://WWW.LIFENEWS.COM/INDEX.PHP?UDS_ADS_ID=13)

.com/a

COPYRIGHT © 2018

ALL RIGHTS RESERVED

DONATE

ABOUT
(HTTP://WWW.LIFENEWS.COM/ABOUT/)
ADVERTISING
(HTTP://WWW.LIFENEWS.COM/ADVERTISING/)
REPRINT
(HTTP://WWW.LIFENEWS.COM/REPRINT/)
RSS FEED (/FEED)

NATIONAL
(HTTP://WWW.LIFENEWS.COM/CATEGORY/NATIONAL/)
STATE
(HTTP://WWW.LIFENEWS.COM/CATEGORY/STATE/)
INTERNATIONAL
(HTTP://WWW.LIFENEWS.COM/CATEGORY/INTERNATIONAL/)
BIOETHICS
(HTTP://WWW.LIFENEWS.COM/CATEGORY/BIOETHICS/)
OPINION
(HTTP://WWW.LIFENEWS.COM/CATEGORY/OPINION/)

(WWW.FACEBOOK.COM/LIFENEWS)

(HTTPS://TWITTER.COM/LIFENEWSHQ)

(/FEED?FEEDBURNER.COM/LIFENEWS/NEWSFEED)

(HTTP://WWW.GOOGLE.COM/CSE?CX=013272675173358965219;3ACN7HOUQROXY&IE=UTF-8&Q=&SA=#GSC.TAB=0&GSC.Q=SEARCH%20LIFENEWS.COM%20ARCHIVES&GSC.PAGE=1)

12 22 2017

Case 2:18-cv-00019-NDF   Document 3   Filed 01/26/18   Page 106 of 107

Christian FB Page Threatens To Ban People Who Use Rainbow Emoji, Instantly Backfires | Addicting Info | The Knowledge You Crave



- About Us
- Contact Us
- Creative Commons License
- Privacy Policy





News

# Christian FB Page Threatens To Ban People Who Use Rainbow Emoji, Instantly Backfires

By Joe Fletcher on June 13, 2017 9:54 am

June is LGBTQ Pride month. That means that there are pride flags celebrating LGBTQ peoples across the planet popping up everywhere. This year, they have sprung up all over Facebook in the form of pride flag reaction buttons. Between reactions and flag emojis Facebook is very colorful and very proud this year.



**Start Download - View P**

Unfortunately, one Facebook page that belongs to a church (presumably real as they post an address on their page) called the "Warriors for Christ" decided to try and ruin everyone else's fun when they published a post promising to ban anyone who uses the rainbow flag emoji on their page.

**Related:** Heiress To Disney Empire Knows GOP Scammed Us – SHREDS Them For Tax Bill

The original post has been taken down. Thankfully, screenshots were taken of the post by the Friendly Atheist, writing for *Patheos*



**Warriors for Christ**
13 hrs ·

# A RAINBOW EMOJI WILL GET YOU INSTANTLY BANNED FROM OUR PAGE



Screenshot found via *Patheos*

The post has unleashed a mass of LGBT supporters, who are now bombarding the page with pride flag reactions and pro-LGBTQ sentiments.

**Just In:** Trump Attacks FBI Just Before Speaking at Quantico

12 22 2017

Christian FB Page Threatens To Ban People Who Use Rainbow Emoji, Instantly Backfires | Addicting Info | The Knowledge You Crave

 **From a heterosexual Christian:** . Now ple of blocking me.

Like · Reply · 52 · 10 hrs

 of color offend your imaginary friend who apparently died over 2000 years ago but still feels the need to talk to you, specifically?

Like · Reply · 54 · 2 hrs · Edited

↳ 1 Reply

my standards for being a Christian seem to be a bit higher than yours.

Like · Reply · 66 · 5 hrs

↳ 1 Reply

The page admin(s) responded exactly as you might expect, with venom. The admins' stupidity reached critical mass when they alluded that Satan himself had summoned LGBTQ supporters to plague them.

**Warriors for Christ**
14 hours ago

Lord I know that right now many lost people are being sent here by the powers of darkness that control them to harass this page. I pray that when they come here that their eyes are opened up to the truth of your word. Your word is living and active and has the power to reach the heart. And even though these people are coming here as our enemies to hate us, I still pray blessings over them and pray you open their eyes to see the truth clearly. Satan has blinded many to the truth, but we come against any attack or insult or curse of the enemy in Jesus name.

 779    💬 5.2K    ➤ 176

**Warriors for Christ** The amount of comments and emojis we are getting from all of you people shows us how sad and empty your lives really are. Turn from your life of sin, ask Jesus into your heart, and you might actually find some real happiness and purpose. JESUS LOVES YOU

Like · Reply ·  701 · 8 hrs

↳ View previous replies

**Warriors for Christ** It is really ironic how you are all saying how hateful we are but the only hateful comments I see are coming from your direction.
JESUS STILL LOVES YOU

Like · Reply · 267 · 7 hrs

↳ View more replies

I couldn't be more, well, proud of the internet's response to such a bigoted sentiment. Living in a post-marriage-equality world, many people may think that we are also living in a post-homophobic world as well. Nothing could be further from the truth. In fact, 2016 was the deadliest year on record for LGBTQ individuals. Analysts have concluded that the current political climate has influenced this uptick in violence.

Now, more than ever, LGBTQ people and their allies need to stand together proudly and visibly to denounce bigotry and homophobia. As the LGBTQ rights activist, Harvey Milk once said, "If a bullet should enter my brain, let that bullet also destroy every closet door in the country." Milk's tactic of encouraging LGBT people to come out of the closet proved to be a very effective tactic in combating prejudices. It's good to see the tactic has been carried over into the digital world, with millions of people showing everyone publicly that they stand with LGBTQ people.

*Featured image via Warriors for Christ Facebook page logo with rainbow filter and screenshot added*