Utility Mailer
10 1/2" x 16"

FROM:
Brooke Bustos

TO:
US Court Clerk
2120 Capitol Ave
Room 2131
Cheyenne, WY 82001

FIRST CLASS

ReadyPost



U.S. POSTAGE
PAID
CARY, NC
27511
FEB 03, 18
AMOUNT
$1.42
R2304E105412-09

1000
82001