## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

**ROBIN GOODSPEED, CHRIS
SEVIER, JOHN GUNTER JR,
WHITNEY KOH, JOAN GRACE
HARLEY,**
*Plaintiffs*

**Case No: 18-CV-19-F**

**V.**

**MATT MEAD, in his official capacity as
Governor of Wyoming, WENDY SOTO,
in her capacity as the Executive Director
of the Commission on Judicial Conduct
and Ethics, PETER K. MICHAEL, in
his capacity as Attorney General,
SUSAN SAUNDERS, in his official
capacity as the Clerk of Campbell
County *Defendants***

## GOODSPEED'S RESPONSE IN OPPOSITION TO JUDGE FREUDENTHAL'S EX PARTE THREAT TO IMPOSE RESTRICTIONS WHICH PROVES THAT GAY MARRIAGE POLICY FAILS PRONG ONE OF LEMON AND VIOLATES THE ESTABLISHMENT CLAUSE

NOW COMES Plaintiff Goodspeed in opposition to the restrictions. The Supreme Court of the United States has recognized the constitutional right to come into federal court and sue.[1] Many parties exercise that right while represented by an attorney. However, "[o]ne of the basic principles, one of the glories, of the American system of justice is that the courthouse door is open to everyone,'" *NAACP v. Meese*, 615 F. Supp. 200, 205-06 (D.D.C. 1985), even those who choose to litigate their cases without assistance of counsel. Federal statutory law allows parties to "plead and conduct their own cases" as pro se litigants.[2]

Once parties decide to represent themselves, they enter the federal court system as "'stranger[s] in a strange land.'"[3]   In this case, the Plaintiffs have not found themselves as "strangers in a strange land" they have found themselves under assault by an immoral Judicial activist who was appointed by President Obama bent on serving as de facto defense counsel for her private religious ideals. Judge Freudenthal serves as a "parody Article III Judge" who is zealously defending "parody marriage" own her own.[4]  Without saying it, she implicitly pretends that she is bound by *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015) and cannot enjoin the State under the First Amendment. Judge Freudenthal misrepresented the truth when she wrote:

> Plaintiffs also seem to believe their Complaint was dismissed because it was filed pro se. However, that is not the case. Plaintiffs' Complaint was dismissed because it seeks relief that this Court cannot provide.

---

[1] Danielle Kie Hart, And the Chill Goes On - Federal Civil Rights Plaintiffs Beware: Rule 11 Vis-6-vis 28 U.SC. .§ 1927 and the Court's Inherent Power, 37 LOY. L.A. L. REV. 645, 660 (2004) (citing Georgene Vairo, Rule 11 and the Profession, 67 FORDHAM L. REV. 589, 643 (1998)). The 1993 amendment to Rule 11 is noted only to explain the rising use of 28 U.S.C. § 1927 sanctions and is outside the scope of this Note.

[2] 28 U.S.C. § 1654 (2000). While the right to appear pro se currently is statutorily guaranteed, "[t]he right to represent oneself in the federal courts can be traced to medieval England" through the Magna Carta. Nina Ingwer VanWormer, Note, Help at Your Fingertips: A Twenty-First Century Response to the Pro Se Phenomenon, 60 VAND. L. REv. 983, 987 (2007).

[3] BERGMAN & BERMAN-BARRETr, supra note 5, at 1/4

[4] Because Judge Freudenthal has engaged in sua sponte ex parte activism, she Judge Freudenthal has put her character at issue.

Because First Amendment questions were lurking in the shadows but not ruled upon, Stare

Decisis does not save *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015) from being overruled.[5]

The Supreme Court has routinely found that when Constitutional and Due Process rights

are being violated by the State, it is completely improper for a Judge to impose filing restrictions

against pro se litigants. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). The Plaintiffs have brought

a cause of action where they plead with convincing clarity with the support of *amicus* filers and

declarants that the current marriage policies recognized and enforced by the State either violate

the Establishment Clause of the First Amendment or the Equal Protection and Substantive Due

Process Clause of the Fourteenth Amendment.[6]

In the wake of Judge Freudenthal's self-help activism, Wyoming and South Carolina

state legislatures introduced the Marriage And Constitution Restoration Act. These legislators -

not the Plaintiffs - publicly called Judge Freudenthal a "monster" because of her prefuse patterns

of dereliction of duty under Article III and Article VI. But the Plaintiffs are not interested in

name calling the wife of a former governor who operates out of an unchecked sense of moral

superiority. Instead, the Plaintiffs are only interested in having an injunction issued that will heal

---

[5] "Stare Decisis" does not keep Obergefell v. Hodges, 135 S.Ct. 2584 (2015) from being overruled. The Supreme Court found that "questions which merely lurk in the record, neither brought to attention of the court nor ruled upon, are not to be considered as having been so decided as to constitute precedents." Cooper Industries, Inc. v. Aviall Services, Inc. 543 U.S. 157 (2004). The Establishment Clause claims were "lurking" in the record but undecided in Obergefell. "[Stare Decisis]is at its weakest when [the courts] interpret the Constitution because our interpretation can be altered only by constitutional amendment or by overruling our prior decisions." Seminole Tribe of Fla. v. Florida, 517 U.S. 44, 63, 116 S.Ct. 1114, 1127, 134 L.Ed.2d 252 (1996); St. Joseph Stock Yards Co. v. United States, 298 U.S. 38, 94, 56 S.Ct. 720, 744, 80 L.Ed. 1033 (1936) (Stone and Cardozo, JJ., concurring in result) ("The doctrine of stare decisis ... has only a limited application in the field of constitutional law"). The District Court in this case is being asked to re-interpret the Constitution correctly.

[6] (See DE 8 Quinlan ¶¶1-37; DE 10 Pastor Cothran ¶¶1-50; DE 13 Dr. King ¶¶ 1-20;  DE 11 Dr. Cretella ¶¶ 1-20; DE 18 Goodspeed ¶¶ 1-20; DE 6 Grace Harley ¶¶ 1-25; DE 5 Kohl ¶¶ 1-12; DE 7 Pastor Cuozzo; ¶¶ 1-21; DE 12 Pastor Farr ¶¶ 1-33; DE 3 Pastor Penkoski ¶¶ 1-34; DE 9 Pastor Cairns ¶¶ 1-30;; DE 14 Christian Resistance ¶¶ 1-21; DE 15 Special Forces Of Liberty, Gunter, Sevier, Kohl, Harley ¶¶ 1-34). See Amicus Briefs of DE 25 Center For Garden State Families; DE 36 the American Family Association of PA; DE 40 National Alliance of Black Pastors; and DE 35 the Coalition of Doctors Defending Reparative Therapy.

their personal injury, restore Constitutional integrity, shield community standards of decency, and restore the trust in the Judiciary that Secular Humanist Judges have completely wrecked. Unfortunately, Judge Freudenthal has perpetrated so much fraud that her go to position of "if Plaintiffs believe they have asserted a claim, they have a judicial remedy of appealing to the Tenth Circuit" will simply not cut it.  The reason why Judge Freudenthal describes the Plaintiffs litigation filed in other states to keep them from enforcing unconstitutional policies as "troubling" is because she puts her devotion to the dogma of Secular Humanism over her fiduciary duties under Article VI to uphold the United States Constitution, which is not just "troubling," it is unlawful.  Judge Freudenthal is proof positive that President Obama intentionally appointed Judges who are enemies of the truth and therefore enemies of the Constitution itself.   Judge Freudenthal's sua sponte dismissal and her threat to impose restrictions in a revived controversy that compelled Justice Roberts to say "just who do [the Secular Humanist Judges] think [they] are?" and Justice Scalia to state "I write separately to call attention to [the Secular Humanists on the bench's] threat to American Democracy" is additional proof for why it would itself be immoral for the Senate not to impeach Judge Freudenthal and Judge Martinez.

Basically, Judge Freudenthal's dismissal and the threat of imposing restrictions stem from the fact that the Plaintiffs commitment to Constitution restoration personally offends her irrational religious sensibilities. Judge Freudenthal considers the Plaintiffs case a personal affront to her paramount goal to turn the government into a church of Moral Relativism.  Judge Freudenthal's feels that that the ends justify the means in her calculated efforts to obstruct justice and hide the truth.  Restrictions should not be imposed for several reasons the first of which is

because the basis for the restrictions is now moot. Attorney Burris filed a notice of appearance

on behalf of the non-attorneys Plaintiffs before the restrictions were proposed, which further

shows that Judge Freudenthal is merely harassing the Plaintiffs for asking that she do her job and

serve as a cold impartial umpire. Courts have held that when a Plaintiffs' oirginal complaint was

sufficiently plead imposing restrictions is improper *Cunningham v. Ray*, 648 F.2d 1185, 1186

(8th Cir. 1981). Even if this Court wanted to pretend that the original complaint violated FRCP

8 et. seq - and it did not - the proper remedy would have been to provide the Plaintiffs with leave

to amend - which the Court did not. Judge Freudenthal refuses (1) to adopt the amended

complaint, (2) to permit proof of service on the Defendants be docketed, and (3) to grant leave

for interest parties to file *amicus* briefs for all of the same reasons: she is intentionally

obstructing justice for selfish religious reasons in an effort to maintain the effort of putting the

religion of Secular Humanism over non-religion. Judge Freudenthal knows that the Supreme

Court and the 10th Circuit have held that Secular Humanism is a religion that government cannot

recognize, but she has contempt for the Supreme Court and the Constitution.[7] What Judge

Freudenthal is too intellectually blind to see but that other Honorable Article III Judges will is

that Judge Freudenthal's pattern of political, Constitutional, and judicial malpractice - alone -

demonstrates that gay marriage policy is a non-secular sham that fails the prongs of the *Lemon*

test and violate the Establishment Clause.[8] The Plaintiffs will turn Judge Freudenthal's activism

---

[7] *Torcaso v. Watkins*, 367 U.S. 488 (1961) and *Edwards v. Aguillard*, 482 U.S. 578, 583 (1987). The evidence shows that because her dereliction of duty is wilful and dishonest no form of judicial immunity will keep members of Trump's DOJ from prosecuting her. Judge Freudenthal operates her court as if President Obama is still at the helm of the DOJ. Unfortunately for her, he is not.

[8] The Plaintiffs did not ask to start a multi-jurisdictional war with a devout Secular Humanist Judge Freudenthal who is controlling by her commitment to Moral Relativism and not the Constitution. The Plaintiffs simply asked her to be neutral and interpret the Constitution. She has intentionally refused to do both and has remained resolved to perpetrate a litany of ethical violations.

into a political football before Courts who have the humility, common sense, and maturity to not

buy into the religion of Secular Humanism. So she has doubled down by threatening restrictions.

While Plaintiffs have not filed "illogical pleadings, motions, and briefs," all of Judge

Freudenthal's ex parte orders have been illogical and calculated to keep the Goodspeed

Plaintiffs' case out of the hands of a jury.[9] Judge Freudenthal is nothing more than a terroristic

guardian of an unconstitutional ploy that involved an unprincipled hijacking of the Fourteenth

Amendment.  The 10th Circuit, like the Second Circuit, is lery about imposing restriction

sanctions on pro se litigants. *Steinert v. Winn Group*, Inc., 440 F.3d 1214, 1222 (10th Cir. 2006).

This is especially true when it the evidence is overwhelming that the District Court is simply

proposing sanctions in an ex parte fashion in order to promote the continuation of the

governments entanglement with a religion that the presiding Judge subscribes to. The only party

that has engaged in "tactics of delay, oppression and harassment" is Judge Freudenthal herself.

*Sassower v. Field*, 973 F.2d 75, 80 (2d Cir. 1992).[10]

Judge Freudenthal failed to provide a single case where a pro se litigant filed an

Establishment Clause cause of action involving injunctive relief where the policy allegedly

violated the Constitution. Furthermore, Judge Freudenthal failed to provide a single case where a

pro se litigant filed an Establishment Clause action involving a policy that promoted that the very

religion that the Judge subscribed to. Such cases do not exist because Judges Freudenthal is not a

normal Judge, she is an deep state operative bent on rewriting the Constitution to fit her private

moral code, which is objectively removed from reality and completely faith-based.  She is simply

---

[9] Swank, supra note 2, at 384.

[10] The Plaintiffs mailed proof of service on the Defendants, and Judge Freudenthal did not even let that evidence be docketed. This is because she operates her Court in a manner similar to one controlled under Judge Freisler's People Court. Judge Freudenthal has more in common with ANTIFA than with a traditional Judge of ordinary prudence. https://www.youtube.com/watch?v=CKiqHpbFz68&t=5s

too immature to serve on the bench and cannot bare the thought that "any schoolboy knows that a homosexual act is immoral, indecent, lewd, and obscene. Adult persons are even more conscious that this is true." *Schlegel v. United States*, 416 F. 2d 1372, 1378 (Ct. Cl.1969). This is because Judge Freudenthal is not really an adult and she must be removed because she will never be able to understand that "to simply adjust the definition of obscenity to social realities has always failed to be persuasive before the Courts of the United States."[11]

Restrictions should not be imposed because this case is not like *Sassower v. Field*, 973 F.2d 75, 80 (2d Cir. 1992) where the plaintiffs made "unsupported bias recusal motions," "personal attacks on the opposing parties and counsel," filed numerous motions to reargue if they lost a ruling, "filed two improper interlocutory appeals," made a motion for a new trial that essentially reargued the merits, "attempted to communicate directly with the defendants rather than through counsel," and committed several discovery abuses. No indeed! This is a case where the Plaintiffs did not attack opposing counsel because Judge Freudenthal did not even allow opposing Counsel to appear. Judge Freudenthal prevented documents from being filed in this case because she is personally aware of the fact that the Attorney General of Wyoming intends not to defend this lawsuit but instead defend the Marriage And Constitution Restoration Act introduced by the Wyoming House in response to Judge Freudenthal's quasi-criminal and unethical misconduct. As a self-entitled wife of a former Governor, Judge Freudenthal knows that Wyoming Attorney General and the current Governor - who she is not married to fortunately - will not oppose the Plaintiffs litigation because, unlike her, they actually take their duty to uphold the United States Constitution under Article VI seriously. While it is true that at least one

---

[11] *Ginsberg v. New York*, 390 U.S. 629, 639–40, 88 S. Ct. 1274, 20 L. Ed. 2d 195 (1968); *Mishkin v. State of New York*, 383 U.S. 502, 509, 86 S. Ct. 958, 16 L. Ed. 2d 56 (1966); and *Bookcase, Inc. v. Broderick*, 18 N.Y.2d 71, 271 N.Y.S.2d 947, 951, 218 N.E.2d 668, 671 (1966).

of the Plaintiffs filed a recusal motion, they did so because Judge Freudenthal sua sponte

dismissed their case in an ex parte order because she puts her devotion to her religion of Secular

Humanism over her duties owed to uphold the Constitution.[12] Judge Freudenthal is unfit to serve

as an Article III Judge because she treats people who have a religious worldview that is different

than hers like second class citizens, just like the LGBTQ church does.

Restrictions should not be imposed because the Plaintiffs' case is not like *Wood v. Santa*

*Barbara Chamber of Commerce, Inc*, 699 F.2d 484 (9th Cir. 1983) where the plaintiff filed 36

lawsuits that arose "out of the same or similar alleged incidents." This is the first Federal

Lawsuit ever filed by Robin Goodspeed, who lives down the street for the courthouse. Judge

Freudenthal is intentionally harassing Robin Goodspeed because she is an ex gay who was an

hardcore LGBTQ activist, who was radically transformed by the New Testament gospel.

Goodspeed's personal testimony - alone - completely crushes the legal basis behind the gay

marriage putsch. DE 18 Goodspeed ¶¶ 1-20. Both the Senate and the 10th Circuit should have

the common sense to agree that because Judge Freudenthal is an enemy of the truth, she is an

enemy of the Constitution itself. Judge Freudenthal's goal is to suppress the truth at all cost

because she lacks the character and fitness to be in office.[13] In view of the testimony of Pastor

Penkoski, Judge Freudenthal knows how demented and dangerous the proponents of the LGBTQ

---

[12] If the Plaintiffs were not resolved to see to it that Judge Freudenthal be punished by Judicial oversight, it would mean that the Plaintiffs were as indifferent as Constitutional integrity as Judge Freudenthal herself is. It is not the Plaintiffs who need to be restricted, it is that the Senate should restrict Judge Freudenthal from being in office by impeaching her and Judge Martinez for cause.

[13] The Plaintiffs - who are lobbyists and attorneys - do have different lawsuits filed in different states involving different plaintiffs and different facts. The entire motive behind Judge Freudenthal's sanctions is this: she wants to start a judicial bandwagon for other Obama appointees to join on because she personally believes that the gay civil rights plight is equal to the race based civil rights movement lead by Dr. Martin Luther King. Judge Freudenthal has basically allowed herself to be brainwashed by culture and she is now using her position as a federal actor to self-justify her own personal religious worldview through methods that are beyond dishonest.

community are and she wants to expose the Plaintiffs to harm without recourse. DE 3 Pastor Penkoski ¶¶ 1-34.

In her order of dismissal, Judge Freudenthal demonstrated that she had personal problems with the complaint. To cure that issue, the Plaintiffs submitted a shorter and clearer amended complaint. Judge Freudenthal disregard FRCP 15 and refused to adopt the amended complaint because she feels entitled to perpetrate fraud through her own Court by creatively drumming up pathetic ways to avoid making decisions on the merits in Constitutional controversies that go against her privately held religious beliefs. This case does not involve similar facts to *Wages v. Internal Revenue Serv.*, 915 F.2d 1230, 1235-36 (9th Cir. 1990), which was a case were the Court took issue with a complaint and the litigants virtually refiled the same complaint. In *Wages*, the Defendants moved to dismiss the complaint, in this case the Attorney General would agree to be enjoined. Judge Freudenthal will simply not allow that because she is a devout Secular Humanist who treat words like "character," "integrity," and "honor" as a punchline.

Restrictions should not be imposed because this case is not like *Wallace v. Kelley*, No. 4:06CV3214, 2006 WL 3750291, at *1 (D. Neb. Dec. 18, 2006) where the Court imposed filing sanctions in a matter involving three pro se non-attorneys who failed to plead sufficient facts in a RICO action. This is an action where the Plaintiffs first ask the Court to enjoin the Defendants for enforcing and making policy that violate the Establishment Clause or from enforcing policy that violates the Fourteenth Amendment. Judge Freudenthal hates this case because the Plaintiffs have created a double bind that catches the Judiciary in an outright lie and demonstrates that *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015) was nothing more than a ploy and an unprincipled misapplication of the Fourteenth Amendment.

Restrictions should not be imposed because imposing them in this case would be an act

of racism in kind. The *amicus* Brief filed by the National Alliance of Black Pastors demonstrates

that that for any government official to falsely equate the gay civil rights movement with the

race-based civil rights movement, which was actually based on immutability, is an act of severe

racial animus and fraud that manages to be racially, sexually, intellectually, and emotionally

exploitative.  Because Judge Freudenthal will not grant leave to the National Alliance Of Black

Pastors, it follows that Judge Freudenthal is more likely than not a bigot who is unfit for office.

Judge Freudenthal is indifferent to the fact that "the legitimacy of the courts ultimately rests

upon the respect accorded to its judgments." Judge *Obergefell* at 19 (Roberts Dissenting) quoting

*Republican Party of Minn. v. White,* 536 U.S. 765, 793 (2002) (KENNEDY, J., concurring). The

Senate must impeach Judge Freudenthal because it has a compelling interest in maintaining the

integrity of the branch.

Since it is obvious from her writing that Judge Freudenthal's motive is to create a Judicial

bandwagon to thwart justice in other states, imposing restrictions would be too broad.  In

*Sieverding v. Colorado Bar Ass'n,* 469 F.3d 1340 (10th Cir. 2006), the 10th Circuit Stated:

> "Filing restrictions that prohibited plaintiffs from commencing any pro se litigation in
> any court in the United States on any subject matter without approval were overbroad as
> to appellate courts, state courts, and district courts in other circuits and should have been
> limited to ban on suits on any subject matter against the persons, entities, counsel, and
> insurance companies of the parties involved in prior litigation by plaintiffs."

While the Judge Freudenthal only seeks to restrict the Plaintiffs filings in the State of Wyoming,

it is self-evident that restrictions would serve as a dog whistle for fellow Obama Appointees to

follow her dishonest example. Just as Judge Martinez, a former employee of the ACLU, engaged

in a activism, which Judge Freudenthal compounded. Judge Freudenthal seeks to further the

unprincipled Judicial cover up by drumming up fake reasons to impose restrictions to compel

other Judges to join her and Judge Martinez's self-serving dereliction of duty.  Judge Freudenthal

and Judge Martinez are racketeering in judicial fraud by abusing their fiduciary duties owed to

the Constitution.  Judge Freudenthal and Judge Martinez in their orders lament the fact that the

Plaintiffs are filing other lawsuits against other States for their Constitutional violations because

they know that the Plaintiffs will draw and have drawn a Judges and Attorney Generals outside

of their jurisdiction who puts the Constitution first over their own private religious beliefs as

Article VI requires.  Judge Freudenthal described the fact that the Plaintiffs are exercising their

fundamental right to travel and access the Courts as "troubling" in other states because she can

see the writing on the wall that the fake gay judicial putsch is going to implode. While it took

nearly a century for *Brown v. Board of Education of Topeka,* 347 U.S. 483 (1954) to overturn

*Plessy v. Ferguson,* 163 U.S. 537 (1896), it will only take a few years for *Obergefell* to collapse

in on itself under the weight of the truth that Judge Freudenthal has an emotional problem with.

Judge Freudenthal's deliberate efforts to avoid interpreting the Constitution is direct

grounds for impeachment. Judge Freudenthal proved that by writing:

> "Goodspeed's motion does not contain any arguments under Rules 59 or 60. Goodspeed's
> motion focuses on the Establishment Clause and continues to attempt to litigate the same
> arguments the Court already dismissed."

Yet, Judge Freudenthal filed to provide a single sentence as to why gay marriage policy does not

violate the Establishment Clause. This is because Judge Freudenthal is either incapable of

interpreting First Amendment or because she refuses to apply the First Amendment as written for

reasons that are based in selfish egomania.  Either way, Judge Freudenthal is unfit for office and

must be removed for cause by oversight.

[14]

/s/Cynthia Burris Esq./
SPECIAL FORCES OF LIBERTY
Attorney For Gunter, Kohl, and Harley
215 Bulter Court Apt.
Chapel Hill, NC 27514
bburris@lynchfoundationforchildren.org
(848) 822-3505
2LT Oscar Uniform Pending
PRO HAC

/s/Robin Goodspeed/

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document and attached exhibits were mailed with adequate postage to the Defendants in this actions on February 22, 2018 to Idelman Mansion 2323 Carey Ave. Cheyenne, WY 82002-0010;; 307.777.7434 (phone) 307.632.3909 (fax);; Peter K. Michael, Pioneer Building, 3rd Floor 2424 Pioneer Avenue Cheyenne, WY 82002 (307) 777-7886 FAX (307) 777-3687;; Wendy J. Soto Executive Director Call: (307) 778-7792 Fax: (307) 778-8689 Write: Commission on Judicial Conduct and Ethics PO Box 2645 Cheyenne, WY 82003 Email: judicial.conduct@wyoboards.gov;; Susan Sanderson, 500

/s/Cynthia Burris Esq./

/s/Robin Goodspeed/

---

[14] **CONCLUSION:** While it is true that the default setting of the human heart is "me first," Article III Judges cannot put their own personal interest first, they must interpret the Constitution as it is written and apply the law to the facts. Judge Freudenthal and Judge Martinez both refuse to do that because they are on a mission to entangle the government with their version of moral relativism that amounts to a bundle of shallow lunacy that is exploitative and subversive to human flourishing. It is self-evident from the inception of these proceedings that Judge Freudenthal is not even remotely interested in being persuaded. She is interested in her private religious agenda. So, the 10th Circuit should not honor Judge Freudenthal's activism and should reprimand her because the proposed filing restrictions are unwarranted and unethical. The declarations, *amicus* briefs, and arguments set forth in the motions summary judgment show that the Plaintiffs' case is rife with merit and backed by controlling Supreme Court precedent. The reason why Judge Freudenthal and Judge Martinez are dangerous and unfit for office is because they lack a moral compass. Basically, these two individuals feel that whatever the majority thinks is moral is therefore moral. It is simply a fact that Judges in Nazi Germany followed the same pattern in perpetrating all manner of evil. While Judge Freudenthal is entitled to her own opinion, she is not entitled to her own facts. And the fact is that her activism proves that gay marriage policy fails prong one of *Lemon*.

2/25/2018



*Those five white, Christian, heterosexual, Republican gentlemen in South Carolina...*

*Fale News attacks encouraged by the dishonesty of Secular Humanist Judges*

A chronicle of the pursuit for LGBT equality and gun sanity

| Home | About | Contact | Nat'l Org for Marriage | FRC | AFA |



**'Googling' Names? Stop**

Here's Why You Should Stop 'Googling' People To Find Info

BeenVerified

Saturday, February 24, 2018

### Those five white, Christian, heterosexual, Republican gentlemen in South Carolina

Mark Christopher "Chris" Sevier is literally crazy, a convicted violent felon, vexatious litigant, child support deadbeat and a perjurer. Yet, according to a rundown at SPLC's Hatewatch, Sevier is responsible for "parody marriage" bills in Wyoming and South Carolina. These measures are a futile attempt to undo *Obergefell v. Hodges*. The Wyoming bill died in committee. The South Carolina measure H.4949 is hopefully headed in the same direction.

Exactly how someone like Sevier is influencing lawmakers is a mystery. I have to presume that his presentation is no saner than his activities.

I will get back to Mr. Sevier but first, the South Carolina bill is still in play. In summary:



Chris Sevier's Nashville mugshot

> Marriage and Constitution Restoration Act
> A BILL TO AMEND THE CODE OF LAWS OF SOUTH CAROLINA, 1976, BY ADDING SECTION 20-1-110 SO AS TO ENACT THE "MARRIAGE AND CONSTITUTION RESTORATION ACT"; TO DEFINE CERTAIN TERMS, INCLUDING "PARODY MARRIAGE" AND "MARRIAGE"; TO PROVIDE THAT PARODY MARRIAGE POLICIES ARE NONSECULAR IN NATURE; TO PROHIBIT THE STATE FROM RESPECTING, ENDORSING, OR RECOGNIZING ANY PARODY MARRIAGE POLICY OR POLICIES THAT TREAT SEXUAL ORIENTATION AS A SUSPECT CLASS; AND FOR OTHER PURPOSES.

These are the elected state representatives who are sponsoring this bill:

- Steven Wayne Long, a realtor.
- William M. "Bill" Chumley, landscaping and farmer.
- James Mikell "Mike" Burns, "businessman."
- John R. McCravy, III, attorney.
- Josiah Magnuson, educator and electrical project manager.

I would like to ask these white, Christian, heterosexual, Republican gentlemen how Chris Sevier influenced them. Unfortunately there is no way to email them directly and I am not going to fill out web forms. It is pointless to attempt to do this on the telephone because the questions require links.

Moreover, I would like to know why these folks are sponsoring legislation that is **clearly** unconstitutional. Certainly Rep. McCravy knows that this would never survive a legal challenge. Are they content to simply denigrate gay people though the introduction of flawed legislation? Does that make it all worthwhile?

### Featured Post

**Michelle Cretella weighs in on Ohio matter - The Sprigg too**

Hate group leader Michelle Cretella wants medicine to conform to scripture. Thursday at the Christian Post , hate group leader Michelle C...



[ Search ]

### Follow by Email

Email address... [ Submit ]



**Rate President DONALD TRUMP** [ VOTE HERE ]



### Blog Archive

▼ 2018 (110)
  ▼ February (50)
    Why does it seem like the entire right wing is try...
    Those five white, Christian, heterosexual, Republi...
    Mississippi town denies permit for Pride parade
    FRC launches a petition pitting LGBT dignity again...
    Call Me By Your Name
    Gays for Trump rally - I need an air sickness bag
    If the troops don't care, why should Family Resear...
    Oh, and Focus on the

As for Chris Sevier, we start in 2011 when his license to practice law was suspended due to mental incapacity. It has not been reinstated. In other words, the guy is deranged according to the Tennessee Supreme Court.

> The Court has before it the Board of Professional Responsibility's Petition for Transfer to Disability Inactive Status with respect to attorney Mark Christopher Sevier, pursuant to Tenn. Sup. Ct. R. 9, Section 21.2. The Court has thoroughly reviewed the Petition, and the exhibits thereto, and the Opposition filed by Mr. Sevier, from which the Court finds that the factual grounds stated in the Petition are well-founded and are admitted by Mr. Sevier. The Court, therefore, concludes that Mr. Sevier is presently incapacitated from continuing to practice law by reason of mental infirmity or illness, and concludes that the Petition should be granted.

Click to Enlarge

Sevier has tried to eliminate marriage equality through meritless lawsuits in Texas, Utah, Alabama, Kentucky, Mississippi and possibly other states. These have all been dismissed. In each of these actions Sevier claimed residency which means that he perjured himself in Federal court filings. He further perjured himself by claiming to be a lawyer in Mississippi and possibly elsewhere. He risked fines and imprisonment for up to five years in each instance because marriage equality has caused him to come (further) unhinged. Sevier has also attempted to intervene in at least ten federal matters including *Masterpiece Cakeshop v. Colorado*. Those efforts have all failed.

A brief is expected to be just that. Although there is no page limit on complaints, Rule 8 (Federal Rules of Civil Procedure) stresses brevity. In the Mississippi action, Sevier filed a **400 page complaint** asserting, among other things, why *Obergefell* entitles him to marry his laptop. Since, in each of these actions he is suing the state, people in the AG's office of each state have to deal with an enormous and frivolous complaint. Presumably neither judicial staff nor state officials wade through what is obviously batcrap. Nevertheless, addressing Sevier's personality disorder is expensive.

As if that's not enough, Sevier has multiple arrests for stalking country music singer John Rich, for stalking a teenage girl and for violating a court order. As if that doesn't suffice, Sevier has a 2012 conviction for assaulting his father-in-law in Texas. He was sentenced to 58 days in the Harris County jail.

And if that isn't enough, *The Daily Beast* reported in April, 2017 that a warrant was outstanding for Sevier's arrest in Tennessee for failure to appear at a criminal contempt proceeding. He also allegedly failed to pay child support and violated a restraining order by communicating with his former wife. Yes, Mr. Super-Christian is divorced. Sevier told *The Daily Beast* that his legal problems were the result of some sort of anti-Christian conspiracy. In Tennessee and Texas!!?

This brings me back to those white, Christian, heterosexual, Republican gentlemen in South Carolina; Reps. Long, Chumley, Burns, McCravy and Magnuson. Do you utilize so much as a Google search before being influenced by someone?

**Related content:**



Search results for sevier


Todd Starnes really is a fucking idiot

If conservative Christians would only demonstrate...


Johnny Weir's Marriage blows up


Todd Starnes really is rather dim-witted

The 300 GOPers who support marriage equality


In Other Crazy Todd Starnes Says You Should Give...


Retired North Carolina judge files complaint that NY...

Posted by David Cary Hart at 12:28:00 PM    3 Comments

G+

Labels: Chris Sevier, Marriage Parody Bills, South Carolina

Family is a church!

Another day, another pretext for sending Brian S...

In order to sell his book, Ryan T. Anderson promot...

An Iowa bill purports to emulate the federal RFRA...

Not everyone is proud of those kids standing up to...

A moment of truth from Tony Perkins

Marco Rubio suddenly favors a "Red Flag" law - so...

Children have rights Mr. Perkins

Staver and Stemberger are trying to unconstitution...

Michelle Cretella weighs in on Ohio matter - The S...

Are taxpayers footing the bill for a right wing Ch...

The latest school shooting - What can I say?

A sad story out of Ohio and a priest adds to the m...

A new crackpot emerges

For dishonest fundraising there is Alliance Defend...

Christian supremacists find comfort in stating and...

Okay Bri - Get a grip

FRC trolls for donors with a promise to contain SP...

Liberty Counsel FOIA dump

Peter Sprigg makes a concerted effort to look like...

Same-sex marriage is just so awful - Blame the pit...

Miami Teacher fired for TWG and it's perfectly leg...

NC Christian supremacist claims that Amazon HQ2 mi...

Guess who takes credit for the reversal of marriag...

Another even crazier missive from AFA re: Wargreen...

Liberty Counsel files frivolous appeal in Gudesta...

After failing miserably with Target AFA moves on t...

Oh dear, they have named it "FISA-Gate" and the bu...

Why do some people think that Peter Sprigg is an e...

The cult, Michelle Cretella and me

No, Michelle Cretella, being transgender is not "m...

If Mollie Hemingway would READ, she might not look...

Got that one wrong - California baker gets a pass

Vile hate group leader

2/25/2018                 The Slowly Boiled Frog: Those five white, Christian, heterosexual Republican...

Case 2:18-cv-00019-NDF   Document 46   Filed 02/27/18   Page 15 of 40

3 Comments     **The Slowly Boiled Frog**                              🔵 Login

♡ Recommend     ⤴ Share                                    Sort by Newest

Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

Name

**rmthunter** · 7 hours ago
Throw everything at the wall and see what sticks.

Also, they don't quit. Remember, they're still trying to overturn Roe v. Wade, and still trying to wiggle around the Voting Rights Act of 1965.

1 ∧   ∨ · Reply · Share ›

> **CriticalDragon1177** ➜ rmthunter · 7 hours ago
> I'm thinking this maybe an act of desperation on their part.
> ∧   ∨ · Reply · Share ›

**Friday** · 18 hours ago
Christian Right Trumpublicans will propose anything to try and stir and capitalize on hate, no matter how insane or Unconstitutional, and obviously they have no shame about hypocrisy or crimes.

2 ∧   ∨ · Reply · Share ›

ALSO ON **THE SLOWLY BOILED FROG**

**Children have rights Mr. Perkins**
156 comments • 6 days ago
    McSwagg — So you deny history as well as science?

**Gays for Trump rally - I need an air sickness bag**
6 comments • 3 days ago
    Fyvia Prold — @David Cary Hart:You might want to edit the text insert from Washington Blade. You accidentally …

**For dishonest fundraising there is Alliance Defending Freedom**
4 comments • 11 days ago
    rmthunter — Except that the cake is not a part of the ceremony itself. (Yeah, I know. . . .)

**Not everyone is proud of those kids standing up for gun safety**
7 comments • 6 days ago
    Tor — This is not an original thought; I read it elsewhere. Republicans think kids are old enough to date Roy Moore, …

✉ Subscribe  ⊕ Add Disqus to your siteAdd DisqusAdd  🔒 Privacy

  JW  **Expose George Soros**   Sign our petition and help us put a stop to George Soros' operations!   ▷ ✕


**Newer Post**               **Home**                   **Older Post**

Subscribe to: Post Comments (Atom)

---

David Cary Hart -. Powered by Blogger.

### Right sidebar

...discriminates inherent anti-...

As Washington's conversion therapy ban heads to a ...

Need a reason to vote? The Equality Act!

Charles LiMandri isn't having much fun lately

Controversies do not always have two sides - Some ...

Fuckwit has a book to sell

Isn't it obvious that Trump engineered "The Memo" ...

Dennis Prager re-publishes an anti-gay tirade

GLAAD-funded TransMilitary Documentary Set to Prem...

The intellectual dishonesty is more appalling than...

► January (60)
► 2017 (880)
► 2016 (929)
► 2015 (623)
► 2014 (471)
► 2013 (754)
► 2012 (859)
► 2011 (74)

**Contributors**

David Cary Hart

Ned Flaherty

Scott Rose

Stephanie

**Blogroll**

◼ Backstory Blog | Human Rights Campaign

🔲 Florida Independent

▦ Good As You

🔳 Joe. My. God.

Right Wing Watch

South Florida Gay News

🔵 Steve Rothaus' Gay South Florida

The Maddow Blog

ThinkProgress

Towleroad News

Truth Wins Out » Blog

I'll polish these up into some talking points.

1. Plaintiff Sevier self-identifies as a machinists who married an object in New Mexico.[1] He

approached the Clerk's office in Blount County and asked that the Clerk either legally recognize

his out-of-state marriage or that the Clerk issue him a new marriage license. The Clerk refused to

do so, just as the clerk's in Utah and Kentucky did. See *Sevier v. Davis* 17-5654 (6th Cir. 2017),

and *Sevier v. Herbert,* 16-cv-569 (U.T. D.C. 2017).

2. Plaintiffs Kohl, Gunter, and Grace Harley self-identified as polygamists. They approached the

clerk's office in Denver about having a marriage issued to them that reflected their self-asserted

sexual orientation. The County Clerk in Arkansas refused to do so. (DE _ ¶¶ 1-9; DE _Grace

Harley ¶¶ 1-25; DE _ Kohl ¶¶ 1-12)

3. In Arkansas, the Arkansas County Clerks are issuing marriage licenses to self-identified

homosexuals based on their sexual orientation or self-asserted sex-based identity narrative. The

governor and state officials are providing full marriage benefits and privileges to legally

marriage self-identified homosexuals but not to self-identified polygamists and machinists.

4. No one can really prove or disprove that they were "born in the wrong body," just as their is

no proof that there is a "rape gene," there is a dispute in the medical profession whether there is a

"gay gene." (DE _ Dr. King ¶¶ 1-20;  DE _Dr. Cretella  ¶¶ 1-20).[2]

---

[1] http://www.wnd.com/2017/07/man-marries-computer-demands-cake-by-christian-baker/

[2]
http://www.cnsnews.com/blog/michael-w-chapman/johns-hopkins-psychiatrist-there-no-gay-gen
e

5. There are former gay activists who self-identified as homosexual and who indoctrinated themselves with the LGBTQ ideology only to completely leave the lifestyle behind converting to a totally different sex-based identity narrative. (DE _ Quinlan ¶¶ 1-37;  DE _ Pastor Cothran ¶¶ 1-50; DE _ Dr. King ¶¶ 1-20;  DE _Dr. Cretella  ¶¶ 1-20; DE _ Goodspeed ¶¶ 1-20; DE _ Grace Harley ¶¶  1-25; DE 9 Kohl ¶¶ 1-12)

6. The Supreme Court found that institutionalized religions are regulated by the Establishment Clause in *Torcaso v. Watkins*, 367 U.S. 488 (1961) stating that "among religions in this country, which do not teach what would generally be considered a belief in the existence of God, are Buddhism, Toaism, Ethical Culture, Secular Humanism, and others."

7. Plaintiff Sevier moved to intervene in this actions *Bradacs v. Haley*, 58 F.Supp.3d 514 (2014);; *Brenner v. Scott*, 2014 WL 1652418 (2014);; *General Synod of The United Church of Christ v. Cooper*, 3:14cv213 (WD. NC 2014);; *Kitchen v. Herbert*, 755 F. 3d 1193, 1223 (CA10 2014);;;; *Bostic v. Schaefer*, 760 F.3d 352 (4th Cir. 2014);; *Majors v. Horne*, 14 F. Supp. 3d 1313 (Ariz. 2014);;;; *Deleon v. Abbott*, 791 F3d 619 (5th Cir 2015);; *Tanco v. Haslam*, 7 F. Supp. 3d 759 (MD Tenn. 2014);; *Bourke v. Beshear*, 996 F. Supp. 2d 542 (WD Ky. 2014);; and *Obergefell v. Hodge*,192 L. Ed. 2d 609 (2015) as a member of the true minority of sexual orientation. Everytime he did, the homosexual litigants opposed his intervention. In *Brenner*, Judge Hinkle found that the legal basis for man-object marriage removed from reality. (See Exhibits)

8. States have a compelling interest in upholding community standards of decency. See *Paris Adult Theatre I v. Slaton*,  413 US 49, at 63,69 (1973).

9.  Two years after *Obergefell v. Hodge*,192 L. Ed. 2d 609 (2015) and there has hardly been the "land rush" in gay marriage that was promised. The raw numbers tell the tale. Prior to the

*Obergefell* decision two years ago, the 7.9 percent of gays who were married would have amounted to 154,000 married gay couples. Two years later, this had grown to 10.2 percent or 198,000 married couples. (See exhibits and public record).

10. Following the *Obergefell v. Hodge*,192 L. Ed. 2d 609 (2015), Christians throughout the United States have been socially ostracized and hauled into court for not supporting gay marriage - see public record. Ex-gays have been targeted by the LGBTQ community.(DE _ Quinlan ¶¶ 1-37;  DE _ Pastor Cothran ¶¶ 1-50; DE _ Dr. King ¶¶ 1-20;  DE _Dr. Cretella  ¶¶ 1-20; DE _ Goodspeed ¶¶ 1-20; DE _ Grace Harley ¶¶  1-25; DE 9 Kohl ¶¶ 1-12)

11. Man-man, woman-woman, man-object, man-animal, and man-multiperson marriage are all equally not part of American heritage and tradition (See obscenity codes). (See Exhibit).

12.  Following Obergefell, the LGBTQ community has been entering public schools to advocate its ideology (See public record).

13. There are Christians and other non-obverses of LGBTQ ideological narratives living in the United States who will not support any form of gay marriage no matter how much government pressure is put on them.  (See public record). See *Sevier v. Davis* 17-5654 (6th Cir. 2017) and *Harley v. Masterpiece Cakeshop*, 17-cv-1666 (C.O.D. 2017)

14. To say that there is no absolutes is an absolute. Without "faith," there is no basis for "morality," and without "morality," there is no basis for "law."

15. Plaintiff Sevier and Plaintiff Gunter have authored legislation through the Special Forces of Legislation and secured sponsors for the 2018 legislative session that includes (1) a resolution that declares that all parody marriages are non-secular and are part of the religion of secular

humanism, (2) a resolution that declares that marriage between one man and one woman is

secular, (3) the Marriage and Constitutional Restoration Act, and (4) the Total Marriage act.

## STATEMENT OF THE EVIDENCE

1.   When a person says that "love is love" or "love wins" in support of legally recognized gay

marriage what they really mean is that they are perfectly "ok" with government assets being used

to socially ostracize, marginalize, and oppress anyone who dares to thinks that gay marriage is

obscene, immoral, and subversive to human flourishing; *Masterpiece Cakeshop ltd. v. Colorado*

*Civil Rights Commission,* 16-111 (S.Ct. 2016); *Miller v. Davis,* No.15-5880 (6thCir.2016);

2.   It is axiomatic that " (1) people who are intolerant of intolerant people are intolerant; (2)

people who are judgmental of judgmental people are judgmental; and (3) people who are

dogmatic about not being dogmatic are dogmatic;"

3.   Just as there is no proof of "rape gene," there is no proof of a "gay gene" either;

4.   No one can necessarily prove or disprove that they were "born the wrong gender;"

5.   Man-man, woman-woman, man-animal, man-object, and man-multiperson marriages are

controversial, unneutral, and non-secular; (*Brenner v. Scott*, 2014 WL 1652418 (2014))

6.   All self-asserted sex-based identity narratives that do not check out with self-evident truth and

are predicted on a series of unproven faith-based assumptions and naked assertions that are

implicitly religious; .(DE _ Quinlan ¶¶ 1-37;  DE _ Pastor Cothran ¶¶ 1-50; DE _ Dr. King ¶¶

1-20;  DE _Dr. Cretella  ¶¶ 1-20; DE _ Goodspeed ¶¶ 1-20; DE _ Grace Harley ¶¶  1-25; DE 9

Kohl ¶¶ 1-12)

7.   The bright line rule in *State v. Holm,* 137 P.3d 726, 734 (Utah 2006) permits self-identified

homosexuals, polygamists, machinists, unicorns, wizards, pixies, pixies, furries, and zoophiles to

have wedding ceremonies based on their beliefs about sex, marriage, and morality but prohibits

the government from legally recognizing any of those parody marriages under the Establishment

Clause as applied to the States by the Fourteenth Amendment;

8. In the wake of *Obergefell v. Hodge*, 192 L . Ed. 2d 609 (2015) either all self-identified

sex-based identity narratives warrant equal protection or due process or the holding is a sham for

purposes of the Establishment Clause for being non-secular under prong one of Lemon; ( *Lemon*

*v. Kurtzman*, 403 U.S. 602 (1971))

9. In the wake of *Obergefell v. Hodge*, 192 L . Ed. 2d 609 (2015)  all clerks  in all 50 states are

providing marriage licenses and the state and federal government are subsequently providing

special benefits and protections to self-identified homosexuals based on their self-asserted

sex-based identity narrative but are refusing to give those same benefits to self-identified

zoophiles, machinists, and polygamists for reasons that can only be described as "arbitrary" from

every angle;

10.  Polygamy, zoophilia, machinism, and homosexuality are different denominational sects

within the same church of moral relativism who deserve equal treatment under the law for better

or worse; (DE _ Quinlan ¶¶ 1-37;  DE _ Pastor Cothran ¶¶ 1-50; DE _ Dr. King ¶¶ 1-20;  DE

_Dr. Cretella  ¶¶ 1-20; DE _ Goodspeed ¶¶ 1-20; DE _ Grace Harley ¶¶  1-25; DE 9 Kohl ¶¶

1-12)

11. Courts have held that "atheism is a religion for purposes of the Establishment Clause," *Wells*

*v. City and Cnty. of Denver,* 257 F.3d 1132 (2001), and the Supreme Court held in *Torcaso v.*

*Watkins*, 367 U.S. 488 (1961) that "among religions in this country, which do not teach what

would generally be considered a belief in the existence of God, are Buddhism, Toaism, Ethical

Culture, Secular Humanism, and others;"[3]

12. The trajectory of the First Amendment in light of insurmountable evidence shows that

self-asserted sex-based identity narratives that do not check out with self-evident truth are part of

the religion of atheism or secular humanism and are unrecognizable for purposes of the First

Amendment Establishment Clause;

13. Homosexuality is a religion according to the testimony of ex-gays who lived the lifestyle for

decades before totally leaving it behind, since it is a series of unproven faith based assumptions

and naked assertions that can only be taken on faith; (DE _ Quinlan ¶¶ 1-37;  DE _ Pastor

Cothran ¶¶ 1-50; DE _ Dr. King ¶¶ 1-20;  DE _Dr. Cretella  ¶¶ 1-20; DE _ Goodspeed ¶¶ 1-20;

DE _ Grace Harley ¶¶  1-25; DE 9 Kohl ¶¶ 1-12)

14. The fact that ex-gays exist demonstrates that trying to shoehorn "gay rights" into the Equal

Protection Clause based on immutability is an act of Constitutional malpractice, political

malpractice, and intellectual dishonesty stemming from the false belief that the ends justify the

means; Id.

15.  Man-man, woman-woman, man-object, man-animal, man-multiperson have never been part

of American Tradition and, therefore, the attempt to shoehorn "gay rights' into a Substantive

Due Process narrative is an act of Constitutional malpractice and actionable fraud that should

subject evolutionist judges to prosecution by the Department of of Justice under 18 U.S.C. §

---

[3] See also *Washington Ethical Society v. District of Columbia*, 101 U.S.App.D.C. 371,  249F.2d 127
(1957); 2 Encyclopaedia of the Social Sciences, 293; J. Archer, Faiths Men Live By 120—138, 254—313
(2d ed. revised by Purinton 1958); Stokes & Pfeffer, supra, n. 3, at 560. *Welsh v. U.S*, 1970398 U.S. 333
(U.S. Cal. June 15)

2381 for treason and impeachment under the United States Judicial Code of Conduct,

JCUS-APR 73 and Judicial Improvements Act of 2002, and Art. I, § 3, cl. 6 and 7;

16.  Legally recognized gay marriage by the state and federal government violates all three prongs of the Lemon test and the Courts must enjoin upon the showing of the failure of just one prong;

17.  Legally recognized gay marriage is a "non-secular sham" for purposes of the Establishment Clause that constitutes an indefensible weapon, a license to crush non-observers, and a permit to introdrinate minors in public schools under a dogma that remains categorically obscene and questionably legal; (*Bowers v. Hardwick*, 478 U.S. 186 (1986))

18.  The Majority in *Obergefell v. Hodge*, 192 L . Ed. 2d 609 (2015) as absolutely correct in finding that the Constitution is not silent as to how all 50 states must legally define marriage;

19.  The dissent in *Obergefell v. Hodge*, 192 L . Ed. 2d 609 (2015) was dead wrong in arguing that the individual states should be allowed to legally define marriage for themselves, since the Constitution is not silent as to how the states must all legally define marriage;

20.  The Majority in *Obergefell v. Hodge*, 192 L . Ed. 2d 609 (2015) was dead wrong in finding that the Fourteenth Amendment Equal Protection and Substantive Due Process Clauses told all 59 states how to legally define marriage;

21.  The First Amendment Establishment Clause is the correct Constitutional prescription that, at most, permits all 50 states - regardless of whether they are blue or red states - to only legally define marriage between "one man and one woman," since "man-woman" marriage is the only secular form and all parody forms of marriage are equally "non-secular" for purpose of the Establishment Clause;

22. Man-woman marriage arose out of the "the nature of things" and did not arise out of a desire to acquire political power and to use government as a tool to show the irresponsible gospel of moral relativism down the throats of our citizens. *Obergefell* at 5 (Roberts dissent page 5). See G. Quale, A History of Marriage Systems 2 (1988); cf. M. Cicero, De Officiis 57 (W. Miller transl. 1913). *Obergefell* at 5 (Roberts Dissent).

23. The dictionary is a secular text and "in his first American dictionary, Noah Webster defined marriage as "the legal union of a man and woman for life," which served the purposes of "preventing the promiscuous intercourse of the sexes, . . . promoting domestic felicity, and . . . securing the maintenance and education of children." 1 An American Dictionary of the English Language (1828). Id.

24. The United States is not a "pure Democracy;" the United States is a "Constitutional Republic," and the First Amendment Preemption applies to blue states that voted to legally recognize gay marriage; (*Obergefell* at 5 (Roberts Dissenting)

25. What really happened in *Obergefell* was that the fake tolerant homosexuals imperialistically argued that "nobody's version of morality as a basis for law mattered except for theirs;"

26. Cases are not litigated in a vacuum, and they have real world consequence that impact the quality of freedom;

27.. The moral relativist on the bench replace a moral code that is predicated on self-evident truth that the Nation was founded on with a their personal "private moral code" which is predicated on pride and does not check out with "the way things are" and "the way we are;"

28. To suggest that "doctrine as a basis for law does not matter" is itself a doctrine that suggest that "it matters the most" and to say that "there is no absolute truth" is an "absolute that claims to be true."

29. "Without faith," there is "no basis for morality," and "without morality," there is "no basis for law;"

30. All "religion" amounts to is a set of unproven answers to the greater questions, like "why are we here" and "what should we should be doing as humans;"

31. The Establishment Clause does not only guard against the Government enshrining "institutionalized religions" but it also guards against the government from respecting doctrines advocated by "non-institutionalized religions;"

32. It takes a lot of religious faith to believe that "a man" can actually marry "a man" and make "him" "his wife," just as it takes a lot of faith to believe that a man can really marry his object of affection and make it his wife, as Judge Hinkle in *Brenner v. Scott*, 2014 WL 1652418 (2014) found when he attacked the legal basis for "man-object" marriage in response to Plaintiff Sevier's rule 24 motion to intervene; (See Exhibits)

33. A man and woman, in a marriage, are different biologically but are inherently equal, possessing corresponding sexual parts that when coalesced have the prospective procreative potential to create human life itself with an unbroken ancestral chain making that specific relationship factually and legally distinct from all other prospective parody forms of marriage and the only "secular," "neutral," "non-controversial," and "self-evident" form of marriage for purposes of the Establishment Clause;

34. Man-object, man-animal, man-man, and woman-woman marriages all have the same non-existent procreation potential equally but are being treated differently under the law for arbitrary reasons;

35. There are millions of Americans who believe that to support a parody marriage is itself an act of incredible immorality, and they will never convert to the narrow and exclusive religion of moral relativism no matter how much coercion the government imposes on behalf of the LGBTQ church, despite their invalid collusion with moral relativist on the bench that makes the Judiciary look untrustworthy;

36. The States have a compelling interest in upholding community standards of decency. *Paris Adult Theatre I v. Slaton*, 413 US 49, at 63,69 (1973);

37. Man-man, woman-woman, man-object, man-animal, and man-multiperson marriages all amount to obscenity in action and the promotion of obscenity;

38 The Governor and Attorney General are charged with enforcing obscenity codes, not promoting obscenity, which is itself a crime;

39. Community standards of decency do not "evolve" but societies can become more sexually addicted and ultimately desensitized and can develop for the worse;[4] (See declarations to come)

40. Societies do not always evolve for the better and a the living Constitution approach is an absolute threat to American Democracy and must be treated as such by the Congress and Executive branches;

41. In reference to the Eighth Amendment, Chief Justice Warren's elegant axiom that "the Amendment must draw its meaning from the evolving standards of decency that mark the

---

[4] In the words of Perry Farrell Jane's Addiction's front man - "Nothing's Shocking"

progress of a maturing society" is completely contradicted by the Supreme Court's position that

"to simply adjusts the definition of obscenity to social realities" has always failed to be

persuasive before the Courts of the United States in *Ginsberg v. New York*, 390 U.S. 629,

639–40, 88 S.Ct. 1274, 20 L.Ed.2d 195 (1968), *Mishkin v. State of New York*, 383 U.S. 502, 509,

86 S.Ct. 958, 16 L.Ed.2d 56, and *Bookcase, Inc. v. Broderick*, 18 N.Y.2d 71, 271 N.Y.S.2d 947,

951, 218 N.E.2d 668, 671 (1966) to the point that it appears that Supreme Court looks absurd;

42. Justice Holmes said that "the life of the law has not been logic, it has been experience" but

Justice Holmes was wrong: if the Court is "incapable of logical reasoning," it is "in capable of

being respected;"

43. For the state and federal government to declare all forms of parody marriage "obscene" and

"morally repugnant" is Constitutionally permissible;

44. No one is getting arrested or losing their business because the state is issuing marriage

licenses to man-woman couples;

46. Man-woman marriage is the only secular, neutral, and non-controversial form that the States

can legally recognize without failing the Lemon Test;[5]

47. For any government official, like the Defendants, to pretend that "self-asserted sexual

orientation rights" are "civil rights," like "race-based civil rights," which are actually predicated

---

[5] As Chief Justice Roberts pointed out, "man-woman" marriage is the only secular dictionary definition that is natural, neutral, and non-controversial:  Traditional marriage arose out of the "the nature of things" and did not arise out of a desire to acquire political power and to use government as a tool to show the irresponsible gospel of moral relativism down the throats of our citizens. (Roberts dissent page 5). See G. Quale, A History of Marriage Systems 2 (1988); cf. M. Cicero, De Officiis 57 (W. Miller transl. 1913). *Obergefell* at 5 (Roberts Dissent). Roberts in his dissent in *Obergefell* also stated: "In his first American dictionary, Noah Webster defined marriage as "the legal union of a man and woman for life," which served the purposes of "preventing the promiscuous intercourse of the sexes, . . . promoting domestic felicity, and . . . securing the maintenance and education of children." 1 An American Dictionary of the English Language (1828). Id.

on "immutability," while "not really meaning it" constitutes an act of actionable fraud and racial animus that manages to be both sexually and racially exploitative, and therefore, the Defendants are guilty of actual "bigotry" and not the phony kind as maliciously advocated by "Justice Kennedy types" in a childish effort to silence objectors to his personalize religious worldviews that are irrational, dangerous, and faith-based; (See *United States v. Windsor*, 133 S. Ct. 2675, 186 L. Ed. 2d 808 (2013) and *Obergefell v. Hodge*, 192 L .Ed. 2d 609 (2015))

48. The Plaintiff are defending the integrity of the Constitution, the rule of law, and the race-based civil rights movement advanced by Dr. Martin Luther King Jr., not the Defendants who are molesting race-based civil rights for self-serving political reasons in exchange for political capital in a manner that is completely fraudulent and sexually exploitative;

49. The Plaintiff have standing to proceed under their First Amendment Claims as a taxpayer, regardless of how any state or federal official feels about the plausibility of their self-asserted sex-based identity narrative which is only relevant if sexual orientation rights are civil rights - which they are not; *Engel v. Vitale,* 370 U.S 421, 430 (1962); *Holloman v. Harland*, 370 F.3 1252 (11th Cir. 2004); *Newdow v. Congress*, 292 F.3d 597, 607, n. 5 (9th Cir. 2002)

50. The codification of the fake gay civil rights movement through the courts has constituted the greatest act of judicial malpractice, since the inception of American Jurisprudence, but this Court (and others) can go back and get it right, removing these matters out of the "civil rights box" and into the "Establishment Clause box," where they always belonged;

(44) Stare Decisis does not always apply in cases that are built on fraud, intellectual dishonesty and that are on the wrong side of reality and transcultural law (see *Dred Scott v. Sandford,* 60 U.S. 393 (1857));

51. The Plaintiffs do not have to show actual coercion to proceed under the Establishment Clause but the Plaintiffs have personally been subjected to horrific persecution by the LGBTQ church and its supporters;

52. These matters involve heightened concerns because the LGBTQ church is infiltrating public schools on a great commission to indoctrinate minors to their religious worldview on sex that is self-evidently immoral, faith-based, obscene, self-serving, sexually exploitative, depersonalizing, dehumanizing, desensitizing, and subversive to human flourishing;

53. Men and women are equal but different: a man's greatest need in a relationship is "respect" and a woman's greatest need is "unconditional love" and the government is eroding freedom by persisting in a state of denial that is astonishing. Men see the world through blue sunglasses and women see the world through pink sunglasses; the government needs to grow up and deal with the truth instead of inventing fictions that erode freedom and proliferate confusion that leads to sexual exploitation that inflicts harm to minors;

54. Whatever or whoever a person has sex with, they bond with in accordance with the straightforward science of oxytocin, dopamine, serotonin, beta-fosb, and classical conditioning, and a government that cares for its people will pass laws that encourage its citizens to channel their sexual energy in manner that accords with self-evident transcultural truth;

55. The LGBTQ church and planned parenthood are advocates for internet pornography and child pornography being distributed to minors because it proliferates promiscuity, normalizes false permission giving beliefs about sex, erodes consent, and cultivates sympathy for the homosexual lifestyle;

MAY IT BE RESOLVED that this Honorable Article III to provide the Plaintiffs with the relief

sought in their complaint.

HOUSE BILL NO. HB0167

The Marriage and Constitution Restoration Act.

Sponsored by: Representative(s) Lone and Edwards

A BILL

for

1  AN ACT relating to marriage and sexual orientation;

2  prohibiting any state action that treats sexual orientation

3  as a suspect class; prohibiting the state and its political

4  subdivisions from granting, endorsing, respecting or

5  recognizing any marriage not between a man and woman;

6  providing legislative findings; and providing for an

7  effective date.

8

9  *Be It Enacted by the Legislature of the State of Wyoming:*

10

11    **Section 1.**

12

13    (a)  The legislature finds that:

14

15        (i)  Parody marriages and policies that endorse

16  parody marriages are nonsecular in nature for purposes of

1    the  Establishment  Clause  of  the  First  Amendment  to  the

2    United States Constitution;

3

4            (ii)  Marriages  between  a  man  and  a  woman  and

5    policies  that  endorse  marriages  between  a  man  and  a  women

6    are  secular  in  nature  for  purposes  of  the  Establishment

7    Clause  of  the  First  Amendment  to  the  United  States

8    Constitution;

9

10           (iii)  Civilizations  for  millennia  have  defined

11   marriage as a union between a man and a woman;

12

13           (iv)  Marriage  between  a  man  and  a  woman  arose

14   out  of  the  nature  of  things  and  is  natural,  neutral  and

15   noncontroversial unlike parody marriages;

16

17           (v)  The  state  of  Wyoming  has  a  duty  under

18   article 6 of the United States Constitution to uphold the

19   United States Constitution;

20

21           (vi)  The First Amendment applies to the state of

22   Wyoming  through  the  Fourteenth  Amendment  to  the  United

23   State Constitution;

1

2          (vii)  The  First  Amendment  to  the  United  States

3   Constitution  has  exclusive  jurisdiction  over  which  types  of

4   marriages  the  state  can  endorse,  respect  and  recognize;

5

6          (viii)  All  forms  of  parody  marriage  and  all

7   nonheterosexual  sexual  orientations  or  self  asserted  sex

8   based  identify  narratives  that  fail  to  check  out  with  the

9   human  design  are  part  of  the  religion  of  secular  humanism;

10

11         (ix)  In  *Torcaso  v.  Watkins* ,  367  U.S.  488

12  (1961),  and  *Edwards  v.  Aguillard*,  482  U.S.  578  (1987),  the

13  United  States  Supreme  Court  found  that  secular  humanism  is

14  a  religion  for  purposes  of  the  Establishment  Clause  of  the

15  First  Amendment  to  the  United  States  Constitution;

16

17         (x)  The  state  of  Wyoming  is  prohibited  from

18  endorsing  or  favoring  religion  over  nonreligion;

19

20         (xi)  The  state  of  Wyoming's  decision  to  respect,

21  endorse  and  recognize  parody  marriages  and  sexual

22  orientation  policies  has  excessively  entangled  the

23  government  with  the  religion  of  secular  humanism,  failed  to

1    accomplish its intended purpose and created an indefensible

2    legal weapon against nonobservers;

3

4           (xii)  In the wake of *Obergefell v. Hodges*, 135

5    S. Ct. 2584 (2015), there has not been a land rush on same

6    sex  marriage  but  there  has  been  a  land  rush  on  the

7    persecution  of  nonobservers  by  secular  humanists  and  an

8    effort  by  secular  humanists  to  infiltrate  and  indoctrinate

9    minors in public schools to their religious worldview which

10   is obscene and questionably moral and plausible;

11

12          (xiii)  It  is  unsettled  whether  sexual

13   orientation  is  immutable  or  genetic  and  is  therefore  a

14   matter of faith;

15

16          (xiv)  Parody marriages have never been a part of

17   American tradition and heritage;

18

19          (xv)  All  forms  of  parody  marriage  erode

20   community  standards  of  decency,  and  this  state  has  a

21   compelling  interest  to  uphold  community  standards  of

22   decency as set forth under the Wyoming Constitution;

23

1          (xvi)  Parody   marriage   policies   and   statutes

2   treating  nonheterosexual   people   as   a   suspect   class

3   constitute   nonsecular   state   action,   and   policies   that

4   respect, endorse and recognize a marriage between a man and

5   a  woman  constitute  secular  state  action  and  accomplishes

6   their intended objective;

7

8          (xvii)  In view of the Free Exercise Clauses of

9   the First Amendment to the United States Constitution and

10  the Wyoming Constitution:

11

12         (A)  Any person in Wyoming may cultivate any

13  sexual  orientation  or  self  asserted  sex  based  identity

14  narrative at-will, even if it does not check out with the

15  human design as a matter of self evident observation;

16

17         (B)  Any person  in  Wyoming  may  conduct  any

18  form  of  marriage  ceremony  to  include  parody  marriage

19  ceremonies  and  other  rituals  that  accord  with  their  self

20  asserted sexual orientation or other sex asserted sex based

21  identity narrative and live as married persons do as long

22  as the ceremonies do not conflict with other parts of state

23  and federal law;

1

2           (C)   The  state  of  Wyoming  shall  no  longer

3    respect, endorse or recognize any parody marriage policies

4    because such policies constitute nonsecular state action;

5

6           (D)   The  state  of  Wyoming  shall  no  longer

7    enforce, recognize or respect any policies that treat self

8    asserted sexual orientation as a suspect class because such

9    policies constitute nonsecular state action.

10

11      (b)  As used in this section:

12

13         (i)  "Nonsecular  state  action"  means  any  state

14   action that endorses, respects and recognizes the beliefs

15   of a particular religion where the preeminent and primary

16   force driving the state action is not genuine but is a sham

17   that ultimately has a primarily religious objective;

18

19         (ii)  "Parody  marriage"  means  any  form  of

20   marriage not between a male and a female person;

21

22         (iii)  "Secular  state  action"  means  any  state

23   action that is natural, neutral, noncontroversial and based

1  on self evident truth and whose primary driving force is

2  genuine, not a sham and not merely secondary to a religious

3  objective.

4

5      **Section 2.**  W.S. 9-23-101 is created to read:

6

7                        CHAPTER 23

8                     SEXUAL ORIENTATION

9

10     **9-23-101.  Sexual   orientation   laws   and   policies**

11 **prohibited.**

12

13 Notwithstanding any other provision of law, the state and

14 its  political  subdivisions  shall  not  enact,  enforce,

15 respect or recognize any law or policy that treats sexual

16 orientation as a suspect class, because action constitutes

17 nonsecular  state  action  that  exclusively  entangles  the

18 state with the religion of secular humanism. As used in

19 this section, "nonsecular state action" means any state

20 action that endorses, respects and recognizes the beliefs

21 of a particular religion where the preeminent and primary

22 force driving the state action is not genuine but is a sham

23 that ultimately has a primarily religious objective.

1

2       **Section 3.** W.S. 20-1-101 is amended to read:

3

4       **20-1-101. Marriage a civil contract.**

5

6       (a) Marriage is a civil contract between a male and a

7 female person to which the consent of the parties capable

8 of contracting is essential. Notwithstanding any other

9 provision of law, the state and its political subdivisions

10 shall not grant, endorse, respect or recognize any form of

11 parody marriage, because such action constitutes nonsecular

12 state action. The state and its political subdivisions

13 shall continue to grant and recognize marriages between a

14 male and a female person because such action constitutes

15 secular state action which accomplishes its intended

16 purposes. As used in this section:

17

18       (i) "Nonsecular state action" means any state

19 action that endorses, respects and recognizes the beliefs

20 of a particular religion where the preeminent and primary

21 force driving the state action is not genuine but is a sham

22 that ultimately has a primarily religious objective;

23

1        (ii)  "Parody  marriage"  means  any  form  of

2  marriage not between a male and a female person;

3

4        (iii)  "Secular  state  action"  means  any  state

5  action that is natural, neutral, noncontroversial and based

6  on  self  evident  truth  and  whose  primary  driving  force  is

7  genuine, not a sham and not merely secondary to a religious

8  objective.

9

10       **Section 4.**  This act is effective July 1, 2018.

11

12                        (END)

2017 2018 Bill 4949: Subject not yet available - South Carolina Legislature Online

**South Carolina General Assembly**
122nd Session, 2017-2018

Download This Bill in Microsoft Word format

~~Indicates Matter Stricken~~
Indicates New Matter

**H. 4949**

**STATUS INFORMATION**

General Bill
Sponsors: Reps. Long, Chumley, Burns, McCravy, Magnuson and Martin
Document Path: l:\council\bills\nbd\11240vr18.docx

Introduced in the House on February 15, 2018
Currently residing in the House Committee on **Judiciary**

Summary: Not yet available

**HISTORY OF LEGISLATIVE ACTIONS**

```
   Date      Body   Action Description with journal page number
-----------------------------------------------------------------------
  2/15/2018  House  Introduced and read first time
  2/15/2018  House  Referred to Committee on Judiciary
```

View the latest legislative information at the website

**VERSIONS OF THIS BILL**

2/15/2018

(Text matches printed bills. Document has been reformatted to meet World Wide Web specifications.)

## A BILL

TO AMEND THE CODE OF LAWS OF SOUTH CAROLINA, 1976, BY ADDING SECTION 20-1-110 SO AS TO ENACT THE "MARRIAGE AND CONSTITUTION RESTORATION ACT"; TO DEFINE CERTAIN TERMS, INCLUDING "PARODY MARRIAGE" AND "MARRIAGE"; TO PROVIDE THAT PARODY MARRIAGE POLICIES ARE NONSECULAR IN NATURE; TO PROHIBIT THE STATE FROM RESPECTING, ENDORSING, OR RECOGNIZING ANY PARODY MARRIAGE POLICY OR POLICIES THAT TREAT SEXUAL ORIENTATION AS A SUSPECT CLASS; AND FOR OTHER PURPOSES.

Whereas, parody marriages and parody marriage policies are nonsecular for the purposes of the Establishment Clause; and

Whereas, marriages between a man and a woman and policies that endorse marriage between a man and a woman are secular in nature for purposes of the Establishment Clause; and

Whereas, civilizations for millennia have defined marriage as a union between a man and a woman; and

Whereas, marriage between and man and a woman arose out of the nature of things and marriage between a man and a woman is natural, neutral, and noncontroversial, unlike parody forms of marriage; and

Whereas, the State of South Carolina has a duty under Article VI of the United States Constitution to uphold the United States Constitution; and

Whereas, the First Amendment applies to the State of South Carolina through the Fourteenth Amendment; and

Whereas, the First Amendment, not the Fourteenth Amendment, has exclusive jurisdiction over which types of marriages the State can endorse, respect, and recognize; and

Whereas, all forms of parody marriage and all self-asserted sex-based identity narratives and sexual orientations that fail to check out the human design are part of the religion of Secular Humanism; and

Whereas, the United States Supreme Court has found that Secular Humanism is a religion for the purpose of the Establishment Clause in Torcaso v. Watkins, 367 U.S. 488 (1961), and Edwards v. Aguillard, 482 U.S. 578 (1987); and

Whereas, the State of South Carolina is prohibited from favoring or endorsing religion over nonreligion; and

Whereas, the State of South Carolina's decision to respect, endorse, and recognize parody marriages and sexual orientation policies has excessively entangled the government with the religion of Secular Humanism, failed to accomplish its intended purpose, and created an indefensible legal weapon against nonobservers; and

Whereas, in the wake of Obergefell v. Hodges, 135 S. Ct. 2584 (2015), there has not been a land rush on gay marriage, but there has been a land rush on the persecution of nonobservers by Secular Humanists and an effort by Secular Humanists to infiltrate and indoctrinate minors in public schools to their religious world view which is questionably moral, plausible, obscene, and is not secular; and

Whereas, it is unsettled whether or not sexual orientation is immutable or genetic and is therefore a matter of faith; and

Whereas, parody marriages have never been a part of American tradition and heritage; and

Whereas, parody marriage policies and sexual orientation statutes are nonsecular and policies that respect, endorse, and recognize a marriage between a man and a woman are secular, accomplishing its intended objective. Now, therefore,

Be it enacted by the General Assembly of the State of South Carolina:

SECTION   1.   This act may be known and cited as the "Marriage and Constitution Restoration Act".

SECTION   2.   Article 1, Chapter 1, Title 20 of the 1976 Code is amended by adding:

"Section 20-1-110.   (A)   For purposes of this section,

(1)   'Parody marriage' means any form of marriage that does not involve one man and one woman.

(2)   'Nonsecular policy' means state action which endorses, respects, and recognizes the beliefs of a particular religion where the preeminent and primary force driving the state's action is not genuine, but a sham that ultimately has a primary religious objective.

(3)   'Secular policy' means state action that is natural, neutral, noncontroversial and that is based on self-evident truth. Secular policy accomplishes its goals and purposes. State action where the preeminent and primary force driving the policy is genuine, not a sham, and not merely secondary to a religious objective.

(4)   'Sexual orientation' means a self-asserted sex-based identity narrative that is based on a series of naked assertions and unproven faith-based assumptions that are implicitly religious.

(5)   'Marriage' means a union of one man and one woman.

(B)(1)   In view of the First Amendment's Freedom of Expression Clause of the United States Constitution and the Constitution of South Carolina, 1895:

(a)   any person living in South Carolina can cultivate any self-asserted sex-based identity narrative or self-asserted sexual orientation at will, even if it does not check out with the human design as a matter of self-evident observation.

(b)   any person can conduct any form of marriage ceremony and other rituals that accords with their self-asserted sexual orientation and live as married persons do, as long as the ceremonies do not conflict with other parts of the South Carolina Code and federal law.

(2)   In view of the First Amendment's Establishment Clause of the United States Constitution and the Constitution of South Carolina, 1895:

(a)   the State of South Carolina shall no longer respect, endorse, or recognize any form of parody marriage policy because parody marriage policies are nonsecular.

(b)   the State of South Carolina shall no longer enforce, recognize, or respect any policy that treats sexual orientation as a suspect class because all such statutes lack a secular purpose.

(C)   The State of South Carolina will continue to enforce, endorse, and recognize marriages between a man and a woman because such marriage policies are secular, accomplishing nonreligious objectives."

SECTION   2.   This act takes effect upon approval by the Governor.

----XX----

This web page was last updated on February 15, 2018 at 1:08 PM