

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBIN GOODSPEED, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MATT MEAD, et al., <br><br> Defendants. | Case No:  18-CV-19-F |

### ORDER DENYING EMERGENCY EX PARTE MOTION FOR HEARING WITH JUDGE FREUDENTHAL

This matter is before the Court on Plaintiffs' Emergency Ex Parte Motion for Hearing with Judge Freudenthal. Plaintiffs claim harassment and stalking by Wyoming Equality. The Court has previously imposed filing restrictions against Chris Sevier and other Plaintiffs in this action. (Doc. 48). Plaintiffs are now attempting to bring a new case, against different parties, as part of this closed case. This is improper and the Court will not consider this motion. Additionally, the Court will direct the Clerk of Court to reject future filings in this case, unless they are not directly related to the appeal.

IT IS ORDERED that Plaintiffs' Emergency Exparte Motion is an impermissible motion

IT IS FURTHER ORDERED that Plaintiffs are prohibited from filing additional motions in this case, unless they are directly related to Plaintiffs' pending appeals.

IT IS FINALLY ORDERED that the Clerk of Court is directed to reject any future filings from Plaintiffs that are not directly related to their appeals.

Dated this __14th__ day of March, 2018.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE